AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Oregon

United States of America

v.

NAJMEH VAHID

*Defendant*

FILED 12 FEB '13 14:57 USDC-ORP

Case No. 3:10-cr-506-BR

2010 DEC 16 PM 8 08 U.S. MARSHALS

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Najmeh Vahid                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the United States; in violation of 18:371

Conspiracy to Commit Money Laundering; in violation of 18:1956(h)

Forfeiture; in violation of 18:982(a)(1)

Date:   12/16/2010

City and state:    Portland, Oregon

*C. Brost*

*Issuing officer's signature*

Brost, Deputy Clerk

*ed name and title*

DATE ARRESTED BY FBI 12/21/10

BY U.S. MARSHAL

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*