**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**CHARLES F. GORDER, JR., OSB #91287**
Assistant United States Attorney
charles.gorder@usdoj.gov
**DAVID L. ATKINSON, OSB #75021**
Assistant United States Attorney
david.atkinson@usdoj.gov
**LESLIE J. WESTPHAL, OSB #83344**
leslie.westphal@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Facsimile:     503-727-1117

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **3:10-CR-00506-BR** |
| v. | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **HOSSEIN LAHIJI,** | |
| **NAJMEH VAHID, and** | |
| **AHMAD IRANSHAHI,** | |
| Defendants. | |

The United States of America, by and through S. Amanda Marshall, United States

Attorney for the District of Oregon, and Charles F. Gorder, Jr., David L. Atkinson and Leslie J.

Westphal, Assistant United States Attorneys, hereby files the following Bill of Particulars for

Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the

United States is seeking forfeiture of the following property:

1.  MONEY JUDGMENT:

A sum of money equal to $1,900,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offense in Count 2, in violation of 18 U.S.C. § 1956(a)(2)(A),  jointly and severally liable and forfeitable pursuant to 18 U.S.C. § 982(a)(1).

2.  SUBSTITUTE ASSETS:

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States,  pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above, including but not limited to the following:

a)  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at **120 Cardinal Avenue, McAllen, Hidalgo County, Texas,** more particularly described as:

> Lot Forty-Nine (49), LA MANSION SUBDIVISION, an Addition to the City of McAllen, Hidalgo County, Texas, according to map thereof recorded in Volume 25, Page 17-A, Map Records of Hidalgo County, Texas.  Parcel #L1355-00-000-0049-00.

b)  All that lot or parcel of land, together with its buildings, appurtenances, improvements,

fixtures, attachments and easements, located at **306 Cypress Trail, San Antonio, Bexar County, Texas,** more particularly described as:

> Lot 3, Block 5, New City Block 18338, Stonewall Ranch, Phase 1 (Planned Unit Development), City of San Antonio, Bexar County, Texas.  Parcel #: 18338-005-0030.

c)  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at **801 E. Nolana Avenue, Suite 5, McAllen, Hidalgo County, Texas,** more particularly described as:

> Nolana Professional Center Condos, Lot 5. Parcel #: N2950-00-000-0005-00.

d)  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at **801 E. Nolana Avenue, Suite 20, McAllen, Hidalgo County, Texas,** more particularly described as:

> Nolana Professional Center Condos, Lot 20.  Parcel #: N2950-00-000-0020-00.

DATED this 9th day of April, 2013.

S. AMANDA MARSHALL
United States Attorney

*/s/ Leslie J. Westphal*
LESLIE J. WESTPHAL
Assistant United States Attorney