**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**CHARLES F. GORDER, JR., OSB #91287**
Assistant United States Attorney
charles.gorder@usdoj.gov
**DAVID L. ATKINSON, OSB #75021**
Assistant United States Attorney
david.atkinson@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 717-1117
Attorney for United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:10-CR-00506-KI |
| v. | **GOVERNMENT'S REQUESTED JURY INSTRUCTIONS** |
| **HOSSEIN LAHIJI,** and **NAJMEH VAHID,** a.k.a. Najmeh Lahiji, Defendants. | |

The United States of America, through its undersigned counsel, herein submits the

following jury instructions for consideration by the Court.

In addition to the Court's customary instructions provided prior to the evidence, the

government respectfully requests the additional following jury instructions.  References below

are to the 2010 edition of the Ninth Circuit Model Criminal Jury Instructions unless otherwise

noted.

    1.1    Duty of Jury
    1.2    The Charge—Presumption of Innocence
    1.3    What Is Evidence
    1.4    What Is Not Evidence
    1.5    Direct and Circumstantial Evidence

1.6     Ruling on Objections
1.7     Credibility of Witnesses
1.8     Conduct of the Jury
1.9     No Transcript Available to Jury
1.10    Taking Notes
1.11    Outline of Trial
1.12    Jury to Be Guided by Official English Translation/Interpretation
1.13    Separate Consideration for Each Defendant
2.1     Cautionary Instruction—First Recess
2.2     Bench Conferences and Recesses
2.3     Stipulated Testimony
2.4     Stipulations of Fact
2.7     Transcript of Recording in English
2.8     Transcript of Recording in Foreign Language
2.10    Other Crimes, Wrongs or Acts of Defendant
2.11    Evidence for Limited Purpose
2.14    Disposition of Charge Against Codefendant
3.1     Duties of Jury to Find Facts and Follow Law
3.2     Charge Against Defendant Not Evidence—Presumption of Innocence—Burden of Proof
3.3     Defendant's Decision Not to Testify
3.4     Defendant's Decision to Testify
3.5     Reasonable Doubt—Defined
3.6     What Is Evidence
3.7     What Is Not Evidence
3.8     Direct and Circumstantial Evidence
3.9     Credibility of Witnesses
3.10    Activities Not Charged
3.13    Separate Consideration of Multiple Counts—Multiple Defendants
3.16    Intent to Defraud—Defined
3.19    Jury to Be Guided by Official English Translation/Interpretation
4.1     Statements by Defendant
4.3     Other Crimes, Wrongs or Acts of Defendant
4.14    Opinion Evidence, Expert Witness
4.15    Summaries Not Received in Evidence
4.16    Charts and Summaries in Evidence
7.1     Duty to Deliberate
7.2     Consideration of Evidence—Conduct of the Jury
7.3     Use of Notes
7.4     Jury Consideration of Punishment
7.5     Verdict Form
7.6     Communication With Court

Leave is requested to file additional requested instructions as the case proceeds.

DATED this 29th day of April 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

s/ *David L. Atkinson*
**DAVID L. ATKINSON, OSB #75021**
Assistant United States Attorney


s/ *Charles F. Gorder, Jr.*
**CHARLES F. GORDER, JR., OSB #91287**
Assistant United States Attorney

Government's Requested Jury Instruction No. <u>1</u>                    Instruction Number _____

## Preliminary Instructions

### 1.1 DUTY OF JURY

Jurors: You now are the jury in this case, and I want to take a few minutes to tell you something about your duties as jurors and to give you some preliminary instructions. At the end of the trial I will give you more detailed [written] instructions that will control your deliberations. When you deliberate, it will be your duty to weigh and to evaluate all the evidence received in the case and, in that process, to decide the facts. To the facts as you find them, you will apply the law as I give it to you, whether you agree with the law or not. You must decide the case solely on the evidence and the law before you and must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. Please do not take anything I may say or do during the trial as indicating what I think of the evidence or what your verdict should be—that is entirely up to you.

Government's Requested Jury Instruction No. <u>2</u>                    Instruction Number \_\_\_\_\_

## 1.2 THE CHARGE—PRESUMPTION OF INNOCENCE

The defendants are charged in two counts.  The first count charges each of them with conspiring to defraud the United States by deceitful and dishonest means for two reasons:  First, to prevent the government from learning about the movement of their money out of the United States to Iran in violation of a Presidential Embargo against financial transactions with Iran; and, second, to prevent the government from learning whether the purpose of the transfer of that money was consistent with the operation of a tax-exempt charity and qualified the defendants to receive charitable deductions on their income tax returns.  The second count charges the defendants with conspiring to transfer money from the United States to Iran for the purpose of promoting a violation of the Presidential Embargo against financial transactions with Iran.

Government's Requested Jury Instruction No. <u>3</u>                    Instruction Number \_\_\_\_\_

### 1.3 WHAT IS EVIDENCE

The evidence you are to consider in deciding what the facts are consists of:

(1) the sworn testimony of any witness; [and]

(2) the exhibits which are received in evidence[.] [; and]

[(3) any facts to which the parties agree.]

Government's Requested Jury Instruction No. <u>4</u>                    Instruction Number \_\_\_\_\_

## 1.4 WHAT IS NOT EVIDENCE

The following things are not evidence, and you must not consider them as evidence in deciding the facts of this case:

(1) statements and arguments of the attorneys;

(2) questions and objections of the attorneys;

(3) testimony that I instruct you to disregard; and

(4) anything you may see or hear when the court is not in session even if what you

see or hear is done or said by one of the parties or by one of the witnesses.

Government's Requested Jury Instruction No. <u>5</u>                  Instruction Number _____

## 1.5 DIRECT AND CIRCUMSTANTIAL EVIDENCE

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did. Circumstantial evidence is indirect evidence, that is, it is proof of one or more facts from which one can find another fact.

You are to consider both direct and circumstantial evidence. Either can be used to prove any fact. The law makes no distinction between the weight to be given to either direct or circumstantial evidence. It is for you to decide how much weight to give to any evidence.

Government's Requested Jury Instruction No. <u>6</u>                    Instruction Number _____

## 1.6 RULING ON OBJECTIONS

There are rules of evidence that control what can be received in evidence. When a lawyer asks a question or offers an exhibit in evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object. If I overrule the objection, the question may be answered or the exhibit received. If I sustain the objection, the question cannot be answered, or the exhibit cannot be received. Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer would have been.

Sometimes I may order that evidence be stricken from the record and that you disregard or ignore the evidence. That means that when you are deciding the case, you must not consider the evidence that I told you to disregard.

Government's Requested Jury Instruction No. <u>7</u>                    Instruction Number \_\_\_\_\_

## 1.7 CREDIBILITY OF WITNESSES

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

(1)     the witness's opportunity and ability to see or hear or know the things testified to;

(2)     the witness's memory;

(3)     the witness's manner while testifying;

(4)     the witness's interest in the outcome of the case, if any;

(5)     the witness's bias or prejudice, if any;

(6)     whether other evidence contradicted the witness's testimony;

(7)     the reasonableness of the witness's testimony in light of all the evidence; and

(8)     any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify about it.

Government's Requested Jury Instruction No. <u>8</u>                    Instruction Number _____

## 1.8 CONDUCT OF THE JURY

I will now say a few words about your conduct as jurors.

First, keep an open mind throughout the trial, and do not decide what the verdict should be until you and your fellow jurors have completed your deliberations at the end of the case.

Second, because you must decide this case based only on the evidence received in the case and on my instructions as to the law that applies, you must not be exposed to any other information about the case or to the issues it involves during the course of your jury duty. Thus, until the end of the case or unless I tell you otherwise:

Do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it. This includes discussing the case in person, in writing, by phone or electronic means, via email, text messaging, or any Internet chat room, blog, website or other feature. This applies to communicating with your fellow jurors until I give you the case for deliberation, and it applies to communicating with everyone else including your family members, your employer, the media or press, and the people involved in the trial, although you may notify your family and your employer that you have been seated as a juror in the case. But, if you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and to report the contact to the court.

/////

/////

Government's Requested Jury Instruction No. <u>8</u>                    Instruction Number _____

Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it; do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own.

The law requires these restrictions to ensure the parties have a fair trial based on the same evidence that each party has had an opportunity to address. A juror who violates these restrictions jeopardizes the fairness of these proceedings[, and a mistrial could result that would require the entire trial process to start over]. If any juror is exposed to any outside information, please notify the court immediately.

[Note: This case and some of the litigation related to Child Foundation have received attention from the media.  It is requested that the Court emphasize that portion of this instruction, reminding the jury they are not to attempt to get any information from outside sources, including the internet].

Government's Proposed Jury Instruction No. <u>9</u>                    Instruction Number \_\_\_\_\_

### 1.9 NO TRANSCRIPT AVAILABLE TO JURY

At the end of the trial you will have to make your decision based on what you recall of the evidence. You will not have a written transcript of the trial. I urge you to pay close attention to the testimony as it is given.

Government's Proposed Jury Instruction No. <u>10</u>                    Instruction Number _____

### 1.10 TAKING NOTES

If you wish, you may take notes to help you remember the evidence. If you do take notes, please keep them to yourself until you and your fellow jurors go to the jury room to decide the case. Do not let note-taking distract you from being attentive. When you leave court for recesses, your notes should be left in the [courtroom] [jury room] [envelope in the jury room]. No one will read your notes.

Whether or not you take notes, you should rely on your own memory of the evidence. Notes are only to assist your memory. You should not be overly influenced by your notes or those of your fellow jurors.

Government's Proposed Jury Instruction No. <u>11</u>          Instruction Number \_\_\_\_\_

### 1.11 OUTLINE OF TRIAL

The next phase of the trial will now begin. First, each side may make an opening statement. An opening statement is not evidence. It is simply an outline to help you understand what that party expects the evidence will show. A party is not required to make an opening statement.

The government will then present evidence and counsel for the defendant may cross-examine. Then, if the defendant chooses to offer evidence, counsel for the government may cross-examine.

After the evidence has been presented, [I will instruct you on the law that applies to the case and the attorneys will make closing arguments] [the attorneys will make closing arguments and I will instruct you on the law that applies to the case].

After that, you will go to the jury room to deliberate on your verdict.

Government's Proposed Jury Instruction No. <u>12</u>                    Instruction Number \_\_\_\_\_

### 1.12 JURY TO BE GUIDED BY OFFICIAL ENGLISH
### TRANSLATION/INTERPRETATION

[A language] [Languages] other than English will be used for some evidence during this trial. [When a witness testifies in another language, the witness will do so through an official court interpreter.] [When recorded evidence is presented in another language, there will be an official court translation of the recording.]

The evidence you are to consider and on which you must base your decision is only the English-language [interpretation] [translation] provided through the official court [interpreters] [translators]. Although some of you may know the non-English language used, you must disregard any meaning of the non-English words that differs from the official [interpretation] [translation].

[You must not make any assumptions about a witness or a party based solely upon the use of an interpreter to assist that witness or party.]

[Note: There will be some Farsi (Persian) in some of the exhibits and recorded phone calls. English translations will be provided for the jury].

Government's Proposed Jury Instruction No. <u>13</u>                    Instruction Number _____

### 1.13 SEPARATE CONSIDERATION FOR EACH DEFENDANT

Although the defendants are being tried together, you must give separate consideration to each defendant. In doing so, you must determine which evidence in the case applies to each defendant, disregarding any evidence admitted solely against the other defendant. The fact that you may find one of the defendants guilty or not guilty should not control your verdict as to the other defendant.

Government's Proposed Jury Instruction No. <u>14</u>                    Instruction Number _____

**Instructions During Trial**

**2.1 CAUTIONARY INSTRUCTION—FIRST RECESS**

We are about to take our first break. Remember, until the trial is over, do not discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else, and do not allow others to discuss the case with you. This includes discussing the case in Internet chat rooms or through Internet blogs, Internet bulletin boards, emails or text messaging. If anyone tries to communicate with you about the case, please let me know about it immediately. Do not read, watch, or listen to any news reports or other accounts about the trial or anyone associated with it, including any online information. Do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials, and do not make any investigation about the case on your own. Finally, keep an open mind until all the evidence has been presented and you have heard the arguments of counsel, my instructions on the law, and the views of your fellow jurors.

If you need to speak with me about anything, simply give a signed note to the clerk to give to me.

Government's Proposed Jury Instruction No. <u>15</u>                    Instruction Number \_\_\_\_\_

## 2.2 BENCH CONFERENCES AND RECESSES

From time to time during the trial, it may become necessary for me to take up legal matters with the attorneys privately, either by having a conference at the bench or, when necessary, by calling a recess.

We will do what we can to keep the number and length of these conferences to a minimum. I may not always grant an attorney's request for a conference.

Government's Proposed Jury Instruction No. <u>16</u>                    Instruction Number \_\_\_\_\_

## 2.3 STIPULATED TESTIMONY

The parties have agreed what [name of witness]'s testimony would be if called as a witness. You should consider that testimony in the same way as if it had been given here in court.

[There is likely to be stipulated testimony or facts throughout this trial.  If so, these instructions are appropriate].

Government's Proposed Jury Instruction No. <u>17</u>                Instruction Number _____

## 2.4 STIPULATIONS OF FACT

The parties have agreed to certain facts that have been stated to you. You should

therefore treat these facts as having been proved.

[There is likely to be stipulated testimony or facts throughout this trial.  If so, these

instructions are appropriate].

Government's Proposed Jury Instruction No. <u>18</u>                    Instruction Number \_\_\_\_\_

## 2.7 TRANSCRIPT OF RECORDING IN ENGLISH

You are about to [hear] [watch] a recording that has been received in evidence. A transcript of the recording is being provided to help you identify speakers and to help you decide what the speakers say. Remember that the recording is the evidence, not the transcript. If you hear something different from what appears in the transcript, what you heard is controlling. Listen carefully; the transcript will not be available during your deliberations.

Government's Proposed Jury Instruction No. <u>19</u>                    Instruction Number _____

## 2.8 TRANSCRIPT OF RECORDING IN FOREIGN LANGUAGE

You are about to hear a recording in the Farsi or Persian language. A transcript of the recording has been admitted into evidence. The transcript is an official English-language translation of the recording.

Although some of you may know the Farsi or Persian language, it is important that all jurors consider the same evidence. Therefore, you must accept the English translation contained in the transcript even if you would translate it differently.

Government's Proposed Jury Instruction No. <u>20</u>                    Instruction Number \_\_\_\_\_

### 2.10 OTHER CRIMES, WRONGS OR ACTS OF DEFENDANT

You are about to hear evidence that the defendant committed other [crimes] [wrongs] [acts] not charged here. You may consider this evidence only for its bearing, if any, on the question of the defendant's [intent] [motive] [opportunity] [preparation] [plan] [knowledge] [identity] [absence of mistake] [absence of accident] and for no other purpose. [You may not consider this evidence as evidence of guilt of the crime for which the defendant is now on trial.]

[There will be evidence of other acts by defendants offered for various purposes such as proving knowledge, intent and absence of mistake.  If this evidence is received, this instruction is appropriate].

Government's Proposed Jury Instruction No. <u>21</u>                    Instruction Number _____

## 2.11 EVIDENCE FOR LIMITED PURPOSE

You are about to hear evidence that [describe evidence to be received for limited purpose]. I instruct you that this evidence is admitted only for the limited purpose of [describe purpose] and, therefore, you must consider it only for that limited purpose and not for any other purpose.

Government's Proposed Jury Instruction No. <u>22</u>        Instruction Number \_\_\_\_\_

**2.14 DISPOSITION OF CHARGE AGAINST CODEFENDANT**

For reasons that do not concern you, the case against codefendant Iranshahi is not before you. Do not speculate why. This fact should not influence your verdicts with reference to the defendants, and you must base your verdicts solely on the evidence against the defendants.

[Defendant Iranshahi is a fugitive.  The jury should be instructed that his actions are relevant to the case, but only to determine whether defendants Lahiji or Vahid conspired with him and others.  The jury should be told that they are not determining his guilt or innocence].

Government's Proposed Jury Instruction No. <u>23</u>                    Instruction Number \_\_\_\_\_

### 3.1 DUTIES OF JURY TO FIND FACTS AND FOLLOW LAW

Members of the jury, now that you have heard all the evidence, it is my duty to instruct you on the law that applies to this case. A copy of these instructions will be available in the jury room for you to consult.

It is your duty to weigh and to evaluate all the evidence received in the case and, in that process, to decide the facts. It is also your duty to apply the law as I give it to you to the facts as you find them, whether you agree with the law or not. You must decide the case solely on the evidence and the law and must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. You will recall that you took an oath promising to do so at the beginning of the case.

You must follow all these instructions and not single out some and ignore others; they are all important. Please do not read into these instructions or into anything I may have said or done any suggestion as to what verdict you should return—that is a matter entirely up to you.

Government's Proposed Jury Instruction No. <u>24</u>                    Instruction Number \_\_\_\_\_

### 3.2 CHARGE AGAINST DEFENDANT NOT EVIDENCE— PRESUMPTION OF INNOCENCE— BURDEN OF PROOF

The indictment is not evidence. The defendant has pleaded not guilty to the charges. The defendant is presumed to be innocent unless and until the government proves the defendant guilty beyond a reasonable doubt. In addition, the defendant does not have to testify or present any evidence to prove innocence. The government has the burden of proving every element of the charges beyond a reasonable doubt.

Government's Proposed Jury Instruction No. <u>25</u>                    Instruction Number \_\_\_\_\_

### 3.3 DEFENDANT'S DECISION NOT TO TESTIFY

A defendant in a criminal case has a constitutional right not to testify. You may not draw any inference of any kind from the fact that the defendant did not testify.

Government's Proposed Jury Instruction No. <u>26</u>                    Instruction Number \_\_\_\_\_

### 3.4 DEFENDANT'S DECISION TO TESTIFY

The defendant has testified. You should treat this testimony just as you would the

testimony of any other witness.

Government's Proposed Jury Instruction No. <u>27</u>        Instruction Number \_\_\_\_\_

### 3.5 REASONABLE DOUBT—DEFINED

Proof beyond a reasonable doubt is proof that leaves you firmly convinced the defendant is guilty. It is not required that the government prove guilt beyond all possible doubt.

A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation. It may arise from a careful and impartial consideration of all the evidence, or from lack of evidence.

If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant not guilty. On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant guilty.

Government's Proposed Jury Instruction No. <u>28</u>                Instruction Number _____

### 3.6 WHAT IS EVIDENCE

The evidence you are to consider in deciding what the facts are consists of:

(1)      the sworn testimony of any witness; [and]

(2)      the exhibits received in evidence[.] [; and]

(3)      [any facts to which the parties have agreed.]

Government's Proposed Jury Instruction No. <u>29</u>               Instruction Number \_\_\_\_\_

**3.7 WHAT IS NOT EVIDENCE**

In reaching your verdict you may consider only the testimony and exhibits received in evidence. The following things are not evidence and you may not consider them in deciding what the facts are:

1.      Questions, statements, objections, and arguments by the lawyers are not evidence. The lawyers are not witnesses. Although you must consider a lawyer's questions to understand the answers of a witness, the lawyer's questions are not evidence. Similarly, what the lawyers have said in their opening statements, [will say in their] closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers state them, your memory of them controls.

2.      Any testimony that I have excluded, stricken, or instructed you to disregard is not evidence. [In addition, some evidence was received only for a limited purpose; when I have instructed you to consider certain evidence in a limited way, you must do so.]

3.      Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

Government's Proposed Jury Instruction No. <u>30</u>                Instruction Number \_\_\_\_\_

## 3.8 DIRECT AND CIRCUMSTANTIAL EVIDENCE

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did. Circumstantial evidence is indirect evidence, that is, it is proof of one or more facts from which you can find another fact.

You are to consider both direct and circumstantial evidence. Either can be used to prove any fact. The law makes no distinction between the weight to be given to either direct or circumstantial evidence. It is for you to decide how much weight to give to any evidence.

Government's Proposed Jury Instruction No. <u>31</u>                    Instruction Number _____

### 3.9 CREDIBILITY OF WITNESSES

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

(1) the witness's opportunity and ability to see or hear or know the things testified to;

(2) the witness's memory;

(3) the witness's manner while testifying;

(4) the witness's interest in the outcome of the case, if any;

(5) the witness's bias or prejudice, if any;

(6) whether other evidence contradicted the witness's testimony;

(7) the reasonableness of the witness's testimony in light of all the evidence; and

(8) any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify. What is important is how believable the witnesses were, and how much weight you think their testimony deserves.

Government's Proposed Jury Instruction No. <u>32</u>                Instruction Number _____

## 3.10 ACTIVITIES NOT CHARGED

You are here only to determine whether the defendant is guilty or not guilty of the charge[s] in the indictment. The defendant is not on trial for any conduct or offense not charged in the indictment.

(appropriate if 404(b) evidence is admitted)

Government's Proposed Jury Instruction No. <u>33</u>                Instruction Number \_\_\_\_\_

### 3.13 SEPARATE CONSIDERATION OF MULTIPLE COUNTS— MULTIPLE DEFENDANTS

A separate crime is charged against one or more of the defendants in each count. The charges have been joined for trial. You must decide the case of each defendant on each crime charged against that defendant separately. Your verdict on any count as to any defendant should not control your verdict on any other count or as to any other defendant.

All the instructions apply to each defendant and to each count [unless a specific instruction states that it applies only to a specific [defendant] [count]].

Government's Proposed Jury Instruction No. <u>34</u>             Instruction Number _____

**3.16 INTENT TO DEFRAUD—DEFINED**

An intent to defraud is an intent to deceive or cheat.

Government's Proposed Jury Instruction No. <u>35</u>                Instruction Number _____

## 3.19 JURY TO BE GUIDED BY OFFICIAL
## ENGLISH TRANSLATION/INTERPRETATION

The Farsi or Persian language has been used during this trial.

The evidence you are to consider is only that provided through the official court

translators. Although some of you may know the Farsi or Persian language, it is important that

all jurors consider the same evidence. Therefore, you must accept the evidence presented in the

English translation and disregard any different meaning.

Government's Proposed Jury Instruction No. <u>36</u>                Instruction Number \_\_\_\_\_

### 4.1 STATEMENTS BY DEFENDANT

You have heard testimony that the defendant made a statement. It is for you to decide (1) whether the defendant made the statement, and (2) if so, how much weight to give to it. In making those decisions, you should consider all the evidence about the statement, including the circumstances under which the defendant may have made it.

Government's Proposed Jury Instruction No. <u>37</u>                    Instruction Number _____

## 4.3 OTHER CRIMES, WRONGS OR ACTS OF DEFENDANT

You have heard evidence that the defendant committed other [crimes] [wrongs] [acts] not charged here. You may consider this evidence only for its bearing, if any, on the question of the defendant's [intent] [motive] [opportunity] [preparation] [plan] [knowledge] [identity] [absence of mistake] [absence of accident] and for no other purpose. [You may not consider this evidence as evidence of guilt of the crime for which the defendant is now on trial.]

(appropriate if 404(b) evidence is received at trial)

Government's Proposed Jury Instruction No. <u>38</u>                Instruction Number \_\_\_\_\_

### 4.14 OPINION EVIDENCE, EXPERT WITNESS

You have heard testimony from persons who, because of education or experience, were permitted to state opinions and the reasons for their opinions.

Such opinion testimony should be judged like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.

(if, as expected, expert testimony is received)

Government's Proposed Jury Instruction No. <u>39</u>                    Instruction Number \_\_\_\_\_

**4.15 SUMMARIES NOT RECEIVED IN EVIDENCE**

During the trial, certain charts and summaries were shown to you in order to help explain the evidence in the case. These charts and summaries were not admitted in evidence and will not go into the jury room with you. They are not themselves evidence or proof of any facts. If they do not correctly reflect the facts or figures shown by the evidence in the case, you should disregard these charts and summaries and determine the facts from the underlying evidence.

(the government will use demonstrative summaries such as a timeline and charts for the jury)

Government's Proposed Jury Instruction No. <u>40</u>                    Instruction Number \_\_\_\_\_

## 4.16 CHARTS AND SUMMARIES IN EVIDENCE

Certain charts and summaries have been admitted in evidence. Charts and summaries are only as good as the underlying supporting material. You should, therefore, give them only such weight as you think the underlying material deserves.

(the government will be offering financial and electronic evidence summaries as exhibits for the jury)

Government's Proposed Jury Instruction No. <u>41</u>                Instruction Number _____

### **Substantive Charges**

### **Count One**

The defendants are charged in Count One of the indictment with conspiring to defraud the United States by impeding, impairing, obstructing and defeating the lawful functions of the Office of Foreign Assets Control, in administering the Presidential Embargo against financial transactions with Iran, and the lawful functions of the Internal Revenue Service, in the collection of information concerning financial transactions of tax exempt organizations and the collection of income tax, through deceitful or dishonest means, in violation of Section 371 of Title 18 of the United States Code.  In order for a defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, beginning in or about May 1995, through at least July 2008, there was an agreement between two or more persons to defraud the United States by impeding, impairing, obstructing or defeating the lawful functions of the Office of Foreign Assets Control or the lawful functions of the Internal Revenue Service, by deceitful or dishonest means as charged in the indictment;

Second, the defendant became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish it; and

Third, one of the members of the conspiracy performed at least one overt act during the conspiracy for the purpose of carrying it out, with all of you agreeing on a particular overt act that you find was committed.

/////

Government's Proposed Jury Instruction No. <u>41</u>                Instruction Number _____

An agreement to defraud is an agreement to deceive or to cheat.

An overt act does not itself have to be unlawful. A lawful act may be an element of a conspiracy if it was done for the purpose of carrying out the conspiracy.  The government is not required to prove that one of the defendants personally did one of the overt acts.

(*See* 8.20 as modified); *United States v. Caldwell*, 989 F.2d 1056 (9th Cir. 1993).

Government's Proposed Jury Instruction No. <u>42</u>                    Instruction Number _____

The Office of Foreign Assets Control and the Internal Revenue Service are agencies of the United States.

One of the lawful functions of the Office of Foreign Assets Control is to administer the Presidential Embargo against financial transactions with Iran.

The Presidential Embargo against financial transactions with Iran prohibits persons in the United States from making any new investment in Iran, engaging in or facilitating transactions related to goods or services of Iranian origin or owned or controlled by the government of Iran, or engaging in transactions that evade or avoid the Embargo.

31 C.F.R. §§ 560.203, 206, and 207.

Government's Proposed Jury Instruction No. <u>43</u>    Instruction Number \_\_\_\_\_

Two of the lawful functions of the Internal Revenue Service are to collect information concerning financial transactions of tax exempt organizations and to collect income tax from individuals.

Federal law requires that a charity file a Form 990 each year which is available to the public and details information about the finances of the charity, its program service accomplishments for the year, and the identity of its substantial contributors.  Federal law also requires under section 170 of the Internal Revenue Code that individuals can only deduct from their gross income as charitable contributions donations of funds made within the taxable year used for charitable purposes, not for the personal benefit of the individual and not illegal or contrary to public policy.

26 U.S.C. §§ 170, 501(c) (3), 4946, and 6033; Revenue Ruling 71-447, 1971-2 CB 230.

Government's Proposed Jury Instruction No. <u>44</u>                    Instruction Number \_\_\_\_\_

### Count Two

Defendants are charged in Count Two with conspiracy to transfer funds from the United States to and through a place outside the United States with the intent to promote a violation of the Presidential Embargo against financial transactions with Iran, in violation of Section 1956(a)(2)(A) of Title 18, United States Code. In order for a defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, beginning on or about December 1998 and ending on or about March 2007, there was an agreement between two or more persons to transfer funds from the United States to Iran to promote a violation of the Presidential Embargo against financial transactions with Iran; and

Second, the defendant became a member of the conspiracy knowing of its object and intending to accomplish it.

It is not necessary for any overt act to have been committed for the defendants to be found guilty of the conspiracy charged in Count Two.

(*See* 8.20, as modified).

Government's Proposed Jury Instruction No. <u>45</u>                    Instruction Number _____

Federal law prohibits the transportation of money from a place inside the United States to or through a place outside the United States with the intent to promote the carrying on of a violation of the Presidential Embargo against financial transactions with Iran.

18 U.S.C. §1956(a)(2)(A); 18 U.S.C. §1956(c)(7)(D); 50 U.S.C. § 1706; 31 C.F.R. Part 560; (*See* 8.148, as modified).

Government's Proposed Jury Instruction No. <u>46</u>                    Instruction Number _____

## Description of Conspiracy

A conspiracy is a kind of criminal partnership, which in the case of Count One means an agreement between two or more persons to defraud the United States through deceitful or dishonest means, and in the case of Count Two means an agreement between two or more persons to commit a crime. The crime of conspiracy is the agreement to do something unlawful; it does not matter whether the unlawful objectives were committed.

For a conspiracy to have existed, it is not necessary that the conspirators made a formal agreement or that they agreed on every detail of the conspiracy. It is not enough, however, that they simply met, discussed matters of common interest, acted in similar ways, or perhaps helped one another. You must find that there was a plan to advance or further one of the objects of the conspiracy, with all of you agreeing as to the particular object of the conspiracy which the conspirators agreed to advance or further.

One becomes a member of a conspiracy by willfully participating in the unlawful plan with the intent to advance or further some object or purpose of the conspiracy, even though the person does not have full knowledge of all the details of the conspiracy. Furthermore, one who willfully joins an existing conspiracy is as responsible for it as the originators. On the other hand, one who has no knowledge of a conspiracy, but happens to act in a way which furthers some object or purpose of the conspiracy, does not thereby become a conspirator. Similarly, a person does not become a conspirator merely by associating with one or more persons who are conspirators, nor merely by knowing that a conspiracy exists.

(See 8.20, 8.21 as modified).

Government's Proposed Jury Instruction No. <u>47</u>                    Instruction Number _____

A conspiracy may continue for a long period of time and may include the performance of many transactions.  It is not necessary that all members of the conspiracy join it at the same time, and one may become a member of a conspiracy without full knowledge of all the details of the unlawful scheme or the names, identities, or locations of all of the other members.

Even though a defendant did not directly conspire with the other conspirators in the overall scheme, the defendant has, in effect, agreed to participate in the conspiracy if the government proves each of the following beyond a reasonable doubt:

(1) The defendant directly conspired with one or more conspirators to carry out at least one of the objects of the conspiracy;

(2) The defendant knew or had reason to know that other conspirators were involved with those with whom the defendant directly conspired; and

(3) The defendant had reason to believe that whatever benefits the defendant might get from the conspiracy were probably dependent upon the success of the entire venture.

It is not a defense that person's participation in a conspiracy was minor or for a short period of time.

(See 8.23).

Government's Proposed Jury Instruction No. <u>48</u>    Instruction Number _____

## **Deliberation Charges**

### **7.1 DUTY TO DELIBERATE**

When you begin your deliberations, elect one member of the jury as your [presiding juror] [foreperson] who will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict, whether guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

Government's Proposed Jury Instruction No. <u>49</u>                    Instruction Number _____

### 7.2 CONSIDERATION OF EVIDENCE—CONDUCT OF THE JURY

Because you must base your verdict only on the evidence received in the case and on these instructions, I remind you that you must not be exposed to any other information about the case or to the issues it involves. Except for discussing the case with your fellow jurors during your deliberations:

Do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it. This includes discussing the case in person, in writing, by phone or electronic means, via email, text messaging, or any Internet chat room, blog, website or other feature. This applies to communicating with your family members, your employer, the media or press, and the people involved in the trial. If you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and to report the contact to the court.

Do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it; do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own.

The law requires these restrictions to ensure the parties have a fair trial based on the same evidence that each party has had an opportunity to address. A juror who violates these restrictions jeopardizes the fairness of these proceedings[, and a mistrial could result that would require the entire trial process to start over]. If any juror is exposed to any outside information, please notify the court immediately.

Government's Proposed Jury Instruction No. <u>50</u>                    Instruction Number \_\_\_\_\_

### 7.3 USE OF NOTES

Some of you have taken notes during the trial. Whether or not you took notes, you should rely on your own memory of what was said. Notes are only to assist your memory. You should not be overly influenced by your notes or those of your fellow jurors.

Government's Proposed Jury Instruction No. <u>51</u>          Instruction Number _____

### 7.4 JURY CONSIDERATION OF PUNISHMENT

The punishment provided by law for this crime is for the court to decide. You may not consider punishment in deciding whether the government has proved its case against the defendant beyond a reasonable doubt.

Government's Proposed Jury Instruction No. <u>52</u>                    Instruction Number _____

### 7.5 VERDICT FORM

A verdict form has been prepared for you. [Explain verdict form as needed.] After you have reached unanimous agreement on a verdict, your [presiding juror] [foreperson] should complete the verdict form according to your deliberations, sign and date it, and advise the [clerk] [bailiff] that you are ready to return to the courtroom.

Government's Proposed Jury Instruction No. <u>53</u>                Instruction Number \_\_\_\_\_

## 7.6 COMMUNICATION WITH COURT

If it becomes necessary during your deliberations to communicate with me, you may send a note through the [clerk] [bailiff], signed by any one or more of you. No member of the jury should ever attempt to communicate with me except by a signed writing, and I will respond to the jury concerning the case only in writing or here in open court. If you send out a question, I will consult with the lawyers before answering it, which may take some time. You may continue your deliberations while waiting for the answer to any question. Remember that you are not to tell anyone—including me—how the jury stands, numerically or otherwise, on any question submitted to you, including the question of the guilt of the defendant, until after you have reached a unanimous verdict or have been discharged.