**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**CHARLES F. GORDER, JR., OSB #91287**
Assistant United States Attorney
charles.gorder@usdoj.gov
**DAVID L. ATKINSON, OSB #75021**
Assistant United States Attorney
david.atkinson@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 717-1117
Attorneys for United States of America

<br>

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

<br>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 3:10-CR-00506-02-KI** |
| **v.** | **GOVERNMENT'S PROPOSED VERDICT FORM** |
| **NAJMEH VAHID,**<br>        a.k.a. Najmeh Lahiji, | |
|        Defendant**.** | |

We the jury, being duly empaneled and sworn, find the defendant, NAJMEH VAHID,

a.k.a. NAJMEH LAHIJI:

<br>

### Count 1:
(Conspiracy to Defraud the United States)

_____NOT GUILTY

_____GUILTY

## **Count 2:**
(Conspiracy to Commit Money Laundering)

_____NOT GUILTY

_____GUILTY

DATED this _____ day of June 2013.

_____
PRESIDING JUROR