**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**CHARLES F. GORDER, JR., OSB #91287**
Assistant United States Attorney
charles.gorder@usdoj.gov
**DAVID L. ATKINSON, OSB #75021**
Assistant United States Attorney
david.atkinson@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 717-1117
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:10-CR-00506-KI |
| v. | **GOVERNMENT'S EXHIBIT LIST** |
| **HOSSEIN LAHIJI,** and **NAJMEH VAHID,** a.k.a. Najmeh Lahiji, | |
| Defendants. | |

The United States of America, by S. Amanda Marshall, United States Attorney for the

District of Oregon, through Charles F. Gorder, Jr. and David L. Atkinson, Assistant United

States Attorneys, hereby intend to offer the following exhibits at trial in the above-captioned

matter.

/ / /

/ / /

| EXHIBIT # | DESCRIPTION | OFFERED | RECEIVED |
|---|---|---|---|
| 1 | Demonstrative - Geographical Map | | |
| 2 | Demonstrative - Chart of Players | | |
| 3 | Demonstrative - Currency Chart | | |
| 4 | Handwritten Notes by Yasrebi | | |
| 5 | Letter Dated: 5/8/95 from Mehrdad Yasrebi to Ayatollah Makarem Shirazi | | |
| 6 | Letter from Child Foundation to Religious Brothers in Charge of Education Dated: February 15, 1997 | | |
| 7 | Letter from Iranshahi to Grand Ayatollah Khamenei Dated: 11/6/01 | | |
| 8 | Letter to Ayatollah Mazaheri from Lahiji Dated: June/July 2002-03 | | |
| 9 | Yahoo Email with Attachment (letter to Ayatollah) from Iranshahi to Najmeh Vahid RE: Entitled Khoms Dated: 11/12/05 | | |
| 10 | Yahoo Email w/ Attachment from Child Foundation Iran to Iranshahi RE: Chart of Lahiji Account Summary Dated: 1/28/06 | | |
| 11 | Refah Koudak Established and Recognized by Islamic Republic of Iran Dated: 4/10/99 | | |
| 12 | Economic Embargo Slides 2001 | | |
| 13 | DHL Airway Bill from Roxanna, Lahiji Urology Centers to Asghar Vahid, Isfahan, Iran Dated: 2/5/02 | | |
| 14 | US Customs Service Custody Receipt for Retained or Seized Property Dated: 2/7/02 | | |
| 15 | Letter from US Customs Service to Hossein Lahiji Dated: 3/8/02 | | |
| 16 | Letter from Hossein Lahiji to US Customs Service RE: Seizure of Currency Dated: 3/29/02 | | |
| 17 | Letter from US Customs Service to Hossein Lahiji Dated: 4/9/02 | | |

**Government's Exhibit List**                                                    **Page 2**

| | | | |
|---|---|---|---|
| 18 | DHL Airway Bill from Roxanna, Lahiji Urology Centers to Asghar Vahid, Isfahan, Iran Dated: 5/6/02 | | |
| 19 | Summary Exhibit - Approximately $1,779,170 Child Foundation Funds Transferred to Iran Dated: 7/21/97-6/5/02 | | |
| 20 | $100,200 Wire Transfer from Child Foundation Account 8450 to Al Ektasad United Co. Dated: 8/26-8/27/99 | | |
| 21 | $275,000 Wire Transfer from Child Foundation Account 8450 to Mohsen Hashimi, Mashreq Bank, Dubai Dated: 1/13/00 | | |
| 22 | $400,000 Wire transfer from Child Foundation Account 8450 to Ras Al Khaimah Exchange Mashreq Bank, Dubai Dated: 10/18/00 | | |
| 23 | $200 and $199,800 Wire Transfers from Child Foundation Account 8450 to Ras Al Khaimah Exchange Dated: 1/5/01 and 1/12/01 | | |
| 24 | Summary Exhibit - $5.4 Million Wire Transfers to Switzerland Dated: 4/27/01-4/26/05 | | |
| 25 | Swiss Bank Records Corresponding to Exhibit 24 RE: Wire Transfers | | |
| 26 | $350,000 Wire Transfer from Child Foundation Account 8450 to Emdad Kudak UBS Bank Dated: 4/30/03; $350,000 Wire Transfer from Emdad Kudak UBS Account to Refahe Kudak, Ali Yasrebi & Ameneh Modarres via Shiraz Branch Account 2202774 Dated: 5/5/03 | | |
| 27 | $350,000 Wire Transfer from Child Foundation Account 8450 to Emdad Kudak UBS Bank Dated: 3/15/04; $350,000 Wire Transfer from Emdad Kudak Account 410320 to Refahe Kudak Dated: 3/18/04 | | |
| 28 | $113,000 Wire Transfer from Child Foundation Account 5992 to Armiti Group, UAE Dated: 5/1/06 | | |

| 29 | $125,440 Wire Transfer from Child Foundation Account 5992 to Damavand Star Dated: 5/19/06 | | |
| 30 | Summary Exhibit - Lahiji Payments To/From Child Foundation Dated: 12/31/98-3/2/07 | | |
| 31 | Summary Exhibit - Lahiji & Vahid Gifts/Donations per IRS Tax Returns 1998-2007 | | |
| 32 | Summary Exhibit - Lahiji Transactions | | |
| 33 | Lahiji Urology Quickbooks Chart RE: Audit Trail | | |
| 34 | $100,000 Lahiji Check 1225 to Child Foundation Account 8450 Dated: 12/31/98, Deposited: 2/1/99; Check Stub Dated: 12/30/98; Bank of America Deposit Ticket Dated: 12/31/98; Child Foundation Official Receipt of Donation 1919 Dated: 12/31/98; Texas State Bank Statements RE: Hossein Lahiji Dated: 1/29/99, 2/26/99 | | |
| 35 | $200,000 Lahiji Check 1569 and Deposit Ticket Dated: 12/17/99; Hossein Lahiji Check 1569 with Handwritten Note Dated: 12/17/99; Child Foundation Official Receipt of Donation 2143 Dated: 12/29/99 | | |
| 36 | $75,000 Lahiji Urology Center Check 1575 to Child Foundation Account 8450 Dated: 12/18/99, Deposited: 1/3/00; Child Foundation Official Receipt of Donation 2157 Dated: 12/30/99 | | |
| 37 | $426.95 Child Foundation Check 775 from Account 5992, Dated: 8/28/00 | | |
| 38 | $400,000 Lahiji Urology Center Check 1902 to Child Foundation Account 8450 Dated: 9/20/00, Deposited: 9/29/00; Receipt of Deposit 3617 Dated: 9/29/00 | | |
| 39 | $720 Lahiji Check Stub 1977 to Child Foundation Dated: 11/2/00 | | |
| 40 | $200,000 Lahiji Urology Center Check 2015 to Child Foundation Account 8450 Dated: 12/4/00, Deposited: 12/11/00; Child Foundation Official Receipt of Donation 3618 Dated: 12/29/00 | | |

**Government's Exhibit List**                                                        **Page 4**

| 41 | $50,000 Texas State Bank Check 2546 to Laree Exchange Dated: 11/19/01 | | |
|----|------------------------------------------------------------------------|---|---|
| 42 | $50,000 Texas State Bank Cashier's Check 468521 to Laree Exchange Dated: 11/29/01; $50,000 Texas State Bank Check 2567 to Texas State Bank Dated: 11/29/01 | | |
| 43 | $250,000 Lahiji Check 2616 to Child Foundation Dated: 12/31/01, Deposited: 4/4/02, Returned NSF, Re-deposited: 4/12/02 | | |
| 44 | $250,000 Child Foundation Check 1015 Dated: 4/15/02 | | |
| 45 | $350,000 Lahiji Check 2618 to Child Foundation Account 5992 Dated: 12/18/02, Deposited: 3/10/03; Child Foundation Official Receipt 7439 Dated: 12/25/02 | | |
| 46 | $1,180 Lahiji Urology Center Check 1485 to Child Foundation Account 5992 Dated: 4/16/03, Deposited: 4/30/03 | | |
| 47 | $350,000 Lahiji Urology Center Check 1552 to Child Foundation Account 8450 Dated: 7/28/03, Deposited: 7/29/03; Child Foundation Receipt of Donation 9412, Dated: 7/29/03 | | |
| 48 | $15,000 Lahiji Urology Center Check 1488 to Child Foundation Account 5992 Dated: 4/26/04, Deposited: 5/17/04; Child Foundation Official Receipt of Donation 11520 Dated: 5/31/04 | | |
| 49 | $2,400 Lahiji Urology Center Check 2139 to Child Foundation Account 5992 Dated: 7/11/05, Deposited: 7/28/05; Child Foundation Sponsorship Payment Reply Form, Invoice 45434, Entered: 7/28/05 | | |
| 50 | $20,000 Lahiji Check 4510 to Child Foundation Dated: 5/30/08 | | |
| 51 | Summer 2000 Child Foundation US Newsletter | | |
| 52 | Hamyaran March 2004 magazine | | |
| 53 | Hamyaran March 2006 magazine | | |
| 54 | Hamyaran March 2008 magazine | | |

**Government's Exhibit List**                                                    **Page 5**

| 55 | Hamyaran March 2009 magazine | | |
|---|---|---|---|
| 56 | Child Foundation US Newsletter - Volume 4, Winter 2001 | | |
| 57 | Power of Attorney Between Mahindokht Lahiji and Ahmad Iranshahi Dated: 10/8/01 | | |
| 58 | Mehrdad Yasrebi / Child Foundation Wire Transfer Chart Dated: 8/28/96-1/25/07 | | |
| 59 | Yasrebi Check Book Register Account 8450 | | |
| 60 | Fax from Iranshahi to Yasrebi Dated: 4/8/02 | | |
| 61 | Email from Djalili to Yasrebi RE: Money Wired to Swiss Dated: 1/23/04 | | |
| 62 | Yahoo Email with Attachment from Child Foundation Iran to Iranshahi RE: Mr. Lahiji Dated: 11/6/05 | | |
| 63 | Yahoo Email from Iranshahi to Yasrebi RE: Lahiji Urgent Dated: 11/10/05 | | |
| 64 | Yahoo Email from Iranshahi to Yasrebi RE: Salam Dated: 11/12/05 | | |
| 65 | Yahoo Email from Iranshahi to Yasrebi RE: Audit Dated: 12/17/05 | | |
| 66 | Photo of Fax from Child Foundation to Lahiji RE: $67,000 Donation Dated: 12/20/05, Sent: 12/29/05 | | |
| 67 | Yahoo Email from Yasrebi to Iranshahi RE: Lahiji Dated: 5/11/06 | | |
| 68 | Yahoo Email with Attachment from Iranshahi to Yasrebi RE: Mr. Lahiji Dated: 5/12/06 | | |
| 69 | Yahoo Email with Attachment from Yasrebi to Iranshahi RE: Lahiji Dated: 9/7/06 | | |
| 70 | Fax from Child Foundation Iran to Yasrebi RE: Summary of the Latest Financial Statement for Child Foundation Iran Dated: 9/25/06 | | |
| 71 | Transcript: Call from Yasrebi to Iranshahi RE: Documents for Child Foundation Auditor Dated: 10/17/06 | | |
| 71a | Audio: Government Trial Exhibit 71 | | |
| 72 | Transcript: Call from Yasrebi to Iranshahi RE: Lahiji Must Respond Dated: 10/19-10/20/06 | | |

**Government's Exhibit List**                                                        **Page 6**

| | | | |
|---|---|---|---|
| 72a | Audio: Government Trial Exhibit 72 | | |
| 73 | Transcript: Call from Iranshahi to Yasrebi RE: No Sign Child Foundation Sending Money to Iran Dated: 10/21/06 | | |
| 73a | Audio: Government Trial Exhibit 73 | | |
| 74 | Yahoo Email with Attachment from Yasrebi to Iranshahi RE: Refahe Koodak Withdrew Money from Lahiji Account and Then Returned It Dated: 10/29/06 | | |
| 75 | Transcript: Call from Yasrebi to Iranshahi RE: Those Numbers You Sent… Dated: 10/31/06 | | |
| 75a | Audio: Government Trial Exhibit 75 | | |
| 76 | Transcript: Call from Yasrebi to Lahiji RE: Yasrebi Will Fax and Email a Letter Dated: 11/22/06 | | |
| 76a | Audio: Government Trial Exhibit 76 | | |
| 77 | Email from Yasrebi to Lahiji RE: Approve Attached, Sign and Fax It Back Dated: 11/22/06 | | |
| 78 | Transcript: Voicemail from Yasrebi to Lahiji RE: Asking If He Received the Fax Dated: 11/24/06 | | |
| 78a | Audio: Government Trial Exhibit 78 | | |
| 79 | Transcript: Call from Yasrebi to Iranshahi, RE: Delete Certain Computer Files Dated: 11/26/06 | | |
| 79a | Audio: Government Trial Exhibit 79 | | |
| 80 | Transcript: Call from Najmeh Vahid to Yasrebi RE: Calling About the Letter Yasrebi Sent Dated: 11/27/06 | | |
| 80a | Audio: Government Trial Exhibit 80 | | |
| 81 | Fax from Najmeh Vahid to Iranshahi RE: Asks For Bank Statements For Joint Account Dated: 11/27/06 | | |
| 82 | Transcript: Call from Iranshahi to Yasrebi, Dated: 11/28/06 | | |
| 82a | Audio: Government Trial Exhibit 82 | | |
| 83 | Transcript: Call from Najmeh Vahid to Yasrebi RE: Iranshahi Called, Left Message, Faxed Papers Dated: 11/28/06 | | |

**Government's Exhibit List**                                                              **Page 7**

| 83a | Audio: Government Trial Exhibit 83 | | |
|---|---|---|---|
| 84 | Transcript: Call from Najmeh Vahid to Yasrebi RE: Discussed Money Taken from Account and CD Dated: 11/28/06 | | |
| 84a | Audio: Government Trial Exhibit 84 | | |
| 85 | Fax from Najmeh Vahid to Iranshahi RE: Taking $50,000 from Account, Has Lahiji's Signature and Approval Dated: 11/28/06 | | |
| 86 | Yahoo Email from Iranshahi to Yasrebi RE: Urgent Dated: 11/30/06 | | |
| 87 | Yahoo Email from Yasrebi to Iranshahi RE: Lahiji Dated: 11/30/06 | | |
| 88 | Transcript: Voicemail from Yasrebi to Keri Courtain, Dated: 1/10/07 | | |
| 88a | Audio: Government Trial Exhibit 88 | | |
| 89 | Transcript: Call from Yasrebi to Iranshahi RE: Discuss How Much Money Yasrebi Can Deposit Dated: 1/22/07 | | |
| 89a | Audio: Government Trial Exhibit 89 | | |
| 90 | $320,000 Wire Transfer from Yasrebi, Child Foundation Account 5992 to Damavand Dated: 1/25/07 | | |
| 91 | $2,400 Lahiji Urology Check 3328 With Corresponding Child Foundation Invoice 91321 Dated: 3/2/07 | | |
| 92 | Transcript: Call from Yasrebi to Kazemi RE: Sending Money Dated: 3/3/07 | | |
| 92a | Audio: Government Trial Exhibit 92 | | |
| 93 | Transcript: Conference Call Between Yasrebi, Azemi, Farahani RE: Farahani Joining Child Foundation Board Dated: 5/28/07 | | |
| 93a | Audio: Government Trial Exhibit 93 | | |
| 94 | Yahoo Emails Between Najmeh Vahid and Iranshahi  RE: Intention to Establish a Charity In Esfahan Dated: 12/25-12/26/07 | | |
| 95 | Yahoo Email from Child Foundation Iran Office to Iranshahi, Subject: Lahiji RE: Debit/Credit Chart 11/2006 Dated: 2/13/08 | | |

**Government's Exhibit List**                                         **Page 8**

| 96  | Yahoo Email from Iranshahi to Lahiji  RE: Smaller Chart with Note from Iranshahi Thanking Lahiji Dated: 2/13/08 | | |
|-----|---------------------------------------------|---|---|
| 97  | Yahoo Email from Lahiji to Iranshahi RE: Esfahan Dated: 2/13/08 | | |
| 98  | Yahoo Email with Attachment from Child Foundation Iran Office to Lahiji RE: Money Will Go to Child Foundation Iran and Then Be Sent to Esfahan Dated: 2/18/08 | | |
| 99  | Yahoo Email from Lahiji to Iranshahi & Anvari RE: Appointing Anvari As Full Time Employee Dated: 4/28/08 | | |
| 100 | Yahoo Email from Esfahan Branch to Iranshahi RE: Lahiji's Raise Several Issues Dated: 7/15/08 | | |
| 101 | Email Between Djalili to Roya to Iranshahi RE: Need For New Office Dated: 4/20/09 | | |
| 102 | Fax from Mrs. Lahiji to Sam Gainer RE: Our 2001 Tax Return - Donation Receipt Dated: 4/16/02 | | |
| 103 | Handwritten Notes Entitled 2002 - Taxes | | |
| 104 | Emails Between Resnick and Sepideh Nabibakhsh RE: Building in Tehran Dated: 4/6-4/7/04 | | |
| 105 | $25,700 Wire Transfer from Lone Star Bank to Morteza Resaee, Wachovia Bank, Avondale, PA Dated: 4/14/05; $245,500 Wire Transfer from Lone Star Bank to ALNAFEES Exchange, Morshed Bazar, Dubai, JP Morgan Chase Bank Dated: 4/14/05; $30,000 Wire Transfer from Lone Star Bank to Alborz Soleimani Dashtaki, JP Morgan Chase Bank NY, F/C Royal Bank of Canada Dated: 4/14/05 | | |
| 106 | $173,666 Wire Transfer from Lone Star Bank to ALNAFEES Exchange, Morshed Bazar, Dubai, JP Morgan Chase Bank NY Dated: 4/18/05; $26,334 Wire Transfer from Lone Star Bank to Guangzhou Panyu Jian Ye Imp and Exp Trad, Guangzhou, China Dated: 4/18/05 | | |

**Government's Exhibit List**                                                         **Page 9**

| 107 | Letter w/ Appendices from Yasrebi to Jonathan Resnick RE: Reply to List of Questions Dated: 12/6/05 | | |
|---|---|---|---|
| 108 | Email from David Kirkwood to Jon Resnick RE: Questions About Child Foundation Accounting Dated: 12/7/05 | | |
| 109 | Draft of Child Foundation Audit Dated: 5/31/06 | | |
| 110 | Email from Tom Waller to Najmeh Vahid RE: Expense Classified As Real Estate, Totaling $362,039.35 Dated: 1/3/07 | | |
| 111 | Handwritten Notes in File 1999-2000 Financial Report | | |
| 112 | Handwritten Notes Among 1999 Tax Paperwork | | |
| 113 | FedEx Invoice RE: Receipt For Overnight Package from Lahiji to "Yasrebei" Dated: Feb. 4, 1999 | | |
| 114 | Lahiji Sponsorship Payment Checks, $60 | | |
| 115 | $120 Lahiji Check 1192 Paid to Child Foundation Dated: 12/30/98; Sponsorship Giving Record Dated: 11/17/98, Stamped Paid: 12/31/98 | | |
| 116 | $120 Lahiji Check 1271 Paid to Child Foundation Dated: 2/23/99; Sponsorship Giving Record Dated: 1/27/99, Stamped Paid: 2/23/99 | | |
| 117 | $200,000 Lahiji Urology Center Check 2493 to Child Foundation Dated: 12/31/05, Deposit date 3/2/06 | | |
| 118 | Handwritten Letter from Lahiji to Yasrebi RE: Sent Check for Khoms Due, Request Receipt Dated: 3/2/06 | | |
| 119 | Email from David Kirkwood to Marcia Muench RE: $200,000 Donation Dated: 3/2/06 | | |
| 120 | $2,400 Lahiji Urology Centers Check 2502 to Child Foundation Account 5992 Dated: 3/2/06; Child Foundation Sponsorship Invoice 62953 Received: 2/17/06, Deposit Date: 3/8/06 | | |

**Government's Exhibit List**                                    **Page 10**

| 121 | Child Foundation Letter from Yasrebi to Lahiji RE: Written Acknowledgment of $200,000 Donation Dated: 3/6/06 | | |
|---|---|---|---|
| 122 | Child Foundation Tax Deductible Receipt RE: $200,000, Dated: 3/6/06, Notation on Attached Letter: resent 5/2/06 | | |
| 123 | Email with Attachments from Yasrebi to Iranshahi RE: 2005-2006 RK Audited Reports Dated: 6/3/09 | | |
| 123a | Email Attachment: Refahe Kodak Auditors Report 2002 | | |
| 123b | Email Attachment: Refah Kodak Auditors Report 2003 | | |
| 123c | Email Attachment: Refah Kodak Auditors Report 2004 | | |
| 123d | Email Attachment: Refah Koodak Auditors Report 2005 | | |
| 124 | Email with Attachment from Iranshahi to Yasrebi RE: Audit is Legitimate Dated: 6/5/09 | | |
| 124a | Email Attachment: Refah Koodak Auditors Report 2006 | | |
| 125 | Email from Yasrebi to Iranshahi RE: Asks for 2007 Audit Report Dated: 6/5/09 | | |
| 126 | Email with Attachment from Iranshahi to Yasrebi RE: Aghapour's Email with 2007 RK Audit Dated: 6/7/09 | | |
| 126a | Email Attachment: Refah Koodak Auditors Report 2007 | | |
| 127 | Yahoo Emails Dated: 6/7/09 from Afshar to Iranshahi RE: Afshar Started Working in Esfahan Sept. 2008 | | |
| 128 | Refah Koodak Charity Institute Independent Auditor's Report Dated: 5/31/08 | | |
| 129 | Refah Koodak Charity Institute Independent Auditor's Report Dated: 5/31/09 | | |
| 130 | IRS Form 990, Dated: 10/1/98, Prepared by: Mehrdad Yasrebi, Total Contributions: $120,449 | | |

**Government's Exhibit List**                                              **Page 11**

| 131 | IRS Form 990 for Tax Year 1998 RE: Child Foundation | | |
|---|---|---|---|
| 132 | IRS Form 990 for Tax Year 1999 RE: Child Foundation | | |
| 133 | IRS Form 990 for Tax Year 2000 RE: Child Foundation | | |
| 134 | IRS Form 990 for Tax Year 2001 RE: Child Foundation | | |
| 135 | IRS Form 990 for Tax Year 2002 RE: Child Foundation | | |
| 136 | IRS Form 990 for Tax Year 2003 RE: Child Foundation | | |
| 137 | IRS Form 990 for Tax Year 2004 RE: Child Foundation | | |
| 138 | IRS Form 990 for Tax Year 2005 RE: Child Foundation | | |
| 139 | IRS Form 990 for Tax Year 2006 RE: Child Foundation | | |
| 140 | IRS Tax Form 1040 for Tax Year 1998 RE: Hossein Lahiji and Najmeh Vahid | | |
| 141 | IRS Tax Form 1040 for Tax Year 1999 RE: Hossein Lahiji and Najmeh Vahid | | |
| 142 | IRS Tax Form 1040 for Tax Year 2000 RE: Hossein Lahiji and Najmeh Vahid | | |
| 143 | IRS Tax Form 1040 for Tax Year 2001 RE: Hossein Lahiji and Najmeh Vahid | | |
| 144 | IRS Tax Form 1040 for Tax Year 2002 RE: Hossein Lahiji and Najmeh Vahid | | |
| 145 | IRS Tax Form 1040 for Tax Year 2003 RE: Hossein Lahiji and Najmeh Vahid | | |
| 146 | IRS Tax Form 1040 for Tax Year 2004 RE: Hossein Lahiji and Najmeh Vahid | | |
| 147 | IRS Tax Form 1040 for Tax Year 2005 RE: Hossein Lahiji and Najmeh Vahid | | |
| 148 | IRS Tax Form 1040 for Tax Year 2006 RE: Hossein Lahiji and Najmeh Vahid | | |
| 149 | Search Warrant Photos - Child Foundation Office | | |

**Government's Exhibit List**                                        **Page 12**

| 150 | Search Warrant Photos - Mehrdad Yasrebi Office, Precision Cast Parts | | |
|-----|---------------------------------------------------------------------|--|--|
| 151 | Search Warrant Photos - Mehrdad Yasrebi Residence | | |
| 152 | Search Warrant Photos - Storage Unit 822 | | |
| 153 | Search Warrant Photos - Storage Unit 87 | | |
| 154 | Search Warrant Photos - Hossein Lahiji Residence, McAllen, TX | | |
| 155 | Search Warrant Photos - Hossein Lahiji Residence, San Antonio, TX | | |
| 156 | Yahoo Subscriber Information | | |
| 157 | OFAC License History Check Dated: 3/6/12 | | |

DATED this 29th day of April 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

s/ *David L. Atkinson*
**DAVID L. ATKINSON, OSB #75021**
Assistant United States Attorney

s/ *Charles F. Gorder, Jr.*
**CHARLES F. GORDER, JR., OSB #91287**
Assistant United States Attorney

**Government's Exhibit List**                                    **Page 13**