- Dynamism and growth, testified by statistics
- Acquiring trust, a weighty, yet indispensible, obligation
- Educating help-seeker; endless mission of CF
- Hard working social workers, excellent managers and mothers
- Meeting of flower with sun

# HAMYARAN's
## Child Foundation
No. 6, March 2009



Memo Exhibit 4
Page 1 of 3

*In The Name of Creator of Life and Wisdom*

## Editorial

*Spend your life satisfying hearts...*
*and appease God by doing so*

After 15 years of continuous humanitarian activities, Child Foundation has turned to a live, dynamic and progressive process of collection; a process of effort, endeavor and capability all for the service of innocent children and the bright and talented but financially underprivileged students. In this among, the fatal duty of establishing connection between the two aforementioned poles is assigned to the Child Foundation.

It is a heavy but intimate responsibility, that is possible with the cooperation of the compassionate social workers and with the kindness and generosity of our supporters, which is extended to thousands of deprived and honorable and waiting families.

A glance at the brilliant and glorious history of Child Foundation's achievements, familiarizes us with this enlightening public and independent charity organization and generates hope among the capable and benevolent Iranians, who are interested in making a positive difference in the lives of needy children and their respective families. Child Foundation has provided suitable management and outstanding executive leadership and has applied its best efforts for this connection. This represents a famous clause, which states: "As long as its root is in water, we may expect fruit from it."

On the other side, the euphonious attitude of Child Foundation has resulted in the absorption of the respected state custodians within recent years, and the hidden talents and energy of a society interested in these righteous affairs. This indicates a blossoming of passion, sympathy and charity that blooms in the hearts of the custodians residing in Iran, who have supported hundreds of the needy clients who were interested in education within the, framework of the objectives of Child Foundation, that imitates the involvement of foreign custodians in this connection.

On behalf of the children we serve, we would like to show our appreciation to all of the righteous women and men and their families, for their gifts of comfort and hope. We also present the most beautiful and fragrant flowers to their sea like hearts.

## Content:

- ☐ Dynamism and growth testified by statistics — 2
- ☐ Acquiring trust, a weighty, yet indispensible, obligation — 3
- ☐ Educating help-seekers; endless mission of CF — 4
- ☐ More is needed — 5
- ☐ Hard working social workers, excellent managers and mothers — 6
- ☐ Correspondence between supporters and help-seekers — 10
- ☐ Establishment of CF student club in the State University of California — 12
- ☐ Afghani needy children on the protection of the CF — 12
- ☐ Adoption, answering to a deep need — 13
- ☐ Haft Shiine Eshgh in the student celebraition of CF — 14
- ☐ Visitation of Children and sponsors — 16
- ☐ Norouz (New Year), Love and Charity — 18



### Hamyaran Bonyad Koodak

(The internal periodical of Child Foundation, Iran)
*Under Central office supervision*

### Number 6, March 2009

**Chief Editor:** Pedram Akbari
**Editor Assistant:** Saghar Pak Seresht
**Typesetter:** Eghameh Sabbaghi
**Translation to English:** A group of volunteers, assisting CF Iran
**Calligraphy:** Professor Mahmood Rahbaran
**Cover Photographer:** Hormat Nazeri
**Page Design:** Fereydun Hadian Dehkordi
**Pre-print and Print:** Ravagh Printing
**CF Central Office in Iran:** Tel.: (98-21) 88502182-4
Fax: (98-21) 88764771

## Amol Branch
19 Andisheh, Beheshti St.
Tel : (0121) 215-1391    Fax: (0121) 225-9138
E-mail: amol@childf.org

## Ardebil Branch
No 635, Khadem Hoseini Alley, Artesh Sq., Emam Khomeini St.
P.O.Box: 56135-861
Tel : (0451) 771-8706    Fax: (0451) 772-4959
E-mail: ardebil@childf.org

## Bam Branch
Edalat Sq., Zeid Ave., 2nd Shohada Alley
Tel : (0344) 231-0830    Fax: (0344) 231-4943
E-mail: bam@childf.org

## Broujerd Branch
# 1, Shahid Ehteshami Alley, Hafez Cross, Shohada St.
P.O.Box: 579
Tel : (0662) 260-8003 , 5    Fax: (0662) 262-8979
E-mail: broujerd@childf.org

## Esfahan Branch
No 122, Emami Alley, Sarlat St., Darvazeh Dowlat
Tel : (0311) 235-3006-7    Fax: (0331) 233-1008
E-mail: esfahan@childf.org

## Kashan Branch
No. 74, Next to Naraghi Honarestan, Beheshti St.
Tel : (0361) 446-9898    Fax: (0361) 446-9899
E-mail: kashan@childf.org

## Kermanshah Branch
Apt. 9, Ejlalieh Mojtama, Parking Shahrday St., Modares St.
Tel : (0831) 729-6215 , 16    Fax: (0831) 729-6217
P.O.Box: 67145-1381
E-mail: kermanshah@childf.org

## Mashhad Branch
Unit 1, 1st Fl., # 15, 27Malek Abad Ave., Next to Gooya 1, Malek Abad Blvd.
Tel : (0511) 765-2423    Postal Code: 9186713881
E-mail: mashhad@childf.org

## Shiraz Branch
Apt. 12, Dena Medical Complex, Haftom Tir St., Zand St.
Tel : (0711) 230-5763 , 233-0738    Fax: (0711) 233-0804
E-mail: shiraz@childf.org

## Tabriz Branch
# 601, 6th Fl., Next to Sabalan Pasaje, Emam St.
Tel : (0411) 336-1809    Fax: (0711) 336-1809
E-mail: tabriz@childf.org

## Tehran Branch
No. 15, Rekabgardan Alley, Vali-e-Asr Ave., Raah-Ahan Sq.
Tel : (021) 55368373 , 55368374    Fax: (021) 55396131
E-mail: Tehran@childf.org

## Urmia Branch
Shahrake Farhangian (Next to Omid Hospital)
Tel : (0441) 384-7272    Fax: (0441) 382-4447
E-mail: urmia@childf.org



*HAMYARAN*
*Child Foundation*

*No. 6, March 2009*



# Acquiring Trust
# A Weighty, Yet Indispensible, Obligation

**Dear Friends and Supporters of Refah-e Koodak Charity (Child Foundation, Iran)**

Over the course of 2007 - 2008, Refah-e Koodak Charity (Child Foundation, Iran) has undergone financial audit by a certified and reputable auditing firm called "Armoon Gostaraan-e Peeshgaam".

According to the audit report released by referred auditing firm, we are proud to announce that once again the outcome and the result of this financial audit revealed the accountability and credibility of Refah-e Koodak Charity (Child Foundation, Iran) inline with international accounting standards.

Our sponsorship programs continue to expand locally and internationally. In 2007, the preparations for opening a new office in Mazar Sharif, Afghanistan began. This office will be the head quarters for our Afghani program and will be operated by Child Foundation Afghanistan volunteers and social workers.

Thanks to everyone who had volunteered his or her time, efforts and resources to make this fiscal year, another successful one. It is truly



inspiring to see the Child Foundation community grow in size and in solidarity.

On behalf of the children we serve, we thank you for everything you did to help us change the face of the future…one child at a time.

| Total Child Foundation Payments (Fiscal Year ending May 31st 2008) | |
| --- | --- |
| **Description of Payment** | **Amount in Rial** |
| Payment to sponsored children | 15,084,38 9,352 |
| Payment to sponsored college/university students | 95,208,000 |
| Emergency payments to children | 765,043,969 |
| Aid to other educational charities | 43,385,000 |
| All charity payments | 827,277,950 |
| Total | 16,815,304,271 |
| Organizational social workers costs | 1,524,545,125 |
| Grand Total | 18,339,849,396 |



*HAMYARAN*
*Child Foundation*

*No. 6, March 2009*

