Mr. Lahiji

**Subject:** Mr. Lahiji
**From:** "Office WorkGroup Team " <iranoffice@childf.com>
**Date:** Sun, 6 Nov 2005 04:26:29 -0600
**To:** <ah_iran@yahoo.com>

```
Jenab Agae Iranshahi
peyvast marbot be list Mr. Lahiji mibashad.
Saremi
```

| lahiji.jpg | **Content-Type:** application/octet-stream |
|------------|---------------------------------------------|
|            | **Content-Encoding:** base64 |

1 of 1

CF288877

بسمه تعالی



بنیاد کودک
**Child Foundation**

وضعیت حساب آقای لاهیجی در دفاتر ایران

| ملاحظات | مبلغ(ریال) | مبلغ(دلار) | شرح | تاریخ |
|---|---|---|---|---|
| تاپایان سال۱۳۸۹ | ۲,۰۰۰,۰۰۰,۰۰۰ | ۲۵۰,۰۰۰ | خرید منزل | ۷۹/۷ |
| (مجتمع خاتم شیراز و هزینه های بنیاد) | ۱,۹۹۷,۲۵۰,۰۰۰ | ۲۵۰,۰۰۰ | خمس | ۸۱/۱۲ |
| تا خرداد ۱۳۸۷ | ۲,۸۵۳,۲۰۰,۰۰۰ | ۳۵۰,۰۰۰ | نقد | ۸۲/۳ |
| تا اردیبهشت ۱۳۸۸ | ۲,۹۹۷,۴۰۰,۰۰۰ | ۳۵۰,۰۰۰ | نقد | ۸۳/۲ |



تلفن : ۸۵۰۲۱۸۲-۴

فاکس: ۸۷۲۴۷۷۱

آدرس: تهران- خ خرمشهر- خ گلشن- کـ گلزار- پلاک۲۰

E- mail: iranoffice@childf.com
www.childf.com

**Subject:** Mr. Lahiji
**From:** "Office WorkGroup Team" <iranoffice@childf.com>
**Date:** Sun, 6 Nov 2005 04:26:29 – 0600

**To:** <ah_iran@yahoo.com>

Dear Mr. Iranshahi,

Attached is a list related to Mr. Lahiji.

Saremi

Lahiji.jpg

In the name of God

The Child Foundation

[Logo]

### Account Summary for Mr. Lahiji in Tehran Offices

| Date | Description | Amount $ | Amount Rial | Remarks |
|------|-------------|----------|-------------|---------|
| 7/79 [Oct. 2000] | Purchasing house | 250,000 | 2,000,000,000 | Until the end of 1389[March 2011] |
| 12/81 [Feb/March 2003] | Khoms [One fifth] | 250,000 | 1,997,250,000 | Khatam –e-Shiraz complex & Foundation expenses |
| 3/82 [May/June 2003] | Cash | 350,000 | 2,853,200,000 | Until Khodad 1387[May 2008] |
| 2/83 [April/May2004] | Cash | 350,000 | 2,997,400,000 | Until Ordibehesht 1388 [April 2009] |

Address: 20 Golzar Alley, Golshan Street, Khoramshahr Avenue

Phone: 8502182-4

Fax: 8764771

Email: *iranoffice@childf.com* and *www.childf.com*