**Subject:** Statement
**From:** Ahmad Iranshahi <ah_iran@yahoo.com>
**Date:** Wed, 13 Feb 2008 08:43:45 -0800 (PST)
**To:** hlmd@mac.com

# Be name khoda

## Jenabe Aghaie Doctor Lahiji

Ba salam zemne tashakor az komakhai shoma be khanevadehai niazmand , be arz miresand dar 3 mored zir  nesbat be jenabali moteahed hastim:

| Description | Amount | Date | |
|---|---|---|---|
| Office CF Tehran | --- | 1389/0715 | Start (1380/07/15) |
| Money | 350,000$ | 1387/06/01 | Start in Iran |
| Khoms | 200,000$ | --- | resid erae mshavad |

lotfan agar  dar har mored moshkeli vojod darad man ra mtale farmaid.
Eltemas 2a
Iranshahi

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

of 1

11/13/2009 3:40 PM

Memo Exhibit 6
Page 1 of 2

Subject: Statement

From: Ahmad Iranshahi <ah_iran@yahoo.com>

Date: Wed, 13 Feb 2008 08:43:45 – 0800 (PST)

To: hlmd@mac.com

In the name of God

Dear Dr. Lahiji

Greetings,

Thank you for assistance with the needy families; you must be informed that we are obligated to you for the following 3 items [responsible for the following 3 items].

| Description | Amount | Date | |
| --- | --- | --- | --- |
| Office CF Tehran | - - - - - | 1389/7/15 [October 7, 2010] | Start 1380/7/15 (Oct. 7, 2001) |
| Money | $350,000.00 | 1387/6/1 [August 22, 2008] | Start in Iran |
| Khoms | $200,000.00 | - - - - | receipt will be provided |

Please notify me if there is any problem with any of those items.

Needs your prayer

Iranshahi

Memo Exhibit 6
Page 2 of 2