SECRET

# FAX DOCUMENT



LINE ID: 5036981573

SID: 396718

START TIME: 2006-11-27 15:15:48 PST

DURATION: 00:01:37

PAGE 1 OF 3

Classified By: G-1
Declassify On: X1

SECRET

DECLASSIFIED BY *603...* *...*
*5-30-08*
*+ This Redacted Copy only +*

SECRET

case: ▓▓▓▓▓▓  line id: 5  3981573  sid: 396718  start time: 2006-  17 15:15:48 PST  pg. 2 of 3

11/27/2006   05:12   9566689596                    LAHIJI UROLOGY                        PAGE   01/02

# Lahiji Urology Centers, P.A.

801 E. Nolana, Ste. 20
McAllen, TX 78504
(956) 687-8080

## Facsimile Transmittal

| To: | Ahmad Iranshahco @ Child Foundation | Fax: | 011-98-21-88764771 |
|---|---|---|---|
| From: | Najmeh Lahiji     956-821-4514 | Date/Time: | 11/27/2006 5:09 PM |
| Re: | | Pages: | 2 |
| CC: | Mr. Abutorab Yasrebi @ 503-698-1573 | CC: | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

Please verify the attached information and respond at your earliest convenience.

Thank you,
Najmeh Lahiji

The document accompanying this facsimile transmission contains confidential information belonging to the sender that is legally privileged, and not intended for public use. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this document in error, please notify us by telephone immediately.

CF291819
Memo Exhibit 7
Page 2 of 3

Lahiji Urology Centers, PA

Paid to Child Foundation:

| Date | Notes | Credit | Debit | Balance |
|------|-------|--------|-------|---------|
| 1999 | | 275,000.00 | | |
| 2000 | | 600,000.00 | | |
| | Refer to # 1 below | | -587,000.00 | -282,000.00 |
| 2001 | | 250,000.00 | | |
| | Refunded by Child Foundation | | -250,000.00 | -282,000.00 |
| 2002 | | 350,000.00 | | |
| 2003 | | 350,000.00 | | 418,000.00 |
| | Refer to # 3 below | | -417,000.00 | |
| 2005 | | 200,000.00 | | $1000.00 |

1. Due to Child Foundation: 875,000.00 – 587,500.00 = 282,000.00
   a. Monies paid back to child foundation ($875,000):
      i. $250,000.00 Tehran House (Due 07/1389)
      ii. 75,000,000.00 toman: Received in Iran = ? dollars (~87,500.00)
      iii. $250,000.00: Khoms

2. $250,000.00 was refunded by child foundation.

3. Other monies spent per Dr. Lahiji's request:
   a. $67,000.00: Charity work approved in 2005
   b. $350,000.00 placed in a joint account for a period of 5 years (due ordibehesht 1387)

4. $200,000.00: 2006 Khoms (Pending receipt)

Status as of 11/27/2006:
   1. Tehran house due back 07/89
   2. $350,000.00 due back 02/87
   3. Receipt pending for $200,000.00 khoms
   4. $1,000.00 unaccounted for

Please, verify the above information. Also, please show bank statements for the joint account.

CF291820