<u>Refah Kodak Charity Institute</u>
<u>Independent auditors report</u>
<u>And financial statements</u>
<u>For the Financial year ended May 31, 2003</u>

REFAHE KODAK CHARITY INSTITUTE
FINANCIAL STATEMENTS AND
OTHER FINANCIAL INFORMATION

Contents

Independent auditors report
Statement of financial position
Statement of activities
Statement of cash flows
Notes to financial statements

**Mohaseb Kish Auditing Firm**

No:

**(C P A s)**

Date:

Khossro Hadavi, Ghobad Moshir
Rostam Vahidi, Hamid Reza Vakili Fard

## INDEPENDENT AUDITORS' REPORT

### TO THE BOARD OF DIRECTORS OF THE
### REFAHE KODAK CHARITY INSTITUTE

We have audited the accompanying statement of financial position Of the Refahe Kodak Charity Institute (a nonprofit organization) as of May 31,2003 and the related statements of activities, cash flows for the year then ended. These financial statements are responsibility of the Institute management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to fairly, in all material respects, the financial position of the Refahe Kodak Charity Institute as of May 31,2003 and the changes in its net assets and its cash flows for the financial year then ended in conformity with generally accepted accounting principles.

Tehran, Iran
September, 21, 2003
Mohasebkish
Certified Public Accountants

# 5, 15 Kamran Ave., Dr. Fatemi Sq., Tehran - Iran. Tel/Fax: 8892066

## Refahe Koodak Charity Inistitute
### Balance Sheet
### As at May 31'2003

| Assets | Note | 31.05.2003 Rial | 31.05.2002 Rial | Liabilities and reserves | Note | 31.05.2003 Rial | 31.05.2002 Rial |
|---|---|---|---|---|---|---|---|
| Current assets: | | | | Current liabilities: | | | |
| Cash | 4 | 4,802,714,455 | 1,093,842,517 | Accounts payable | 10 | 74,636,102 | 41,358,335 |
| Accounts Receivable | 5 | 132,500,090 | 936,580,354 | Distributable founds | 11 | 5,595,697,968 | 2,107,726,652 |
| Inventory | 6 | 21,379,000 | 6,000,000 | | | | |
| Prepayments | 7 | 204,286,442 | 31,809,442 | | | | |
| Total (.Current assets ) | | 5,160,879,987 | 2,068,232,313 | Total (Current liabilities) | | 5,670,334,070 | 2,149,084,987 |
| Fixed assets: | | | | Reserves: income surplus (cost) | | | |
| Tangible fixed assets | 8 | 487,462,140 | 98,278,487 | Operating reserve | | 6,101,847 | 42,545,597 |
| Other assets | 9 | 28,093,790 | 25,119,784 | | | | |
| Total of fixed assets | | 515,555,930 | 123,398,271 | Total of reserves | | 6,101,847 | 42,545,597 |
| Grand total of assets | | 5,676,435,917 | 2,191,630,584 | Grand total of liabilities and reserves | | 5,676,435,917 | 2,191,630,584 |

The accompanying notes are an integral part of these financisal statement

خزارش

موسسه حسابرسی وخدمات مدیریت خدماتکنگی

CF289160

Refahe Koodak Charity Inistitute
Statement of Activity
For the year ended May 31'2003

| | Note | Priod ended may 31,2003 | | Year 2002 |
|---|---|---|---|---|
| | | Rial | Rial | Rial |
| Rvenue: | | | | |
| Received supports | 12 | | 6,337,957 | |
| Funds collected from internal caretakers | 13 | | 90,380,500 | 8,206,600 |
| | | | 96,718,457 | - 8,206,600 |
| Operating costs are deducted : | | | | |
| The amounts paid to the protected children | | (82,561,010) | | (5,761,089) |
| The amounts paid to the protected students | | (6,022,600) | | - |
| Other supports paid | 14 | (9,300,000) | | (5.070.000) |
| | | | (97,883,610) | (10,831,089) |
| Excess of revenue over expense | | | (1,165,153) | (2,624,489) |
| Deducted: | | | | |
| Administration and organizational costs | 15 | | (34,349,447) | (38,459,678) |
| Operational excess of revenu over expense | | | (35,514,600) | (41,084,167) |
| Other renvenue (expenses) | | | (929,150) | - |
| Net excess of revenue over expense | | | (36,443,750) | (41,084,167) |

### Revenue (Expense ) flow and accumulated operation reserve

| | | | | |
|---|---|---|---|---|
| Net excess of revenue over expense | | | (36,443,750) | (41,084,167) |
| Operation reverse of the beginning of the year | | 42,545,597 | | 83,629,764 |
| Prior years adjustment | | - | | - |
| Operating reverse of the beginning of year – Adjusted | | | 42,545,597 | 83,629,764 |
| Operating reverse at the end of year | | | 6,101,847 | 42,545,597 |

The accompanying notes are integral part of these financial statements .



2

Refahe Koodak Charity Inistitute
Statement of Cash Flow
For the year ended May 31'2003

| | Note | Priod ended may 31,2003 | Priod ended may 31,2002 |
|---|---|---|---|
| | | Rial | Rial |
| Operating activities: | | | |
| Net Cash flows from operating activities | 16 | 4,128,817,776 | 290,438,188 |
| Investing activities : | | | |
| Proceeds from sale of fixed assets | | 5,500,000 | — |
| Amounts paid for purchasing fixed assets | | (420,531,928) | (3,693,500) |
| Amounts paid for purchasing other assets | | (4,910,910) | — |
| Net cash flows from Investing activities | | (419,942,838) | (3,693,500) |
| Net increase in the cash | | 3,708,871,938 | 286,744,688 |
| Cash at beginning of year | | 1,093,842,517 | 807,097,829 |
| Cash at ending of year | | 4,802,714,455. | 1,093,842,517 |

The accompanying notes are integral part of the financial statements .

مؤسسه   رینی وخدمات مدیریت محاسب کیش

صنرارش

. 3

Memo Exhibit 9
Page 6 of 23

<u>Refahe Koodak Charity Inistitute</u>
<u>Accompanying Notes of Financial Statements</u>
<u>Year ended May31'2003</u>

1- The history of Inistitute activities

1-1 General

Charity Inistitute has been registered in Shiraz Company Registration Office by the number of 398 dated April 10/1999. The head quarter of the Inistitute is located in first floor #59, West Sahel Ave. Shiraz, Iran and its office is in Second Floor - #20, Golzar Ave., Golshan Ave., Apadana St. Tehran, Iran

1-2 The Main activity of Inistitute

According to articles 2 & 8 of Inistitute charter , the main activity of this Foundation is non political and non profit - making and its target is to support poor children and teenagers freely , providing facilities for poor children and teenagers' education , procuring other living necessities for poor children and teenagers so that they can educate without any obstacle .

1-3 Employment Status

The average of permanent and temporary employees during a year is as follow :

Permanent employees.

| Year 2003 | Year 2002 |
|-----------|-----------|
| Person | Person |
| 6 | 5 |
| 6 | 5 |

2- The Basis for providing Financial Statements.

Financial Statements have been mainly prepared on the basis of historical cost and when it was necessary current values have also been utilized .

4

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

3- Summary of the Main Accounting Procedures

3-1 Tangible Fixed Assets

3-1-1 Tangible fixed assets are recorded in accounts on the basis of the cost. Amounts paid for refinement and major repairs which cause to increase considerably the capacity and shelf life of fixed assets or improves mainly their outcome quality are considered as capital costs and will be amortized during the balance of shelf life. Maintenance and minor repairs costs which have been expended for keeping and remedying expected Inistitute economical benefits of first evaluated standard function of asset, are considered as current values when they occur and charged to income and cost account of accounting period.

3-1-2 Depreciation of fixed assets is calculated on the basis of the below rates and methods with respect to shelf life of the related assets and considering Depreciation regulation (article 151 of Direct Tax Act, authorized in March 1989 - Esfand 1366):

| Fixed assets | Depreciation rate | Depreciation Method |
|---|---|---|
| Administrative accessories and equipment | 10 years | Straight-line |
| Computer equipment | 10 years | Straight-line |
| Soft wares | 5 years | Straight-line |
| Vehicles | 25% | Declining-balance |
| Buldings | 7% | Declining-balance |

3-1-3 For Fixed assets which are acquired within a month and are utilized, depreciation is calculated since beginning of the next month and entered to accounts. In some cases that each of the depreciating assets after preparation for utilization , because of discontinuing the work or other reasons is not utilized , the depreciation of this asset is equivalent to 30% of the above depreciation rate .

3-2 Inventory.

3-2-1 Inventory is recorded in accounts based on the of cost or market price rule and purchase price .

5

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

3-3 Benefits of employees at the termination of work

Any reserve is not calculated by company for termination of employees' work . In this relation any payment during a year is charged to yearly cost account unless it is decided to fire employees before balance sheet date that in this case the required reverse will be calculated in the accounts .

4- Cash
Cash consist of the following:

|  | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Cash in bank | 4-1 | 4,534,960,451 | 418,831,171 |
| Pety cash | 4-2 | 267,754,004 | 675,011,346 |
|  |  | 4,802,714,455 | 1,093,842,517 |

4-1 Cash in bank consist of the followings:

|  | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Melli Bank - Shiraz |  | 18,408,108 | 11,328,108 |
| Melli Bank - North Felestin |  | 1,003,063 | 1,003,063 |
| Melli Bank – Qods shiraz |  | 1,063,777,745 | 406,500,000 |
| Melli Bank – Central shiraz (foreign exchenge) | 4-1-1 | 7,677,395 | — |
| Melli Bank – mehr vatan (deposit) |  | 590,894,140 | — |
| kar afarin Bank (deposit) | 4-1-2 | 2,853,200,000 | — |
|  |  | 4,534,960,451 | 418,831,171 |

4-1-1 Curren account of melli bank – shiraz (foreign exchange) opend on july 2002 (Tir 1381) and all trust funds from child foundation institue receive through it.

6

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

4-1-2  Accordance  with agreement between Inistitue and Mr Lahiji (one of sponsers), Inistitue as a long-term, (5 years) deposit. The above amunt received from him, at the end of 5 years will spend for makeing educatoinal complexes with Inistitute contorol.

4-2 Pety cash consists of the following:

|  | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Social workers | 4-2-1 | 247,622,663 | 668,809,456 |
| Head office | 4-2-2 | 20,131,341 | 6,201,890 |
|  |  | 267,754,004 | 675,011,346 |

4-2-1 Social workers pety cash consist of the following:

|  | 31.05.2003 | 31.05.2002 |
|---|---|---|
|  | Rial | Rial |
| Karbaschian | 33,999,540 | 44,152,500 |
| Ghasemi Lorestani | 28,924,335 | 19,803,599 |
| Khademi – Iranmanesh | 28,000,000 | — |
| Saied Lavasani | 15,536,870 | 4,406,780 |
| Sedigh Nejbad | 10,819,720 | 39,643,970 |
| Rasool – Fathe | 10,367,830 | 21,150,260 |
| Shakeri | 2,829,780 | 35,977,150 |
| Hadjar – Eslam Panah | 2,742,050 | 22,102,800 |
| Mousavi , Hoseni Nazar Zade | 485,445 | 34,177,460 |
| Zamani Bafghi | 209,460 | 6,732,960 |
| soroor – Dadkhah | — | 30,409,705 |
| Kambiz – Alvandi | — | 29,073,750 |

7

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

| | | |
|---|---|---|
| Badrozzaman – Soleimani | -- | 22,158,593 |
| Parichehr – Azarmi | -- | 20,823,200 |
| Sabzevari | -- | 20,000,000 |
| Parivash – Moemeni | -- | 19,111,100 |
| Neda Davood Poor | -- | 5,573,550 |
| Others | 113,707,633 | 293,512,079 |
| | 247,622,663 | 668,809,456 |

- It must be noted that during the year 1382 (2002-3), 60 social workers had freely cooperation with Inistitute and the cash with them are for payment to help seekers and mostly of them discharged after balance sheet date.

4-2-2 Pety cash of head office consists of the following:

| | 31.05.2003 | 31.05.2002 |
|---|---|---|
| | Rial | Rial |
| Mrs. Shirazi | 20,131,341 | 4,151,890 |
| Mrs. Shamseddin | -- | 2,050,000 |
| | 20,131,341 | 6,201,890 |

5- Accounts Receivable

Accounts Receivable consist of the following:

| | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
| | | Rial | Rial |
| Loan paid to social workers | 5-1 | 1,300,000 | 4,500,000 |
| Others debtors | 5-2 | 101,200,090 | 932,080,354 |
| Deposits in financial Inistituts | 5-3 | 30,000,000 | -- |
| | | 132,500,090 | 936,580,354 |

8

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

5-1 The loan paid to social workers Consist of the following:

|  | 31.05.2003 | 31.05.2002 |
|---|---|---|
| Mrs. Eslam Panah | 1,300,000 | 1,300,000 |
| Mrs. Davoodi | — | 1,400,000 |
| Mr. Lorestani | — | 1,800,000 |
|  | 1,300,000 | 4,500,000 |

5-2 Others debtors consistt of the following:

|  | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Mr. Madjid Ali Mohammadi | 5-2-1 | 6,978,800 | 805,710,400 |
| Mr. Davood Poor | 5-2-2 | 15,597,540 | 20,000,000 |
| Mr. Makhmalian |  | — | 12,000,000 |
| Accounts Receivable of help seekers(for the delivered sewing machine) |  | 10,150,000 | 9,745,136 |
| Kambiz alvandi | 5-2-3 | 45,973,750 | — |
| Tehran Education Administration |  | — | 59,500,000 |
| Others |  | 22,500,000 | 25,124,818 |
|  |  | 101,200,090 | 932,080,354 |

5-2-1 Balance of Mr.Alimohamadi's debits for delivering 100,000$ of trust amounts, distributable as long term that it collected on the reporting fiscal year and after balance sheet date.

5-2-2 Balance of Mr. Davood Poor and Makhmalian's debits are for entrepreneur loan paid to them in 1379 (2000-1) for equipping sewing workshop and employment of a number of help seeking children. That part of them collected on The reporting fiscal year and after balance sheet date.

9

<u>Refahe Koodak Charity Inistitute</u>
<u>Accompanying Notes of Financial Statements</u>
<u>Year ended May31'2003</u>

5-2-3  Balance of Mr.Alvandi debt is for balance social worker pety cash debt that when he fired his account translated to accounts receivable – Inistitute is discharging with Mr.Alvandi after blance sheet date.

5-3 Deposits in financial Inistituts consist of following:

|  | 31.05.2003 |
|---|---|
|  | Rial |
| Zahra Sadegh Gharzol Hasaneh | 20,000,000 |
| Al Mohamad (Shiraz) Saudoh Gharzolhsaneh | 10,000,000 |
|  | 30,000,000 |

6- Inventory
The above category is as follow:

|  | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Existing sewing machine in storehouse | 6-1 | 3,000,000 | 6,000,000 |
| Tape-recorders | 6-2 | 6,675,000 | — |
| Tapes | 6-2 | 11,704,000 | — |
|  |  | 21,379,000 | 6,000,000 |

6-1 During the year 1379 (2000-1) , 8 sewing machines purchased for a number of the protected persons  in order to equip sewing workshop that 6 of them delivered to the said persons in 1380 (2001-2) and 2 of them delivered to the said persons in year 1381(2002-3).

6-2 During the reporting fiscal year 1900 tape-recorders and 500 tapes purchased in order to delivered to  blind complexes that 1870 tape-recorders and 1200 tapes delivered to them.

10

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

7- Prepayments:
Prepayments category consist of the following:

| | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
| | | Rial | Rial |
| Hamian Koodak Commercial Co. | | – | 73,000 |
| Set Com Co. | 7-1 | 54,000,000 | 25,000,000 |
| Mr. Abbas Mohammadi | | 286,442 | 286,442 |
| Mr. Bagher | | – | 2,450,000 |
| Mr. Ahmadi | 7-2 | 110,000,000 | – |
| Mr. Badrian | | – | 4,000,000 |
| Pektoos Co. | 7-3 | 40,000,000 | – |
| | | 204,286,442 | 31,809,442 |

7-1 The amount of 54 million Rials paid to Sat Com Co. is for the mutual contract (planning and conducting Child Foundation integral system).

7-2 The amount of 110 Million rials paid to Mr. Ahmadi is for Konkor (going to univercity) classes for protected students that according to agreement paid to him. Date of implementation classes is on october 2003 (Mehr 1382)

7-3 The amount of 40 milion rials paid to Paktoos Co. is for to purchase Equpment for blind institutes.

11

Memo Exhibit 9
Page 14 of 23

## Refahe Koodak Charity Inistitute
## Accompanying Notes of Financial Statements
## Year ended May31'2003

### 8- Tangible Fixed Assets;

Table of cost and accumulated depreciation of tangible fixed assets is as follow:

| | Cost – rial | | | | accumulated depreciation – rial | | | | Book Value - Rial | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Balance In 30.05.2002 | Assets added during The priod | Sold assets during the priod | Balance in 30.05.2003 | Balance in 30.05.2002 | The year Depreciation | Depreciation of Sold assets during the priod | Balance in 30.05.2003 | Balance in 30.05.2003 | Balance in 30.05.2002 |
| Computer acessories | 61,301,000 | 11,280,000 | -- | 72,581,000 | 8,278,470 | 6,614,040 | -- | 14,892,510 | 57,688,490. | 53,022,530 |
| Administrative acessories and Equipment | 44,785,690 | 21,567,500 | -- | 66,353,190 | 5,958,883 | 5,613,983 | -- | 11,572,866 | 54,780,324 | 38,826,807 |
| Vehicles | 7,200,000 | 59,000,000 | (7,200,000) | 59,000,000 | 770,880 | 1,656,849 | (770,850) | 1,656,849 | 57,343,151 | 6,429,150 |
| Building | -- | 328,684,428 | -- | 328,684,428 | -- | 11,034,253 | -- | 11,034,253 | 317,650,175 | -- |
| Total | 113,286,690 | 420,531,928 | (7,200,000) | 526,618,618 | 15,008,203 | 24,919,125 | (770,850) | 39,156,478 | 487,462,140 | 98,278,487 |

12

CF289171

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May 31'2003

9- Other Assets :

At the date of Balance Sheet, other assets category includes:

| | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
| | | Rial | Rial |
| Soft wares | 9-1 | 8,211,584 | 7,432,000 |
| Royalties | 9-2 | 21,819,110 | 18,908,200 |
| Total | | 30,030,694 | 26,340,200 |
| Less: | | | |
| Soft ware depreciation | | (1,936,904) | (1,220,416) |
| | | 28,093,790 | 25,119,784 |

9-1 Soft wares account includes Accounting soft ware and Office Soft ware.

9-2 Royalties account is for royalty of 6 phone lines and 1 mobile phone line and 1 peyger line

13

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

10- Accounts Payable:

Accounts and notes Payable are as follow :

|  | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
|  |  | Rial. | Rial |
| Payable insurance premium | 10-1 | 9,768,564 | 6,856,593 |
| Mrs. Dadkhah |  | — | 33,072,742 |
| Mr. Hashemi | 10-2 | 31,000,000 | — |
| Expenses payable |  | 18,325,000 | — |
| Social workers creditors |  | 12,010,177 | — |
| Others |  | 3,532,361 | 1,429,000 |
|  |  | 74,636,102 | 41,358,335 |

10-1 Account payable to Tehran Social Society Branch 29 is for insurance premium of head office employees in year 1381 (2002-3) that because of some difficulties with Social Society, has not been settled.

10-2 Balance of Mr. Hashemi credit is for purchase a vehicle from him that amount 31 million rials of cost of it unpayment on balance sheet date. the liability discharged after balance sheet date,

14

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

11-    Distributable funds

Account flow of distributable funds is as follow :

| | Note | 31.05.2003 | | 31.05.2002 |
|---|---|---|---|---|
| | | Rial | Rial | Rial |
| Distributable funds at beginning year | | | 2,107,726,652 | 1,771,963,083 |
| Trust funds received during year | 11-1 | | 14,147,802,286 | 1,654,589,000 |
| | | | 16,255,528,938 | 3,426,552,083 |
| Paid amounts are deducted : | | | | |
| Protected children | 11-2 | (6,657,818,031) | | (790,544,821) |
| Allocated budgets | 11-3 | (2,695,646,612) | | (114,220,710) |
| Blind children | 11-4 | (258,316,232) | | (29,525,500) |
| Cancerous children | | (118,610,800) | | (7,720,000) |
| Protected students ( collegian ) | | (278,889,900) | | (45,212,900) |
| Vicarious payments | 11-5 | (162,693,900) | | (331,601,500) |
| Other payments | | (487,855,495) | | -- |
| | | | (10,659,830,970) | (1,318,825,431) |
| | | | 5,595,697,968 | 2,107,726,652 |

11-1  During The  period ended may 31'2003 the amount of 1,688,640.5$ equivalent to 12,019.3 million Rials has been received by inistitute in addition to 2,128.5 million Rials from USA child foundation for distributing and payment to specified cases.

11-2 Amounts paid to protected children is as follow:

| | 31.05.2003 | 31.05.2002 |
|---|---|---|
| | Rial | Rial |
| Supports received from other sources | (141,806,000) | (12,397,314) |
| Protected children – Girl | 4,581,844,591 | 535,154,240 |
| Protected children – Boy | 2,217,779,440 | 267,787,895 |
| | 6,657,818,031 | 790,544,821 |

15

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

-During year 1381 (2002-3), 1300 girls and 700 boys protected by Inistitute, have monthly received salary and other allocated items. In addition a number of Tehran ; Kashan and Shiraz schools students are protected en masse .

11-3 Amounts paid as allocated budgets can be broken down as follow:

|  | Note | 31.05.2003 | 31.05.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Educational supports paid to protected children |  | — | 1,000,000 |
| Supports paid to charity inistitutes | 11-3-1 | 1,509,872,110 | — |
| Amounts paid to blinds inistitutes | 11-3-2 | 584,440,350 | 3,123,220 |
| Amounts paid to other poor people |  | 202,995,582 | 107,320,000 |
| Administrative and organizational budget of Koodak inistitute |  | 367,172,570 | — |
| Amounts paid for other needs of protected children |  | — | 2,777,490 |
| Amounts paid to poor students ( collegians ) |  | — | — |
| Other paid supports from funds |  | 31,166,000 | — |
|  |  | 2,695,646,612 | 114,220,710 |

11-3-1 Paid supports to Cultural and Supportive Inistitute consist of the following:

|  | 31.05.2003 | 31.05.2002 |
|---|---|---|
|  | Rial | Rial |
| Alavi Inistitute | 10,152,960 | — |
| Hamedan Inistitute | 10,206,250 | — |
| Maliak Inistitute | 342,147,600 | — |
| Bosheri Educational Center class | 6,500,000 | — |
| Koncor classes | 140,865,300 | — |
| Khatamolanbia – cultural complex | 1,000,000,000 | — |
|  | 1,509,872,110 | — |

16

Refáhe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May 31' 2003

11-3-2 Supports paid to blind complexes is as follow:

|  | 31.05.2003 | 31.05.2002 |
|---|---|---|
|  | Rial | Rial |
| Ahvaz – Shuride Shirazi Blinds Complex | 3,953,500 | – |
| Hamedan Saeei Blinds Complex | 5,563,500 | – |
| Shahre Rey Blinds Complex | 24,542,850 | – |
| Ababasir Blinds Complex | 8,000,000 | 1,000,000 |
| Omid Mashhad Blinds Complex | 20,000,000 | – |
| Shuride Blinds Complex | 1,080,000 | – |
| Qhom Blinds Complex | 3,149,000 | – |
| Mashhad Taghva Blinds Complex | 2,841,000 | – |
| Yazd – Rasoolian Blinds complex | 2,088,000 | – |
| Budget for purchase Tape – recorder | 392,262,500 | – |
| Budget for blinds coumputer Site | 100,000,000 | – |
| Other Blinds Budgets | 20,960,000 | – |
| Shahid mohebbi Blind Complex | – | 2,123,220 |
|  | 584,440,350 | 3,123,220 |

11-4 During the year 1381(2002-3), 75 blind children has been protected by Child Foundation Trust Funds. And the total amount of 258.3 million rials has been received within the reporting period:

11-5 Vicarious payments are as follow:

|  | 31.05.2003 | 31.05.2002 |
|---|---|---|
|  | Rial | Rial |
| Paid for Child Foundation catolog | 21,564,500 | – |
| Payments to third parties | 44,720,000 | 18,430,000 |
| Ashianeh Charity Inistitute | 68,000,000 | 277,506,500 |
| Child Foundation requirements | 28,409,400 | 35,665,000 |
|  | 162,693,900 | 331,601,500 |

17

<u>Refahe Koodak Charity Inistitute</u>
<u>Accompanying Notes of Financial Statements</u>
<u>Year ended May31'2003</u>

12-    <u>Received supports :</u>
Supports received consist of the following:

|  | 2002-3 | 2001-2 |
|---|---|---|
|  | Rial | Rial |
| Supports received from otheres | 6,337,957 | — |
|  | 6,337,957 | — |

13-<u>Amounts received from internal caretakers</u>

In year 1381 (2002-3) the Inistitute proceeded to take 25 caretakers and 50 internal help seekers and in this regard has received in total the amount of 9,380,500 Rials.

14-  <u>Other supports paid</u>

Other paid supports consist of the following:

|  | 2002-3 | 2001-2 |
|---|---|---|
|  | Rial | Rial |
| Supports to other children | — | 3,070,000 |
| Urgent supports | 9,300,000 | — |
| Alimentary supports | — | — |
| Cultural supports | — | 500,000 |
| Other supports | — | 1,500,000 |
|  | 9,300,000 | 5,070,000 |

18

<u>Refahe Koodak Charity Inistitute</u>
<u>Accompanying Notes of Financial Statements</u>
<u>Year ended May31'2003</u>

## 15- Administrative and organizational costs :

|  | 2002-3 | 2001-2 |
|---|---|---|
|  | Rial | Rial |
| Employees salary and benefits | 1,796,872 | 13,095,301 |
| Compensation of social workers expenses | 1,295,590 | 3,477,700 |
| Transportation | 568,449 | 1,996,650 |
| Mail -post | 817,734 | 6,118,570 |
| Photo and filming | 273,634 | 37,750 |
| Telephone and internet | 232,146 | 2,937,900 |
| Supplies expenseses | 214,982 | 243,500 |
| Advertisement | 722,032 | — |
| Equipment depreciation cost | 6,614,040 | 832,344 |
| Copy and print | 71,307 | 239,950 |
| Fixtures depreciation cost | 5,613,983 | 900,831 |
| Building depreciation cost | 11,034,253 | — |
| Insurance cost of contractor portion and unemployment insurance | 147,999 | 1,184,696 |
| Vehicles depreciation cost | 1,656,849 | 122,850 |
| Soft wares depreciation cost | 1,936,904 | 1,220,416 |
| Building maintenance and repairing cost | 26,228 | 80,700 |
| Utilities expenses ( water , electricity , gas ) | 28,244 | 133,170 |
| Other administrative and organizational costs | 1,298,201 | 5,837,350 |
|  | 34,349,447 | 38,459,678 |

- It must be noted that the administrative and related costs of social workers are considered as a part of administrative and organizational costs and has been specified in the above amounts .

19

Memo Exhibit 9
Page 22 of 23

Refahe Koodak Charity Inistitute
Accompanying Notes of Financial Statements
Year ended May31'2003

## 16- The operating reconciliation statement

Operating reconciliation statement with net cash flows from operating activities is as follow:

|  | 2002-3 | 2001-2 |
|---|---|---|
|  | Rial | Rial |
| Net excess of revenue over expense | (35,514,600) | (41,084,167) |
| Depreciation cost of fixed assets | 24,919,125 | 1,856,025 |
| Other assets depreciation cost | 1,936,904 | 1,220,416 |
| Inventory (increase) | (15,379,000) | — |
| Prepayments (increase) decrease | (172,477,000) | 21,550,000 |
| Accounts Receivable (increase) decrease | 804,080,264 | (63,485,654) |
| Accounts Payable (decrease) increase | 33,277,767 | 34,617,999 |
| Distributable funds increase | 3,487,971,316 | 335,763,569 |
|  | 4,128,814,776 | 290,438,188 |

## 17- Contingent liabilities and capital obligations

Inistitute has no capital obligation and its contingent liability is for the last years work tax that since this inistute is non profit – making, likely will be exempted.

## 18-Subsequent events:

After balance sheet date, there was not any considerable happening which be necessary to reveal in explanatory notes of financial statements.

20