Refah Kodak Charity Institute
Independent auditors report
And financial statements
For the Financial year ended May 31,2004

Refahe Kodak Charity Institute
Financial Statements and
Other Financial Information

*Contents*

Independent auditors report
Statement of financial position
Statement of activities
Statement of cash flows
Notes to financial statements

**Mohaseb Kish Auditing Firm**

**(C P A s)**

No:

Date:

Khossro Hadavi, Ghobad Moshir
Rostam Vahidi, Hamid Reza Vakili Fard

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors of the
Refahe Kodak Charity Institute

We have audited the accompanying statement of financial position Of the Refahe Kodak Charity Institute (a nonprofit organization) as of May 31, 2004, and may 31,2003, and the related statements of activities, cash flows for the financial position then ended. These financial statements are responsibility of the Institute management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to fairly, in all material respects, the financial position of the Refahe Kodak Charity Institute as of May 31, 2004 and May 31,2003 and the changes in its net assets and its cash flows for the financial years then ended in conformity with generally accepted accounting principles.

Tehran, Iran
September 27,2004
Mohasebkish
Certified Public Accountants

# ۵, ۱۵ Kamran Ave., Dr. Fatemi Sq., Tehran - Iran. Tel/Fax: ۸۸۹۲۰۶۶

## Refahe Koodak Charity Institute
## Balance Sheet
## As at May 31'2004

| Assets | Note | 31.05.2004 Rial | 31.05.2003 Rial | Liabilities and reserves | Note | 31.05.2004 Rial | 31.05.2003 Rial |
|---|---|---|---|---|---|---|---|
| Current assets: | | | | Current liabilities: | | | |
| Cash | 4 | 8,992,446,392 | 4,802,714,455 | Accounts payable | 10 | 550,707,664 | 74,636,102 |
| Accounts Receivable | 5 | 467,673,083 | 132,500,090 | Distributable founds | 11 | 10,357,047,984 | 5,595,697,968 |
| Inventory | 6 | 12,455,600 | 21,379,000 | | | | |
| Prepayments | 7 | 9,451,750 | 204,286,442 | | | | |
| Total ( Current assets ) | | 9,482,026,825 | 5,160,879,987 | Total (Current liabilities) | | 10,907,755,648 | 5,670,334,070 |
| Fixed assets: | | | | Reserves: income surplus (cost) | | | |
| Tangible fixed assets | 8 | 1,398,774,202 | 487,462,140 | Operating reserve | | 58,535,977 | 6,101,847 |
| Other assets | 9 | 85,490,598 | 28,093,790 | | | | |
| Total of fixed assets | | 1,484,264,800 | 515,555,930 | Total of reserves | | 58,535,977 | 6,101,847 |
| Grand total of assets | | 10,966,291,625 | 5,676,435,917 | Grand total of liabilities and reserves | | 10,966,291,625 | 5,676,435,917 |

The accompanying notes are an integral part of these financial statement

CF289183

Refahe K... ..ak Charity Institute
Statement of Activity
Year ended May31'2004

| | | Period ended May 31.2004 | period ended May31, 2003 |
|---|---|---|---|
| | | Rial | Rial |
| **Revenue:** | | | |
| Received supports | 12 | 37,704,614 | 6,337,957 |
| Funds collected from internal caretakers | 13 | 339,951,200 | 90,380,500 |
| | | 377,655,814 | 96,718,457 |
| **Operating costs are deducted :** | | | |
| The amounts paid to the protected children | | (187,416,300) | (82,561,010) |
| The amounts paid to the protected students | | (17,629,500) | (6,022,600) |
| Other supports paid | 14 | (16,028,000) | (9,300,000) |
| | | (221,073,800) | (97,883,610) |
| Excess of revenue over expense | | 156,582,014 | (1,165,153) |
| **Deducted:** | | | |
| Administration and organizational costs | 15 | (197,796,902) | (34,349,447) |
| Operational excess of revenue over expense | | (41,214,888) | (35,514,600) |
| Other revenue (expenses) | 16 | 93,649,018 | (929,150) |
| Net excess of revenue over expense | | 52,434,130 | (36,443,750) |

2

گزارش
مؤسسه حسابرسی و خدمات مدیریت نجات کیش

CF289184

Case 3:10-cr-00506-KI   Document 206-10   Filed 04/29/13   Page 6 of 34

Refahe Koodak Charity Institute
Statement of Activity
Year ended May31'2004

Countinue:

Revenue (Expense ) flow and accumulated operation  reserve

| | Period ended May 31,2004 | period ended May31, 2003 |
|---|---|---|
| | Rial | Rial |
| (Deficiency) excess of revenues over expenenditure -- Changes in net assets | 52,434,130 | (36,443,750) |
| Net assets at beginning of year | 6,101,847 | 42,545,597 |
| NET ASSETS AT END OF YEAR | 58,535,977 | 6,101,847 |

The accompanying notes are integral part of these financial statements.

3

CF289185

Case 3:10-cr-00506-KI    Document 206-10    Filed 04/29/13    Page 7 of 34

## Refahe Koodak Charity Institute
### Statement of Cash flow
### Year ended May31'2004

| | Note | Period ended may 31,2004 | Period ended may 31,2003 |
|---|---|---|---|
| | | Rial | Rial |
| **Operating activities:** | | | |
| Net Cash flows from operating activities | 17 | 5,195,829,911 | 4,128,814,776 |
| **Return on investment & finance charges:** | | | |
| Interest on short term bank deposit | | 21,677,854 | - |
| Interest earn from other persons | | 3,560,500 | - |
| | | 25,238,354 | - |
| **Intersetment activities:** | | | |
| Proceeds from sale of fixed assets | | 225,000,000 | 5,500,000 |
| Amounts paid for purchasing fixed assets | | (1,195,896,232) | (420,531,928) |
| Amounts paid for purchasing other assets | | (60,440,096) | (4,910,910) |
| Net cash flows from investing activities | | (1,031,336,328) | (419,942,838) |
| Net increase in the cash | | 4,189,731,937 | 3,708,871,938 |
| Cash at beginning of year | | 4,802,714,455 | 1,093,842,517 |
| Cash at ending of year | | 8,992,446,392 | 4,802,714,455 |

The accompanying notes are integral part of the financial statements .

4

Memo Exhibit 10
Page 7 of 34

CF289186

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May 31 '2003

1- Institute's Activities

1-1 General

The number of 398 dated April 10/1999 has registered Charity Institute in Shiraz Company Registration Office. The head quarter of the Institute is located in first floor #59, West Sahel Ave. Shiraz, Iran and its office is in Second Floor - #20, Golzar Ave., Golshan Ave., Apadana St. Tehran, Iran. Institute has offices on the Ardebil, kermanshah and Borojerd.

1-2 The Main activity of Institute

According to articles 2 & 8 of Institute charter, the main activity of this Foundation is non political and non profit - making and its target is to support poor children and teenagers freely, providing facilities for poor children and teenagers' education, procuring other living necessities for poor children and teenagers so that they can educate without any obstacle.

1-3 Employment Status

The average of permanent and temporary employees during a year is as follow :

Permanent employees

| Year 2004 | Year 2003 |
|---|---|
| Person | Person |
| 11. | 6 |
| 11 | 6 |

5

CF289187

Case 3:10-cr-00506-KI   Document 206-10   Filed 04/29/13   Page 9 of 34



Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May 31'2004

2- The bases for providing Financial Statements

Financial Statements have been mainly prepared on the basis of historical cost and when it was necessary current values have also been utilized.

3- Significant Accounting policies

3-1 Tangible Fixed Assets

3-1-1 Tangible fixed assets are recorded in accounts on the basis of the cost. Amounts paid for refinement and major repairs which cause to increase considerably the capacity and shelf life of fixed assets or improves mainly their outcome quality are considered as capital costs and will be amortized during the balance of shelf life. Maintenance and minor repairs costs which have been expended for keeping and remedying expected Institute economical benefits of first evaluated standard function of asset, are considered as current values when they occur and charged to income and cost account of accounting period.

3-1-2 Depreciation of fixed assets is calculated on the basis of the below rates and methods with respect to shelf life of the related assets and considering Depreciation regulation (article 151 of Direct Tax Act, authorized in March 1989 - Esfand 1366):

6

Memo Exhibit 10
Page 9 of 34

CF289188

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

| Fixed assets | Depreciation rate | Depreciation Method |
|---|---|---|
| Administrative accessories and equipment | 10 years | Straight-line |
| Computer equipment | 3 years | Straight-line |
| Soft wares | 5 years | Straight-line |
| Vehicles | 25% | Declining-balance |
| Buildings | 7% | Declining-balance |

3-1-3 For fixed assets, which are acquired within a month and are utilized, depreciation is calculated since beginning of the next month and entered to, accounts. In some cases that each of the depreciating assets after preparation for utilization , because of discontinuing the work or other reasons is not utilized , the depreciation of this asset is equivalent to 30% of the above depreciation rate .

3-2 Inventory
 3-2-1 Inventory is recorded in accounts based on the of cost or market price rule and purchase price .

3-3 Benefits of employees at the termination of work

7

CF289189

Case 3:10-cr-00506-KI    Document 206-10    Filed 04/29/13    Page 11 of 34

<u>Refahe Koodak Charity Institute</u>
<u>Accompanying Notes of Financial Statements</u>
<u>Year ended May31'2004</u>

Any reserve is not calculated by company for termination of employees' work . In this relation any payment during a year is charged to yearly cost account unless it is decided to fire employees before balance sheet date that in this case the required reverse will be calculated in the accounts .

4- Cash
Cash consist of the following:

|  | Note | 31.05.2004 | 31.05.2003 |
|---|---|---|---|
|  |  | Rial | Rial |
| Cash in bank | 4-1 | 5,879,618,385 | 4,534,960,451 |
| Petty Cash | 4-2 | 357,368,007 | 267,754,004 |
| Cash in transit | - | 2,755,460,000 | - |
|  |  | 8,992,446,392 | 4,802,714,455 |

8

Memo Exhibit 10
Page 11 of 34

CF289190

### Refahe Koodak Charity Institute
### Accompanying Notes of Financial Statements
### Year ended May 31 '2004

4-1 Bank accounts consist of the following :

| | Note | 31.05.2004 | 31.05.2003 |
|---|---|---|---|
| | | Rial | Rial |
| Melli Bank – Shiraz | | 208,584,808 | 18,408,108 |
| Melli Bank – North Felestin | | 1,003,063 | 1,003,063 |
| Melli Bank – Qods shiraz | | 177,513,382 | 1,063,777,745 |
| Sepah Bank – Centeral branch | | 101,295,914 | |
| Melli Bank – Central shiraz (foreign exchange) | 4-1-1 | 7,681,395 | 7,677,395 |
| Melli Bank Mehrevatan (deposit) | | 29,396,800 | 590,894,140 |
| Karafarin Bank (deposit) | 4-1-2 | 5,354,143,023 | 2,853,200,000 |
| | | 5,879,618,385 | 4,534,960,451 |

9

Memo Exhibit 10
Page 12 of 34

CF289191

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May 31' 2004

4-1-1 Current account of Melli bank – Shiraz (foreign exchange) opened on July 2002 (Tir 1381) and all trust funds from Child
Foundation Institute receive through it.

4-1-2 Accordance with agreement between Institute and Mr. Lahiji (one of sponsors) Institute as a long-term, (5 year's) deposit.
The above amount received from him, at the end of 5 years will spend for making educational complexes with Institute
control.

4-2 Petty cash consists of the following:

| | Note | 31.05.2004 | 31.05.2003 |
|---|---|---|---|
| | | Rial | Rial |
| Social workers | 4-2-1 | 287,837,431 | 247,622,663 |
| Head office | 4-2-2 | 69,530,576 | 20,131,341 |
| | | 357,368,007 | 267,754,004 |

10

CF289192

<u>Refahe Koodak Charity Institute</u>
<u>Accompanying Notes of Financial Statements</u>
<u>Year ended May31'2004</u>

4-2-1 Social workers petty cash consist of the following:

| | 31.05.2004 | 31.05.2003 |
|---|---|---|
| | Rial | Rial |
| Karbaschian | 23,520,000 | 33,999,540 |
| Ghasemi Lorestani | 9,057,529 | 28,924,335 |
| Khademi – Iranmanesh | - | 28,000,000 |
| Saied Lavasani | 15,510,000 | 15,536,870 |
| Sedigh Nejhad | 13,338,900 | 10,819,720 |
| Monfared – Ani | 5,445,170 | 16,646,450 |
| Began Yesrebi | 17,232,000 | - |
| Pari Asris | 5,974,910 | - |
| Hasani | 14,106,000 | - |
| Mina Gogerdchi | 28,780,300 | - |
| Rasool – Fathe | 52,084,970 | 10,367,830 |
| Shakeri | - | 2,829,780 |
| Hadjar – Eslam Panah | - | - |

11

CF289193

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May 31' 2004

| | | |
|---|---|---|
| Aya SoFi | 13,251,00 | 1,891,950 |
| Mahmodi – shamsali | 24,873,520 | 26,211,020 |
| Badrozzaman – Soleimani | 4,677,891 | – |
| Amench Modares | 22,392,640 | 1,917,005 |
| Fariba Mohamady | 9,800,000 | |
| Others | 27,792,601 | 70,748,163 |
| | 287,837,431 | 247,622,663 |

- During the year 1382 (2002-3), 60 social workers had freely cooperation with Institute and the cash with them are for payment to help seekers and mostly of them discharged after balance sheet date.

4-3- Cash In transit is for exchange 321,000 U.S Dollars that deposit in bank account just after Balance Sheet date.

12

CF289194

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

5- Accounts Receivable

Accounts Receivable consist of the following:

| | Note | 31.05.2004 | 31.05.2003 |
|---|---|---|---|
| | | Rial | Rial |
| Loan paid to social workers | 5-1 | 10,200,000 | 1,300,000 |
| Others debtors | 5-2 | 282,173,083 | 101,200,090 |
| Deposit for office vent | | 100,000,000 | - |
| Deposits in financial Institutes | 5-3 | 75,300,000 | 30,000,000 |
| | | 467,673,083 | 132,500,090 |

5-1 loan paid to social workers Consist of the following:

| | 31.05.2004 | 31.05.2003 |
|---|---|---|
| | Rial | Rial |
| Mrs. Eslam panah | - | 1,300,000 |
| Mrs. Tahereh Attari | 1,800,000 | - |
| Mr fatemeh Ahmadi | 4,200,000 | - |
| Mrs. Shirazi | 4,200,000 | - |
| | 10,200,000 | 1,300,000 |

13

CF289195

5-2 others debtors consist of the following:

| | Note | 31.05.2004 | 31.05.2003 |
|---|---|---|---|
| | | Rial | Rial |
| Mr. Madjid Ali Mohammadi | | -- | 6,978,800 |
| Mr. Davood Poor | 5-2-1 | 4,319,540 | 15,597,540 |
| Mr. Moradi (schools) | | 174,000,000 | _ |
| Accounts Receivable of help seekers | | 85,423,340 | 10,150,000 |
| Kambiz Alvandi | 5-2-3 | 45,973,750 | 45,973,750 |
| Others | | 18,430,203 | 22,500,000 |
| | | 328,146,833 | 101,200,090 |
| Provision for bad debts | | (45,973,750) | -- |
| | | 282,173,083 | 101,200,090 |

5-2-1 Balance of Mr. Davood Poor and Makhmalian's debts are for entrepreneur loan paid to them in 1379 (2000-1) for equipping sewing workshop and employment of a number of help seeking children. That part of them collected on the reporting fiscal year and after balance sheet date.

14

Case 3:10-cr-00506-KI    Document 206-10    Filed 04/29/13    Page 17 of 34

Memo Exhibit 10
Page 17 of 34

CF289196

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

5-2-2 Balance of Mr. Alvandi debt is for balance social worker petty cash debt that when he fired his account translated to accounts receivable — Institute is discharging with Mr. Alvandi after balance sheet date. There is provision for bad debts for 100% of this account.

5-3 Deposits in financial Institutes consist of following:

|  | 31.05.2004 | 31.05.2003 |
| --- | --- | --- |
|  | Rial | Rial |
| Zahra Sandegh Gharzol hasaneh | 10,000,000 | 20,000,000 |
| Al Mohamad (Shiraz) Sahdoh Gharzolhsaneh | 25,000,000 | 10,000,000 |
| Etrat Fatemi Ghrzol Hasaneh | 30,000,000 | - |
| Kermanshah AdL Salami Gharzol hasaneh | 10,200,000 | - |
| Ardebil students Gharzol hasaneh | 100,000 | - |
|  | 75,300,000 | 30,000,000 |

15

CF289197

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

6- Inventory
The above category is as follow:

|  | Note | 31.05.2004 | 31.05.2003 |
|---|---|---|---|
|  |  | Rial | Rial |
| Existing sewing machine in storehouse | 6-1 | 3,000,000 | 3,000,000 |
| Tape-recorders | 6-2 | — | 6,675,000 |
| Tapes | 6-2 | 9,455,600 | 11,704,000 |
|  |  | 12,455,600 | 21,379,000 |

6-1  During the year 1379 (2000-1), 8 sewing machines purchased for a number of the protected persons in order to equip sewing workshop that 6 of them delivered to the said persons in 1380 (2001-2) and 2 of them delivered to the said persons in year 1381(2002-3).

6-2 3070tape-recorders are for deliver to blind complexes.

16

CF289198

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statement
Year ended May31'2004

7- Prepayments:
Prepayments category consist of the following:

|  | 31.05.2004 | 31.05.2003 |
| --- | --- | --- |
|  | Rial | Rial |
| Mr. Ashori | 5,051,750 |  |
| Prepayment for sel ophane | 4,400,000 |  |
| Others |  | 204,286,442 |
|  | 9,451,750 | 204,286,442 |

17

CF289199

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

9- Other Assets :

At the date of Balance Sheet, other assets category includes:

|  | Note | 31.05.2004 | 31.05.20003 |
|---|---|---|---|
|  |  | Rial | Rial |
| Soft wares | 9-1 | 60,274,680 | 8,211,584 |
| Royalties | 9-2 | 30,196,110 | 21,819,110 |
| Total |  | 90,470,790 | 30,030,694 |
| Less: |  |  |  |
| Soft ware depreciation |  | (4,980,192) | (1,936,904) |
|  |  | 85,490,598 | 28,093,790 |

9-1 Software's account includes Accounting software and Office Software.

9-2 Royalties account is for royalty of 17 phone lines and 1 cellphone line and 1 pager

19

CF289201



Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

10- Accounts Payable:

Accounts and notes Payable are as follow :

|  | 31.05.2004 | 31.05.2003 |
|---|---|---|
|  | Rial | Rial |
| Payable insurance premium | 10,319,151 | 9,768,564 |
| Mr. Lahigi | 496,046,861 | – |
| Expenses payable | 19,000,000 | 18,325,000 |
| Others | 25,341,652 | 45,542,538 |
|  | 550,707,664 | 74,636,102 |

10-2 Account payable to Mr. Lahigi is for interest of his deposit in Karafarin Bank.

20

CF289202

## Refahe Koodak Charity Institute
### Accompanying Notes of Financial Statements
### Year ended May31'2004

11- Distributable funds

Account flow of distributable funds is as follow :

| | Note | 31.05.2004 | 31.05.2003 |
|---|---|---|---|
| | | Rial | Rial |
| Distributable funds at beginning year | | 5,595,697,968 | 2,107,726,652 |
| Trust funds received during year | 11-1 | 18,498,193,050 | 14,147,802,286 |
| | | 24,093,891,018 | 16,255,528,938 |
| Paid amounts are deducted : | | | |
| Protected children | 11-2 | (8,355,912,625) | (6,657,818,031) |
| Allocated budgets | 11-3 | (3,205,986,679) | (2,695,646,612) |
| Blind children | 11-4 | (307,813,500) | (258,316,232) |
| Cancerous children | | (140,761,100) | (118,610,800) |
| Protected students ( collegian ) | | (246,663,200) | (278,889,900) |
| Vicarious payments | 11-5 | (1,479,705,930) | (162,693,900) |
| Other payments | | - | (487,855,495) |
| | | (13,736,843,034) | (10,659,830,970) |
| | | 10,357,047,984 | 5,595,697,968 |

21

CF289203



Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

11-1 During The period ended May 31'2004 the amount of 2,126,000.5$ equivalent to 18,126/4 million Rials has been received by Institute in addition to 371.8 million Rials from USA Child Foundation for distributing and payment to specified cases.

11-2 Amounts paid to protected children is as follow:

|  | 31.05.2004 | 31.05.2003 |
| --- | --- | --- |
|  | Rial | Rial |
| Supports received from other sources | (176,639,000) | (141,806,000) |
| Protected children – Girl | 5,678,386,165 | 4,581,844,591 |
| Protected children – Boy | 2,854,165,460 | 2,217,779,440 |
|  | 8,355,912,625 | 6,657,818,031 |

-During the financial year (2003-4), 2600 girls and 994 boys protected by Institute have monthly-received salary and other allocated items. In addition a number of Tehran , Kashan and Shiraz schools students are protected by Inistitute. .



22

CF289204

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

11-3 Amounts paid as allocated budgets can be broken down as follow:

| | Note | 31.05.2004 | 31.05.2003 |
|---|---|---|---|
| Budget for buying sheeps | | 164,566,050 | — |
| Supports paid to charity institutes | 11-3-1 | 837,082,190 | 1,509,872,110 |
| Amounts paid to blinds institutes | 11-3-2 | 203,502,917 | 584,440,350 |
| Amounts paid to other poor people | | 304,591,636 | 202,995,582 |
| Administrative and organizational budget of Koodak institute | | 643,202,829 | 367,172,570 |
| Amounts paid for Bam Earth quake Victims | | 467,334,207 | — |
| Amounts paid to children for food | | 372,694,850 | — |
| Amounts paid for deaf children | | 200,793,000 | — |
| Other paid supports from funds | | 12,219,000 | 31,166,000 |
| | | 3,205,986,679 | 2,695,646,612 |

23

CF289205

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

11-3-1 Paid supports to Cultural and Supportive Institute consists of the following:

|  | 31.05.2004 Rial | 31.05.2003 Rial |
|---|---|---|
| Alavi Institute | 51,999,540 | 10,152,960 |
| Boshehri Educational Center class | 6,000,000 | 6,500,000 |
| Brojerd children center | 1,525,000 | - |
| Namin School | 49,404,550 | - |
| Dentist university | 28,697,100 | - |
| Koncor classes | 674,570,000 | 140,865,300 |
| Hedayat school | 24,886,000 | |
| Khatamolanbia Cultural Complex | - | 1,000,000,000 |
| Others | - | 352,353,850 |
|  | 837,082,190 | 1,509,872,110 |

24

CF289206



Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May 31'2004

11-3-2 Supports paid to blind complexes is as follow:

|  | 31.05.2004 | 31.05.2003 |
|---|---|---|
|  | Rial | Rial |
| Shahre Rey Blinds Complex | 11,000,000 | 24,542,850 |
| Mehr Zahedan Blinds Complex | 37,419,317 | - |
| Shahid Mohebi Blinds complex | 46,488,000 | - |
| Shuride Blinds Complex | 48,353,000 | 1,080,000 |
| Other Blinds Budgets | 60,242,600 | 20,960,000 |
| Others | - | 537,857,500 |
|  | 203,502,917 | 584,440,350 |

11-4   128 blind children has been protected by Child Foundation Trust Funds. And the total amount of 307.8 million Rials has been received within the reporting period.

25

CF289207

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

11-5 Vicarious payments are as follow:

|  | 31.05.2004 | 31.05.2003 |
|---|---|---|
|  | Rial | Rial |
| Paid for Child.Foundation catalog | 34,947,200 | 21,564,500 |
| Payments to third parties | 83,591,000 | 44,720,000 |
| Ashianeh Charity Institute | 749,000,000 | 68,000,000 |
| Child Foundation requirements | 24,842,730 | 28,409,400 |
| Paid to Dr. Zaheri | 587,325,000 | - |
|  | 1,479,705,930 | 162,693,900 |

26

CF289208

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

12-    Received supports :
Supports received consist of the following:

|  | 2004-5 | 2003-5 |
|---|---|---|
|  | Rial | Rial |
| Supports received from othrs | 37,704,614 | 6,337,957 |
|  | 37,704,614 | 6,337,957 |

13-Amounts received from internal caretakers

From year 1380 (2001) the Institute proceeded to take 82 caretakers and in this regard has received in total the amount of 339,951,200 Rials in year ended 31,5,2004

27

Memo Exhibit 10
Page 29 of 34

CF289209

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

14- Other supports paid

Other paid supports consist of the following:

|  | 2004-5 | 2003-5 |
| --- | --- | --- |
|  | Rial | Rial |
| Urgent supports | 16,028,000 | 9,300,000 |

15- Administrative and organizational costs :

|  | 2004-5 | 2003-5 |
| --- | --- | --- |
|  | Rial | Rial |
| Employees salary and benefits | 6,143,764 | 1,796,872 |
| Compensation of social workers expenses | 2,199,860 | 1,295,590 |
| Transportation | 772,363 | 568,449 |
| Mail -post | 1.063,268 | 817,734 |
| Photo and filming | 669,945 | 273,634 |
| Telephone and internet | 512,076 | 232,146 |
| Supplies expenses | 682,669 | 214,982 |

28

CF289210

## Refahe Koodak Charity Institute
### Accompanying Notes of Financial Statements
### Year ended May31'2004

| | | |
|---|---|---|
| Advertisement | 834,159 | 722,032 |
| Equipment depreciation cost | 54,893,092 | 6,614,040 |
| Copy and print | 173,941 | 71,307 |
| Fixtures depreciation cost | 11,055,507 | 5,613,983 |
| Building depreciation cost | 47,710,447 | 11,034,253 |
| Insurance cost of contractor portion and unemployment insurance | 398,026 | 147,999 |
| Vehicles depreciation cost | 14,335,788 | 1,656,849 |
| Soft wares depreciation cost | 3,043,288 | 1,936,904 |
| Building maintenance and repairing cost | 466,575 | 26,228 |
| Utilities expenses ( water , electricity , gas ) | 135,735 | 28,244 |
| Other administrative and organizational costs | 5,587,390 | 1,298,201 |
| Bad Debt Cost | 45,973,750 | - |
| Computer Services | 1,145,250 | - |
| | 197,796,902 | 34,349,447 |

- Administrative and related costs of social workers are considered as a part of administrative and organizational costs and have been specified in the above amounts.

29

CF289211

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May 31' 2004

16-   Other non- operating incomes & expenses

|  | 2004-5 | 2003-5 |
| --- | --- | --- |
|  | Rial | Rial |
| Interest of bank deposits | 21,677,854 | - |
| ProFit from selling fixed assets | 68,410,664 | 929,150 |
| Other | 3,560,500 | - |
|  | 93,649,018 | 929,150 |

30

Memo Exhibit 10
Page 32 of 34

CF289212

Refahe Koodak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

17- The reconciliation of operating income

The reconciliation of operating income with net cash in flows from operating activities is as follows

|  | 2004-5 | 2003-5 |
|---|---|---|
|  | Rial | Rial |
| Net excess of revenue over expense | (41,214,888) | (35,514,600) |
| Depreciation cost of fixed assets | 127,994,834 | 24,919,125 |
| Other assets depreciation cost | 3,043,288 | 1,936,904 |
| Inventory (increase) | 8,923,400 | (15,379,000) |
| Prepayments (increase) decrease | 194,834,692 | (172,477,000) |
| Accounts Receivable (increase) decrease | (335,172,993) | 804,080,264 |
| Accounts Payable (decrease) increase | 476,071,562 | 33,277,767 |
| Distributable funds increase | 4,761,350,016 | 3,487,971,316 |
|  | 5,195,829,911 | 4,128,814,776 |

31

CF289213

Case 3:10-cr-00506-KI    Document 206-10    Filed 04/29/13    Page 34 of 34

Refahe Kuudak Charity Institute
Accompanying Notes of Financial Statements
Year ended May31'2004

18- Contingent liabilities and capital obligations

Institute has no capital obligation and its contingent liability is for the last years work tax that since this instate is non profit – making, likely will be exempted.

19-Subsequent events:

After balance sheet date, there was not any considerable happening, which is necessary to reveal in explanatory notes of financial statements.

32

CF289214