# REFAH KOODAK CHARITY INSTITUTE

## REPORT OF THE INDEPENDENT AUDITOR
### AND
### FINANCIAL STATEMENTS

### 31 MAY 2005

CF289215

**TADVIN & COMPANY**
ERNST & YOUNG INTERNATIONAL

TADVIN & COMPANY
Certified Public Accountants
3rd Floor, No. 1303
Vali-e-Asr Ave.
Tehran
P.o.Box 19395/3149

Phone: (021)88885098
88865120
88885085
88885084
Fax:   (021)88885097
E-mail: info@tceyir.com

REPORT OF THE INDEPENDENT AUDITOR
TO THE BOARD OF TRUSTEES OF
REFAH KOODAK CHARITY INSTITUTE

1. We have audited the balance sheet of Refah Koodak Charity Institute as of 31 May 2005, and the related statements of income and expenses, and statement of cash flows for the year then ended, together with the accompanying Notes 1 to 20, which have been prepared and approved by the Charity Institute's Board of Directors. The Charity Institute's Board of Directors is responsible for the financial statements and our responsibility is to express opinion on the financial statements based on the audit preformed.

2. We conducted our audit in accordance with the Generally Accepted Auditing Standards in Iran. Those standards require that we plan and perform the audit to obtain reasonable assurance that the financial statements are free from any material misstatement. An audit also includes examining, on test basis, evidence supporting the amounts and disclosure in the financial statements so as to provide a reasonable basis for our opinion.

3. The financial statements of the Charity Institute for the year ended 31 May 2004 were audited by other audit firm.

4. In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Refah Koodak Charity Institute as of 31 May 2005 and the results of its operations and cash flows for the year then ended in conformity with the Accounting Standards Generally Accepted in Iran.

5. Amounts received, during the current year and prior years, from various donors aggregating IRR 223 million as distributable funds have been recorded and shown under the accounts payable. These are non-refundable amounts and have been received to cover the Institute's expenses and financial affairs.

*Tadvin & Co*

Tadvin and Company
Independent auditor
17 September 2005

## Board of trustees of Refah Koodak Charity Institute

The Board of Directors of the Charity Institute hereby presents the financial statements for the year ended 31 May 2005 together with the notes thereto as follows:

| Description | Page |
|---|---|
| Balance sheet | 2 |
| Statement of income and expenses | 3 |
| Statement of cash flows | 4 |
| Notes 1 to 20 to the financial statements | 5 to 15 |

Financial statements have been prepared based on the accounting standards and confirmed by the Board of Directors at 15 September 2005.

| Members of the Board of Directors | Position | Signature |
|---|---|---|
| Mr. Ali Yasrebi | Chairman of the Board & managing Director | *Ali Yasrebi* |
| Ms. Ameneh Modarres | Deputy chairman | |
| Mr. Ahmad Iranshahi | Member of the Board & Treasurer | *A. Iranshahi* |

CR280217
Memo Exhibit 11
Page 3 of 17

**REFAH KOODAK CHARITY INSTITIUE**
**BALANCE SHEET**
**AS AT 31 MAY 2005**

| ASSETS | Note | 2005 IRR | 2004 IRR | LIABILITIES AND RESERVES | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|---|---|---|---|
| **Current assets:** | | | | **Liabilities:** | | | |
| Cash and bank balances | 4 | 2,090,064,169 | 3,639,246,392 | Accounts payable | 11 | 1,780,548,693 | 550,707,664 |
| Accounts receivable | 5 | 206,455,390 | 367,673,083 | Distributable funds | 12 | 8,188,732,604 | 10,357,047,984 |
| Inventory | 6 | 3,295,600 | 12,455,600 | | | | |
| Prepayments | 7 | 4,400,000 | 9,451,750 | | | | |
| **Total current assets** | | 2,304,215,159 | 4,028,826,825 | **Total liabilities** | | 9,969,281,297 | 10,907,755,648 |
| | | | | | | | |
| **Non-current assets:** | | | | **Reserves:** | | | |
| Tangible fixed assets | 8 | 1,609,986,967 | 1,398,774,202 | Accumulated (deficit)/surplus | | (27,040,573) | 58,535,977 |
| Long-term investment | 9 | 5,853,200,000 | 5,353,200,000 | | | | |
| Other assets | 10 | 174,838,598 | 185,490,598 | | | | |
| **Total non-current assets** | | 7,638,025,565 | 6,937,464,800 | **Total reserves** | | (27,040,573) | 58,535,977 |
| **Total assets** | | 9,942,240,724 | 10,966,291,625 | **Total liabilities and reserves** | | 9,942,240,724 | 10,966,291,625 |

**The attached notes 1 to 20 form these financial statements.**

CF289218

REFAH KOODAK CHARITY INSTITIUE                                          Page 3
STATEMENT OF INCOME AND EXPENSES
FOR THE YEAR ENDED 31 MAY 2005

| | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| **Operating Income:** | | | |
| Funds collected from local supporters | 14 | 622,317,060 | 339,951,200 |
| Financial supports received | | 81,841,253 | 37,704,614 |
| | | 704,158,313 | 377,655,814 |
| **Operating expenses:** | | | |
| Amounts paid to the children protected by local supporters | 15 | (611,348,294) | (187,416,300) |
| Administration and general expenses | 16 | (202,121,418) | (197,796,902) |
| Amounts paid to the students protected by local supporters | | (3,700,000) | (17,629,500) |
| Other aids paid | | (6,125,540) | (16,028,000) |
| Excess of operational expenses over income | | (119,136,939) | (41,214,888) |
| Net other non-operating income and expenses | 17 | 30,886,467 | 93,,649,018 |
| **Net (deficit)/ surplus for the year** | | (88,250,472) | 52,434,130 |

| | | | |
|---|---|---|---|
| **Statement of accumulated (deficit)/ surplus** | | | |
| Net (deficit)/ surplus for the year | | (88,250,472) | 52,434,130 |
| Balance at the beginning of year | | 58,535,977 | 6,101,847 |
| Prior years adjustment | | 2,673,922 | -- |
| Adjusted accumulated (deficit)/ surplus at beginning of year | | 61,209,899 | 6,101,847 |
| **Balance at the end of year** | | (27,040,573) | 58,535,977 |

**The attached notes 1 to 20 form part of these financial statements.**

REFAH KOODAK CHARITY INSTITIUE
STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED 31 MAY 2005

Page 4



| | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| **Operating activities:** | | | |
| Net cash (used in)/ provided by operating activities | 18 | (796,100,656) | 5,195,829,911 |
| | | | |
| **Return on investment:** | | | |
| Interest received from bank deposit | | 117,006,202 | 21,677,854 |
| Interest received from other persons | | - | 3,560,500 |
| | | 117,006,202 | 25,238,354 |
| **Investing activities:** | | | |
| Amounts received from sales of fixed assets | | - | 225,000,000 |
| Amounts paid for purchase of fixed assets | | (367,681,769) | (1,195,896,232) |
| Amounts paid for purchase of other assets | | (2,406,000) | (60,440,096) |
| Amounts paid for long-term investment | | (500,000,000) | (5,353,200,000) |
| **Net cash used by investing activities** | | (870,087,769) | (6,384,536,328) |
| Net (decrease) in cash | | (1,549,182,223) | (1,163,468,063) |
| Cash at beginning of year | | 3,639,246,392 | 4,802,714,455 |
| **Cash at end of year** | | 2,090,064,169 | 3,639,246,392 |

The attached notes 1 to 20 form part of these financial statements.

CE280220

REFAH KOODAK CHARITY INSTITIUE

NOTES TO THE FINANCIAL STATEMENTS

FOR THE YEAR ENDED 31 MAY 2005

## 1. STATUS AND ACTIVITIES

### 1-1. General

The Refah Koodak Charity Institute was established in Shiraz on 10 April 1999 as non-governmental and not-for-profit organization. The head quarter of the Institute is located at first floor No. 59, West Sahel Avenue, Shiraz, Iran and its office is in Second Floor, No. 20, Golzar Avenue, Golshan Avenue, Apadana Street, Tehran, Iran. In addition, the Institute has other offices in Ardebil, Kermanshah, Borojerd and Oromieh.

### 1-2. The main activity of the Institute

According to Articles 2 & 8 of the Institute's Article of Association, the main activity of the Institute is non-political and non-profit making and its object is to support poor children and teenagers free of charge, providing facilities for poor children and teenagers' education, procuring other living necessities for poor children and teenagers so that they can have education without trouble.

### 1-3. Employment status

The average of permanent employees during a year is as follow:

|  | 2005 | 2004 |
|---|---|---|
| Permanent employees | 17 | 11 |

## 2. ACCOUNTING CONVENTION

These financial Statements have been prepared on an accrual basis under the historical cost convention.

## 3. SIGINIFICANT ACCOUNTING POLICIES

### 3-1. Tangible fixed assets

3-1-1. Tangible fixed assets are recorded in accounts on the basis of the cost. Amounts paid for refinement and major repairs which cause to increase considerably the capacity and useful life of fixed assets or improve mainly their outcome quality are considered as capital costs and will be amortized during the balance of useful life. Maintenances and minor repairs costs which have been expended for keeping and remedying expected Institute economical benefits of first evaluated standard function of assets, are considered as current values when they occur and charged to income and cost account of accounting period.

3-1-2. Depreciation of fixed assets is calculated on the basis of the following rates and methods with respect to useful life of the related assets and considering depreciation regulations (Article 151 of Direct Tax Act, as amended in March 2002-Bahman 1380).

KETAB KOODAK CHARITY INSTITUE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2005

| Fixed assets | Depreciation rate | Depreciation method |
|---|---|---|
| Office furniture and equipment | 10 years | Straight-line |
| Computer equipment | 3 years | Straight-line |
| Soft wares | 5 years | Straight-line |
| Vehicles | 25% | Reducing -balance |
| Buildings | 7% | Reducing -balance |

3-1-3. For fixed assets, which are acquired within a month and are utilized, depreciation is calculated from beginning of the following month and taken into the accounts. In case where some assets are not utilized for some time for any reason, the depreciation of these assets is equivalent to 30% of the above depreciation rate.

### 3-2. Inventory

3-2-1. Inventories are valued at lower of cost and market price.

### 3-3. Employees' termination benefits

No provision is made by the Institute for benefits payable to employees upon termination of their services. Any payment for termination benefits during a year is considered as cost for the year unless it is decided to fire an employee before the balance sheet date where the required provision are calculated in the accounts.

### 4. CASH AND BANK BALANCES

Cash and bank balances consist of the following items:

| | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Cash in bank | 4-1 | 1,879,793,703 | 526,418,385 |
| Petty cash | | 210,270,466 | 357,368,007 |
| Cash in transit | | - | 2,755,460,000 |
| | | 2,090,064,169 | 3,639,246,392 |

4-1. Bank accounts consist of the following items:

| | 2005 IRR | 2004 IRR |
|---|---|---|
| Bank Melli- central Shiraz Branch | 64,604,858 | 208,584,808 |
| Bank Melli-North Felestin Branch | 1,003,063 | 1,003,063 |
| Bank Melli-Qods Shiraz Branch | 293,699,534 | 177,513,382 |
| Bank Sepah-Central Branch | 119,720,714 | 101,295,914 |
| Bank Melli-Central Shiraz Branch (23,717.08 USD) | 212,552,471 | 7,681,395 |
| Bank Melli -Dubai Branch (19,083.6 DH) | 46,563,984 | - |
| Deposit with Bank Melli Mehrevatan Branch | 52,900 | 29,396,800 |
| Deposit with Karafarin Bank- Apadana Branch | 13,378,963 | 943,023 |
| Deposit with Karafarin Bank-central Shiraz Branch | 1,128,217,216 | - |
| | 1,879,793,703 | 526,418,385 |

CE280222

REFAH KOODAK CHARITY INSTITIUE                                    Page 7
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2005

## 5. ACCOUNTS RECEIVEABLE

Accounts receivable consist of the following items:

| | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Deposits with financial Institute | 5-1 | 123,450,000 | 75,300,000 |
| Loan paid to protected children | 5-2 | 66,763,340 | 85,423,340 |
| Loan paid to social workers | | 11,000,000 | 10,200,000 |
| Others debtors | 5-3 | 5,242,050 | 196,749,743 |
| | | 206,455,390 | 367,673,083 |

5-1. Deposits with financial Institutes consist of the following items:

| | 2005 IRR | 2004 IRR |
|---|---|---|
| Zahra Fund | 2,650,000 | 10,000,000 |
| Al Mohamad (Shiraz) Fund | 25,000,000 | 25,000,000 |
| Etrat Fatemi Fund | 50,000,000 | 30,000,000 |
| Kermanshah Adl Islamic Fund | 10,200,000 | 10,200,000 |
| Ardebil students Fund | 25,600,000 | 100,000 |
| Taleghani Karaj Fund | 10,000,000 | - |
| | 123,450,000 | 75,300,000 |

The above deposits are held for granting free of interest loan to the people who are under protection of the Charity Institute and introduced by the Child Foundation.

5-2. Loan paid to protected children consists of the following items:

| | 2005 IRR | 2004 IRR |
|---|---|---|
| Loan for purchase of sewing machine | 2,000,000 | 2,350,000 |
| Loan paid for self employment | 17,163,340 | 33,073,340 |
| Others | 47,600,000 | 50,000,000 |
| | 66,763,340 | 85,423,340 |

5-3. Others debtors consist of the following items:

| | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Mr. Kambiz Alvandi | 5-3-1 | 45,973,750 | 45,973,750 |
| Mr. Davood Poor | | - | 4,319,540 |
| Mr. Moradi (schools) | | - | 174,000,000 |
| Others | | 5,242,050 | 18,430,203 |
| | | 51,215,800 | 242,723,493 |
| Provision for doubtful debts | 5-3-1 | (45,973,750) | (45,973,750) |
| | | 5,242,050 | 196,749,743 |

5-3-1. The provision for doubtful debts is for refund of petty cash held by Mr. Kambiz Alvandi, which should have been refunded at the time of his discharge. Mr. Alvandi is the ex-employee of the Institute and his petty cash has been transferred to accounts receivable and its collection is being followed.

REFAH KOODAK CHARITY INSTITIUE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2005

Page 8

## 6. INVENTORY

| | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Audio cassettes | 6-1 | 3,295,600 | 9,455,600 |
| Sewing machine in warehouse | | - | 3,000,000 |
| | | 3,295,600 | 12,455,600 |

6-1. There are 1070 cassettes in the store, remaining from previous years, which will be delivered gradually to associations of blind people.

## 7. PREPAYMENTS

| | 2005 IRR | 2004 IRR |
|---|---|---|
| Prepayment for a mobile line | 4,400,000 | 4,400,000 |
| Mr. Ashori | - | 5,051,750 |
| | 4,400,000 | 9,451,750 |

Memo Exhibit 11
Page 10 of 17

## 8. TANGIBLE FIXED ASSETS.

| | Cost – IRR | | | Accumulated Depreciation – IRR | | | Book Value – IRR | |
|---|---|---|---|---|---|---|---|---|
| | Balance in 31.5.2004 | Assets added during the period | Balance in 31.5.2004 | Balance in 31.5.2004 | The year depreciation | Balance in 31.5.2005 | Balance in 31.5.2005 | Balance in 31.5.2004 |
| Building | 1,220,287,882 | 279,500,000 | 1,499,787,882 | 55,889,608 | 99,442,440 | 155,332,048 | 1,344,455,834 | 1,164,398,274 |
| Office furniture and equipment | 165,307,540 | 56,346,769 | 221,654,309 | 22,628,373 | 19,482,680 | 42,111,053 | 179,543,256 | 142,679,167 |
| Computer equipments | 118,475,000 | 31,835,000 | 150,310,000 | 69,785,602 | 26,792,043 | 96,577,645 | 53,732,355 | 48,689,398 |
| Vehicles | 59,000,000 | - | 59,000,000 | 15,992,637 | 10,751,841 | 26,744,478 | 32,255,522 | 43,007,363 |
| Total | 1,563,070,422 | 367,681,769 | 1,930,752,191 | 164,296,220 | 156,469,004 | 320,765,224 | 1,609,986,967 | 1,398,774,202 |

8-1. The Institute's fixed assets have not been insured, except motor vehicles.
8-2. The above buildings are located in Borojerd, Shiraz, KermanShah and Oromieh. The Oromieh office has been purchased during the year under review.

CF289225

REFAH KOODAK CHARITY INSTITIUE                                    Page 10
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2005

### 9. LONG TERM DEPOSIT

| | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Bank Karafarin Deposit | 9-1 | 5,853,200,000 | 5,353,200,000 |

9-1. Based on the agreement between the Institute and Dr. Lahiji (one of the overseas supporters), the donation made by Dr. Lahiji amounting to IRR 5,268 million (USD 632,000) has been deposited with Bank Karafarin. The deposit is for a term of five years earning interest of 20% per annum. Upon maturity date, the principle will be used for construction of health care and education complexes under the supervision of the Institute.

### 10. OTHER ASSETS

At the date of the balance sheet, other assets are as follows:

| | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Software | 10-1 | 60,274,680 | 60,274,680 |
| Telephone deposits | 10-2 | 32,602,110 | 30,196,110 |
| Rent deposits | 10-3 | 100,000,000 | 100,000,000 |
| | | 192,876,790 | 190,470,790 |
| Less: | | | |
| Software depreciation | | (18,038,192) | (4,980,192) |
| | | 174,838,598 | 185,490,598 |

10-1. The software consists of Accounting software and Child Foundation's Network software.

10-2. Telephone deposits are for obtaining right of use of 17 fixed telephones and one mobile line and also a Pager.

10-3. The rent deposit has been paid to landlord in connection with rent of offices in Tehran and Ardebil.

### 11. ACCOUNTS PAYABLE

| | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Child foundation | | 121,366,423 | 1,451,263 |
| S.S.O payable | | 4,379,972 | 10,319,151 |
| Professional fee | | 15,000,000 | 19,000,000 |
| Others | | 24,112,762 | 25,341,652 |
| | | 164,859,157 | 56,112,066 |
| Long-term liabilities: | | | |
| Mr. Lahiji | 11-1 | 1,615,689,536 | 494,595,598 |
| | | 1,780,548,693 | 550,707,664 |

11-1. Account payable to Dr. Lahiji is in respect of interests on deposit with Bank Karafarin, which has been explained in Note 9-1 above.



REFAH KOODAK CHARITY INSTITIUE                                    Page 11
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2005

## 12. DISTRIBUTABLE FUNDS .

Distributable fund has had the following movement, during the year:

|  | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Balance at beginning of the year |  | 5,003,847,984 | 5,595,697,968 |
| Donations received during the year | 12-1 | 14,077,626,585 | 13,144,993,050 |
|  |  | 19,081,474,569 | 18,740,691,018 |
| Less: donations paid: |  |  |  |
| Protected children | 12-2 | (10,944,564,113) | (8,355,912,625) |
| Allocated budgets | 12-3 | (3,497,001,413) | (3,205,986,679) |
| Blind children | 12-4 | (359,442,480) | (307,813,500) |
| Cancerous children | 12-6 | (764,240,320) | (140,761,100) |
| Protected students |  | (202,544,029) | (246,663,200) |
| Designated payments | 12-5 | (478,149,610) | (1,479,705,930) |
|  |  | (16,245,941,965) | (13,736,843,034) |
| Balance at end of year (current commitments) | 8-1 | 2,835,532,604 | 5,003,847,984 |
| add: Long term commitments |  | 5,353,200,000 | 5,353,200,000 |
|  | 12.7 | 8,188,732,604 | 10,357,047,984 |

12-1. During the year, the Institute has received USD 1,561,791.6 (equivalent of IRR 13,838.7 million) in cash, plus IRR 238 million cash and non-cash contribution from overseas charities and foundations as designated funds to be distributed as specified.

12-2. Amounts paid to protected children:

|  | 2005 IRR | 2004 IRR |
|---|---|---|
| Protected children | 11,107,364,113 | 8,532,551,625 |
| Net donation received from sundry sources | (162,800,000) | (176,639,000) |
|  | 10,944,564,113 | 8,355,912,625 |

During the year, the Institute has protected 2,011 girls and 1,173 boys and paid to them regular monthly and other specified payments. Furthermore, a number of orphan students in Tehran, Kashan and Shiraz are under protection of the Institute. .

12-3. Amounts paid as allocated budgets are detailed as follows:

|  | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Administration and general | 16 | 1,053,886,063 | 643,202,829 |
| Amounts paid to Mr. Namak Forooshan | 12-3-3 | 954,384,000 | - |
| Amounts paid to other charity and cultural institutes | 12-3-1 | 548,904,300 | 837,082,190 |
| Purchase of sheep |  | 361,561,750 | 164,566,050 |
| Payment for support of children rights |  | 174,000,000 | - |
| Amounts paid to association of blind people | 12-3-2 | 136,100,000 | 203,502,917 |
| Amounts paid to other poor people |  | 104,152,100 | 304,591,636 |
|  |  | 2005 | 2004 |



REFAH KOODAK CHARITY INSTITIUE                                     Page 12
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2005

|  | IRR | IRR |
|---|---|---|
| Budget of fund for Yosef medical project | 50,000,000 | - |
| Donation for Bam's Earth quake Victims | 34,563,500 | 467,334,207 |
| Payment for sick children | 18,957,200 | - |
| Payment for so called Kar children | 14,106,000 | - |
| Other payments to orphan children | 10,500,000 | 12,219,000 |
| Purchase of food for children | - | 372,694,850 |
| Amounts paid for deaf children | - | 200,793,000 |
| Other payments | 35,886,500 | - |
|  | 3,497,001,413 | 3,205,986,679 |

12-3-1. Amounts paid to other charity and cultural institutes are as follows:

|  | 2005 IRR | 2004 IRR |
|---|---|---|
| Universities entrance courses | 168,062,500 | 674,570,000 |
| Payment for staff training | 112,210,000 | - |
| Payment for establishment of a school in shiraz | 99,000,000 | - |
| Payment for Iranian cultural institute in Maryland | 42,000,000 | - |
| Namin School | 24,366,450 | 49,404,550 |
| Boshehri Educational Center | 6,000,000 | 6,000,000 |
| Alavi Institute | - | 51,999,540 |
| Dental college | - | 28,697,100 |
| Hedayat school | - | 24,886,000 |
| Borojerd children center | - | 1,525,000 |
| Others cultural affairs | 97,265,350 | - |
|  | 548,904,300 | 837,082,190 |

12-3-2. Amounts paid to associations of blind people are made to the following complexes:

|  | 2005 IRR | 2004 IRR |
|---|---|---|
| Mehr Zahedan Complex | 101,080,000 | 37,419,317 |
| Shahre Rey Complex | 28,860,000 | 11,000,000 |
| Shahid Mohebi Complex | - | 46,488,000 |
| Shuride Complex | - | 48,353,000 |
| Other Complex | 6,160,000 | 60,242,600 |
| Other |  | - |
|  | 136,100,000 | 203,502,917 |

12-3-3. Amount paid to Mr. Namak Forooshan was in respect of building a school and was totally refunded after the balance sheet date due to mutual disagreement.

12-4. Eighty blind children have been protected by Child Foundation Trust Funds and the above amount has been paid to them.

12-5. Designated payments are as follows:

REFAH KOODAK CHARITY INSTITIUE                                        Page 13
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2005

|  | 2005 IRR | 2004 IRR |
|---|---|---|
| Ashianeh Charity Institute | 155,150,360 | 749,000,000 |
| Payments to third parties | 119,291,250 | 83,591,000 |
| Paid for Child Foundation publications | 48,410,300 | 34,947,200 |
| Child Foundation sundry requirements | 155,297,100 | 24,842,730 |
| Paid to Dr. Zafari | | 587,325,000 |
| | 478,149,610 | 1,479,705,930 |

12-6. Paments made to cancerous children are as follow:

|  | 2005 IRR | 2004 IRR |
|---|---|---|
| Cancerous children Oromieh | 460,100,000 | – |
| Cancerous children under support | 235,480,320 | 140,761,100 |
| Cancer Center in Isfahan | 35,440,000 | – |
| Payment to Gilan cancerous people center | 17,720,000 | – |
| Yazd Cancerous children | 15,500,000 | – |
| | 764,240,320 | 140,761,100 |



12-7. The balance of IRR 2,836 million at the end of year includes IRR 1,931 million paid for purchase of fixed assets, which was taken place following an agreement between the Institute and the Child Foundation.

## 13. TAXATION

The Charity Institute is a not-for-profit organization and is, accordingly, exempt from income tax under Article 139 of the Iranian Direct Act. However, such exemption is applied when the Ministry of Economic Affairs and Finance issues a clearance certificate based on the examination of the Institute's books and records.

Tax assessments have been finalized and settled up to and including 2003. Assessments for the years 2004 and 2005 have not yet been issued.

## 14. FUNDS COLLECTED FROM INTERNAL SUPPORTERS

Since 2001, the Institute has admitted 299 local supporters and in this regard has received in total IRR 622 million during the year under review, out of which IRR 611 million has been paid to protected children (Note 15 below).

## 15. AMOUNTS PAID TO THE PROTECTED CHILDREN

Since 2001, the Institute has made an effort to admit 297 local needy people. During the year, IRR 611 million has been paid by local supporters in this respect.







REFAH KOODAK CHARITY INSTITIUE                                          Page 14
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2005

### 16. ADMINISTATION AND GENERAL EXPENSES

Administration and general expenses are as follows:

| | 2005 - IRR | | | 2004 - IRR |
|---|---|---|---|---|
| | Total | Transferred to distributable funds (Note 12-3) | Net Balance | Net Balance |
| Personnel expenses | 399,606,395 | 388,103,204 | 11,503,191 | 6,532,790 |
| Compensation of social workers expenses | 108,829,500 | 105,564,615 | 3,264,885 | 2,199,860 |
| Professional fees | 79,025,050 | 76,654,299 | 2,370,751 | 1,224,928 |
| Transportation | 53,383,770 | 51,782,257 | 1,601,513 | 772,362 |
| Mail/post | 51,415,390 | 49,872,928 | 1,542,462 | 1,063,268 |
| Photo and filming | 29,130,250 | 28,256,343 | 873,907 | 669,945 |
| Telephone and internet | 28,570,342 | 27,713,232 | 857,110 | 512,076 |
| Auditing | 19,000,000 | 18,430,000 | 570,000 | 834,159 |
| Suppliers expenses | 14,469,350 | 14,035,270 | 434,080 | 682,669 |
| Equipment depreciation | 26,792,043 | - | 26,792,043 | 54,893,092 |
| Furniture depreciation | 19,482,680 | - | 19,482,680 | 11,055,507 |
| Building depreciation | 99,442,440 | - | 99,442,440 | 47,710,447 |
| Vehicles depreciation | 10,751,481 | - | 10,751,481 | 14,335,788 |
| Soft wares depreciation | 13,058,000 | - | 13,058,000 | 3,043,288 |
| Building maintenance and repairs | 24,811,200 | 24,066,864 | 744,336 | 466,575 |
| Utilities expenses (water, electricity, gas) | 6,599,050 | 6,401,079 | 197,971 | 135,735 |
| Computer Services | 11,725,000 | 11,373,250 | 351,750 | 1,145,250 |
| Copy and print | 6,298,200 | 6,109,254 | 188,946 | 173,941 |
| Bad Debt expenses | - | - | - | 45,973,750 |
| Others | 253,617,340 | 245,523,468 | 8,093,872 | 4,371,472 |
| | 1,256,007,481 | 1,053,886,063 | 202,121,418 | 197,796,902 |

Base on agreement with Child Foundation at the end of year, 97 percent of cash expenses of the Institute are credited to distributable funds account and set off against the amounts received from the said foundation. In addition to that, IRR 715 million of the administration expenses, during the year, has been taken into the foundation accounts.



### 17. NET OTHER NON OPERATING INCOME & EXPENSES

| | 2005 IRR | 2004 IRR |
|---|---|---|
| Interest on deposits with Karafarin Bank | 117,006,202 | 21,677,854 |
| Profit on sales of fixed assets | - | 68,410,664 |
| (Loss)/ gain on exchange of foreign currencies | (86,119,735) | 3,560,500 |
| | 30,886,467 | 93,649,018 |



REFAH KOODAK CHARITY INSTITIUE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2005

## 18. RECONCILIATION OF OPERATING INCOME

The reconciliation of operating income with net cash inflows from operating activities is as follows:

|  | 2005 IRR | 2004 IRR |
|---|---|---|
| Net excess of operational expenses over income | (119,136,939) | (41,214,888) |
| Depreciation of fixed assets | 156,469,004 | 127,994,834 |
| Other assets depreciation | 13,058,000 | 3,043,288 |
| Decrease in Inventory | 9,160,000 | 8,923,400 |
| Decrease in prepayments | 5,051,750 | 194,834,692 |
| Decrease / (increase) in accounts receivable | 161,217,693 | (335,172,993) |
| Increase in accounts payable | 1,229,841,029 | 476,071,562 |
| (Decrease) / increase in distributable funds | (2,168,315,380) | 4,761,350,016 |
| Increase in prior year adjustments | 2,673,922 | – |
| Foreign currency exchange loss | (86,119,735) | – |
|  | (796,100,656) | 5,195,829,911 |

## 19. CONTINGENT LIABILITIES AND CAPITAL COMMITMENTS

The Institute has no material contingent liability or commitments as at 31 May 2005.

## 20. POST BALANCE SHEET EVENTS

To the date of preparation of the financial statements there has been no significant event, which could materially affect presentation of the financial statements or require separate disclosure.