# REFAH KOODAK CHARITY INSTITUTE

## THE REPORT OF INDEPENDENT AUDITOR
## AND

## FINANCIAL STATEMENTS

### 31 MAY 2006

**TADVIN & COMPANY**
*Certified Public Accountants*

■ TADVIN & COMPANY
Certified Public Accountants
3rd Floor, No. 1303
Vali-e-Asr Ave.
Tehran
P.o.Box 19395/3149

■ Phone: (021)88885098
88885120
88885085
88885084
Fax:  (021)88885097
E-mail: info@tcaudit.ir

### THE REPORT OF INDEPENDENT AUDITOR
### TO THE BOARD OF TRUSTEES OF
### REFAH KOODAK CHARITY INSTITUTE

1. We have audited the balance sheet of Refah Koodak Charity Institute as of 31 May 2006, and the related statements of income and expenses, and cash flows for the year then ended, together with the accompanying Notes 1 to 20. These Financial statements are the responsibility of the Charity Institute Board of Directors. Our responsibility is to express opinion on these financial statements based on our audit.

2. We conducted our audit in accordance with the auditing standards generally accepted in Iran. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on test basis, evidence supporting the amounts and disclosure in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statements presentation. We believe that our audit provides a reasonable basis for our opinion.

3. In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Refah Koodak Charity Institute as of 31 May 2006 and the results of its operations and cash flows for the year then ended in conformity with the accounting standards generally accepted in Iran.

4. The Charity Institute's taxation for the years 2004 and 2006 has not been finalized yet. Although the Charity Institute is exempt from income tax under paragraph "T" of Article 139 of the Iranian Direct Tax Act (Note 13 to the financial statements), such exemption will be applied after inspection of the Institute's statutory books and issuance of a clearance certificate by the tax authorities.

5. Amounts received, during the previous years, from various donors aggregating IRR 223 million as distributable funds, have been recorded and shown under the accounts payable. These amounts are not refundable and have been received to cover the Institute's expenses and its financial affairs.

*Tadvin & Co*

**Tadvin and Company**
**Independent auditor**
**17 September 2006**

# REFAH KOODAK CHARITY INSTITUTE

# FINANCIAL STATEMENTS

# 31 MAY 2006

Memo Exhibit 12
Page 3 of 18

CF289234

Page 1

## BOARD OF TRUSTEES OF REFAH KOODAK CHARITY INSTITUTE

The Charity Institute's financial statements for the year ended 31 May 2006 have been prepared and presented as follows:

| Description | Page |
|---|---|
| Balance sheet | 2 |
| Statement of income and expenses | 3 |
| Statement of cash flows | 4 |
| Notes 1 to 20 to the financial statements | 5 to 15 |

The financial statements have been prepared based on the accounting standards and confirmed by the Board of Directors at 16 September 2006.

| Members of the Board of Directors | Position | Signature |
|---|---|---|
| Mr. Ali Yasrebi | Chairman of the Board & managing Director | |
| Ms. Amench Modarres | Deputy chairman | |
| Mr. Ahmad Iranshahi | Member of the Board & Treasurer | A. Iranshah |

REFAH KOODAK CHARITY INSTITUTE                                    Page 2
BALANCE SHEET
AS AT 31 MAY 2006

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| **ASSETS EMPLOYED:** | | | |
| Non-current assets: | | | |
| Tangible fixed assets | 4 | 1,682,411,838 | 1,609,986,967 |
| Long-term bank investment | 5 | 4,853,200,000 | 5,853,200,000 |
| Other assets | 6 | 167,386,598 | 174,838,598 |
| Total non-current assets | | 6,702,998,436 | 7,638,025,565 |
| | | | |
| Current assets: | | | |
| Inventory | 7 | 3,295,600 | 3,295,600 |
| Prepayments | | - | 4,400,000 |
| Accounts and notes receivable | 8 | 1,163,997,294 | 206,455,390 |
| Cash and bank balances | 9 | 255,318,783 | 2,090,064,169 |
| Total current assets | | 1,422,611,677 | 2,304,215,159 |
| | | | |
| Current liabilities: | | | |
| Accounts payable | 10 | 2,883,972,133 | 1,780,548,693 |
| Distributable funds | 11 | 3,497,420,770 | 8,188,732,604 |
| Short term loans | 12 | 1,679,269,407 | - |
| Total current liabilities | | 8,060,662,310 | 9,969,281,297 |
| Net current liabilities | | (6,638,050,633) | (7,665,066,138) |
| | | 64,947,803 | (27,040,573) |
| | | | |
| **FINANCED BY:** | | | |
| Accumulated surplus (deficit) | | 64,947,803 | (27,040,573) |

The attached Notes 1 to 20 form an integral part of these financial statements.

REFAH KOODAK CHARITY INSTITUTE                                    Page 3
STATEMENT OF INCOME AND EXPENSES
FOR THE YEAR ENDED 31 MAY 2006

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| **Operating Income:** | | | |
| Funds collected from local supporters | 14 | 1,037,840,880 | 622,317,060 |
| Financial supports received | | 448,867,722 | 81,841,253 |
| | | 1,486,708,602 | 704,158,313 |
| **Operating expenses:** | | | |
| Amounts paid to the children protected by local supporters | 15 | (918,259,169) | (611,348,294) |
| Administration and general expenses | 16 | (425,008,111) | (202,121,418) |
| Amounts paid to the students protected by local supporters | | (2,300,000) | (3,700,000) |
| Other aids paid | | (72,021,400) | (6,125,540) |
| Excess of operational income over expenses | | 69,119,922 | (119,136,939) |
| Net other non-operating income and expenses | 17 | 22,868,454 | 30,886,467 |
| Net surplus / (deficit) for the year | | 91,988,376 | (88,250,472) |

STATEMENT OF ACCUMULATED
SURPLUS/(DEFICIT)

| | | 2006 | 2005 |
|---|---|---|---|
| Net surplus / (deficit) for the year | | 91,988,376 | (88,250,472) |
| Balance at the beginning of year | | (27,040,573) | 58,535,977 |
| Prior years adjustment | | - | 2,673,922 |
| Adjusted accumulated (deficit)/ surplus at beginning of year | | (27,040,573) | 61,209,899 |
| Balance at the end of year | | 64,947,803 | (27,040,573) |

The attached Notes 1 to 20 form an integral part of these financial statements.

Memo Exhibit 12
Page 6 of 18

REFAH KOODAK CHARITY INSTITUTE

Page 4

STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED 31 MAY 2006

|  | Note | 2006<br>IRR | (Restated)<br>2005<br>IRR |
|---|---|---|---|
| Operating activities: | | | |
| Net cash used in operating activities | 18 | (2,621,957,465) | (796,100,656) |
| | | | |
| Return on investment: | | | |
| Interest received from bank deposit | | 21,646,678 | 117,006,202 |
| Interest received from third parties | | 700,000 | – |
| Net cash inflow provided by return on investments | | 22,346,678 | 117,006,202 |
| | | | |
| Investing activities: | | | |
| Amounts paid for purchase of fixed assets | | (229,528,599) | (367,681,769) |
| Amounts paid for purchase of other assets | | (5,606,000) | (2,406,000) |
| Amounts received / (paid) for long-term investment | | 1,000,000,000 | (500,000,000) |
| Net cash inflow provided by / (used in) investing activities | | 764,865,401 | (870,087,769) |
| Net (decrease) in cash and bank balances | | (1,834,745,386) | (1,549,182,223) |
| Cash and bank balances at beginning of year | | 2,090,064,169 | 3,639,246,392 |
| Cash and bank balances at end of year | | 255,318,783 | 2,090,064,169 |

The attached Notes 1 to 20 form an integral part of these financial statements.

REFAH KOODAK CHARITY INSTITUTE                                    Page 5
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

## 1. STATUS AND ACTIVITIES

### 1-1. General

The Refah Koodak Charity Institute was established in Shiraz on 10 April 1999 as non-governmental and not-for-profit organization. The head quarter of the Institute is located at first floor No. 59, West Sahel Avenue, Shiraz, Iran and its office is in Second Floor, No. 20, Golzar Avenue, Golshan Avenue, Apadana Street, Tehran, Iran. In addition, the Institute has other offices in Ardebil, Kermanshah, Borujerd and Orumich.

### 1-2. The main activity of the Institute

According to Articles 2 & 8 of the Institute's Article of Association, the main activity of the Institute is non-political and non-profit making and its object is to support poor children and teenagers free of charge, providing facilities for poor children and teenagers' education, procuring other living necessities for poor children and teenagers so that they can have education without trouble.

### 1-3. Employment status

The average of permanent employees during a year is as follow:

|                     | 2006 | 2005 |
|---------------------|------|------|
| Permanent employees | 18   | 17   |



## 2. ACCOUNTING CONVENTION

These financial Statements have been prepared on an accrual basis under the historical cost convention.

## 3. SIGINIFICANT ACCOUNTING POLICIES

### 3-1. Tangible fixed assets

3-1-1. Tangible fixed assets are recorded in accounts on cost basis. Amounts paid for improvements and major repairs which cause to increase considerably the capacity and useful life of fixed assets or improve mainly their output quality are considered as capital costs and will be depreciated during their remaining useful life. Maintenance and minor repair costs which have been expended for keeping and remedying Institute's expected economic benefits of basic evaluated standard function of assets, are considered as current expenditures when they occur and charged to revenue and cost account of accounting period.

3-1-2. Depreciation of fixed assets is calculated on the basis of the following rates and methods with respect to useful life of the related assets and considering depreciation regulations (Article 151 of Direct Tax Act, as amended in March 2002-Bahman 1380).



REFAH KOODAK CHARITY INSTITUTE

Page 6

NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

| Fixed assets | Depreciation rate | Depreciation method |
|---|---|---|
| Office furniture and equipment | 10 years | Straight-line |
| Computer equipment | 3 years | Straight-line |
| Softwares | 5 years | Straight-line |
| Vehicles | 25% | Reducing-balance |
| Buildings | 7% | Reducing-balance |

3-1-3. For fixed assets, which are acquired within a month and are utilized, depreciation is calculated from beginning of the following month and taken into the accounts. In case where some assets are not utilized for some time for any reason, the depreciation of these assets is equivalent to 30% of the above depreciation rate.

### 3-2. Inventory

3-2-1. Inventories are valued at lower of cost and market price.

### 3-3. Employees' termination benefits

No provision is made by the Institute for benefits payable to employees upon termination of their services. Any payment for termination benefits during a year is considered as cost for the year unless it is decided to fire an employee before the balance sheet date where the required provision are calculated in the accounts.

EFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

## 4. TANGIBLE FIXED ASSETS

| | Building | Computer Equipment | Motor Vehicles | Office Furnitures & Tools | Total | Capital Prepayments | Grand total |
|---|---|---|---|---|---|---|---|
| **Cost:** | | | | | | | |
| At 31 May 2005 | 1,499,787,882 | 150,310,000 | 59,000,000 | 221,654,309 | 1,930,752,191 | - | 1,930,752,191 |
| Additions | 109,672,099 | 5,940,000 | - | 22,898,000 | 138,510,099 | 91,018,500 | 229,528,599 |
| At 31 May 2006 | 1,609,459,981 | 156,250,000 | 59,000,000 | 244,552,309 | 2,069,262,290 | 91,018,500 | 2,160,280,790 |
| **Depreciation:** | | | | | | | |
| At 31 May 2005 | 155,332,048 | 96,577,645 | 26,744,478 | 42,111,053 | 320,765,224 | | 320,765,224 |
| Charged for the year | 94,111,908 | 31,432,633 | 8,063,881 | 23,495,306 | 157,103,728 | - | 157,103,728 |
| At 31 May 2006 | 249,443,956 | 128,010,278 | 34,808,359 | 65,606,359 | 477,868,952 | - | 477,868,952 |
| **Net book value:** | | | | | | | |
| At 31 May 2006 | 1,360,016,025 | 28,239,722 | 24,191,641 | 178,945,950 | 1,591,393,338 | 91,018,500 | 1,682,411,838 |
| At 31 May 2005 | 1,344,455,834 | 53,732,355 | 32,255,522 | 179,543,256 | 1,609,986,967 | - | 1,609,986,967 |

4-1. Prepayment to the Land and Housing Organization of Orumieh is due to purchasing one building located in that province.

4-2. The Institute's fixed assets have not been insured, except motor vehicles.

4-3. The above buildings are located in Borujerd, Shiraz, Kermanshah and Orumieh. The increase in buildings relates to repair and reconstruction of Orumieh office building.

Case 3:10-cr-00506-KI   Document 206-12   Filed 04/29/13   Page 10 of 18

CF289241

REFAH KOODAK CHARITY INSTITUTE                                    Page 8
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

## 5. LONG TERM BANK INVESTMENT

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| Bank Karafarin Deposit | 5-1 | 4,853,200,000 | 5,853,200,000 |

5-1. Based on the agreement between the Institute and Dr. Lahiji (one of the overseas supporters), the donation made by Dr. Lahiji amounting to IRR 5,268 million (USD 632,000) has been deposited with Bank Karafarin. The deposit is for a term of five years earning 20% interest per annum. Upon maturity date, the principle will be used for construction of health care and education complexes under the supervision of the Institute. During this year, IRR 1 billion of the deposit has been withdrawn for providing operating liquidity with pre-approval of the donator. This amount has been deposited subsequent to the balance sheet date.

## 6. OTHER ASSETS

At the balance sheet date, other assets are as follows:

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| Software | 6-1 | 60,274,680 | 60,274,680 |
| Telephone deposits | 6-2 | 38,208,110 | 32,602,110 |
| Rent deposits | 6-3 | 100,000,000 | 100,000,000 |
| | | 198,482,790 | 192,876,790 |
| Less: | | | |
| Software amortization | | (31,096,192) | (18,038,192) |
| | | 167,386,598 | 174,838,598 |

6-1. The software consists of Accounting software and Child Foundation's Network software.

6-2. Telephone deposits are for obtaining right of use of 21 fixed telephones and 2 mobile lines and also a Pager.

6-3. The rent deposits have been paid to landlord in connection with rent of offices in Tehran and Ardebil.

## 7. INVENTORY

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| Audio cassettes | 7-1 | 3,295,600 | 3,295,600 |
| | | 3,295,600 | 3,295,600 |

7-1. There are 1070 cassettes in the store, remaining from previous years, which will be delivered gradually to associations of blind people.



REFAH KOODAK CHARITY INSTITUTE                                   Page 9
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

## 8. ACCOUNTS AND NOTES RECEIVEABLE

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| Deposits with financial Institute | 8-1 | 120,800,000 | 123,450,000 |
| Loans paid to protected children | 8-2 | 66,627,673 | 66,763,340 |
| Food stuffs held by social workers | | 20,472,571 | – |
| Other debtors | 8-3 | 5,242,050 | 5,242,050 |
| Loans paid to social workers | | 4,100,000 | 11,000,000 |
| Notes receivable | 8-4 | 946,755,000 | – |
| | | 1,163,997,294 | 206,455,390 |

8-1. Deposits with financial Institutes consist of the following items:



| | 2006 IRR | 2005 IRR |
|---|---|---|
| Eirat Fatemi Fund | 50,000,000 | 50,000,000 |
| Ardebil students Fund | 25,600,000 | 25,600,000 |
| Al-e-Mohammad (Shiraz) Fund | 25,000,000 | 25,000,000 |
| Kermanshah Adl-e-Eslami Fund | 10,200,000 | 10,200,000 |
| Taleqani Karaj Fund | 10,000,000 | 10,000,000 |
| Zahra Fund | – | 2,650,000 |
| | 120,800,000 | 123,450,000 |



The above deposits are held for granting free of interest loan to the people who are under
protection of the Charity Institute and introduced by the Child Foundation.

8-2. Loans paid to protected children consist of the following items:

| | 2006 IRR | 2005 IRR |
|---|---|---|
| Loans paid for self employment | 24,027,673 | 17,163,340 |
| Loans paid for purchasing sewing machine | 2,000,000 | 2,000,000 |
| Others | 40,600,000 | 47,600,000 |
| | 66,627,673 | 66,763,340 |

8-3. Other debtors consists of the following items:

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| Mr. Kambiz Alvandi | 8-3-1 | 45,973,750 | 45,973,750 |
| Others | | 5,242,050 | 5,242,050 |
| | | 51,215,800 | 51,215,800 |
| Provision for doubtful debts | 8-3-1 | (45,973,750) | (45,973,750) |
| | | 5,242,050 | 5,242,050 |

8-3-1. The provision for doubtful debts is for refund of petty cash held by Mr. Kambiz
Alvandi, which should have been refunded at the time of his discharge. Mr. Alvandi
is the ex-employee of the Institute and his petty cash has been transferred to accounts
receivable and its collection is being followed up.



REFAH KOODAK CHARITY INSTITUTE                                    Page 10
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

8-1. The above notes receivable are in connection with three cheques received from Mr.
Moazeni, which have been settled after the year end.

## 9.  CASH AND BANK BALANCES

Cash and bank balances consist of the following items:

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| Cash in bank | 9-1 | 238,156,932 | 1,879,793,703 |
| Petty cash | | 17,161,851 | 210,270,466 |
| | | 255,318,783 | 2,090,064,169 |

9-1.  Bank accounts consist of the following items:

| | 2006 IRR | 2005 IRR |
|---|---|---|
| Bank Melli- Central branch of Shiraz | 34,249,248 | 64,604,858 |
| Bank Melli- North Felestin branch | 1,003,063 | 1,003,063 |
| Bank Melli- Qods branch of Shiraz | 90,834,180 | 293,699,534 |
| Bank Sepah- Central Branch | 9,805,214 | 119,720,714 |
| Bank Melli- Central branch of Shiraz (238.98 USD) | 2,148,639 | 212,552,471 |
| Bank Melli- Dubai Branch (32,699.6 AED) | 75,935,664 | 46,563,984 |
| Bank Melli- Central branch of Shiraz (100 EUR) | 1,081,300 | - |
| Deposit with Bank Melli Mehrevatan Branch | - | 52,900 |
| Deposit with Karafarin Bank- Apadana Branch | 3,223,516 | 13,378,963 |
| Deposit with Karafarin Bank-central Shiraz branch | 19,876,108 | 1,128,217,216 |
| | 238,156,932 | 1,879,793,703 |

## 10.  ACCOUNTS PAYABLE

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| Child foundation | | 241,332,423 | 121,366,423 |
| Social Security payable | | 7,952,524 | 4,379,972 |
| Professional fees | | 20,000,000 | 15,000,000 |
| Others | | 34,000,008 | 24,112,762 |
| | | 303,284,955 | 164,859,157 |
| Long-term liabilities: | | | |
| Interest on bank deposit | 10-1 | 2,580,687,178 | 1,615,689,536 |
| | | 2,883,972,133 | 1,780,548,693 |

10-1. Accounts payable comprise mainly of interest on deposit with Bank Karafarin, which
has been granted to the institute by Mr. Lahiji. ( Note 5-1 above).

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

Page 11

## 11. DISTRIBUTABLE FUNDS

Distributable funds have shown the following movement during the year:

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| Balance at beginning of the year | | 2,835,532,604 | 5,003,847,984 |
| Donations received during the year | 11-1 | 6,558,069,004 | 14,077,626,585 |
| | | 9,393,601,608 | 19,081,474,569 |
| Less: donations paid: | | | |
| Protected children | 11-2 | (9,099,937,968) | (10,944,564,113) |
| Allocated budgets | 11-3 | (1,342,352,281) | (3,497,001,413) |
| Blind children | 11-4 | (282,813,961) | (359,442,480) |
| Cancerous children | 11-6 | (141,602,272) | (764,240,320) |
| Protected students | | (144,846,495) | (202,544,029) |
| Designated payments | 11-5 | (237,827,861) | (478,149,610) |
| | | (11,249,380,838) | (16,245,941,965) |
| Total distributed / (distributable) contributions | | (1,855,779,230) | 2,835,532,604 |
| add: Long term commitments for non-refundable aids | 5-1 | 5,353,200,000 | 5,353,200,000 |
| | | 3,497,420,770 | 8,188,732,604 |

11-1. During the year, the Institute has received USD 419,164 and SFR 35,020 (equivalent to IRR 4,025 million) in cash, plus IRR 2,277 million cash and non-cash contributions from charity institutions and foundations abroad as designated funds to be distributed as specified.

11-2. During the year, the Institute has protected 1477 girls and 1034 boys and paid to them regular monthly and other specified payments. Furthermore, a number of orphan students in Tehran, Kashan and Shiraz are collectivity under protection of the Institute.

11-3. Amounts paid as allocated budgets are detailed as follows:

| | Note | 2006 IRR | 2005 IRR |
|---|---|---|---|
| Administration and general | 16 | 1,019,385,531 | 1,053,886,063 |
| Amounts paid to other charity and cultural institutes | 11-3-1 | 90,882,595 | 548,904,300 |
| Budget for purchasing Khaneh Madar va Koodak | | 70,000,000 | – |
| Budget for Yusef medical project | | 60,000,000 | 50,000,000 |
| Amounts paid to other poor people | | 33,607,175 | 104,152,100 |
| Budget for purchasing sheeps | | 20,650,000 | 361,561,750 |
| Other payments to orphan children | | 16,000,000 | 10,500,000 |
| Payment for sick children | | 8,826,980 | 18,957,200 |
| Budget of Afghanian refugees | | 6,747,000 | – |
| Donation for Bam's earth quake victoms | | 5,453,000 | 34,563,500 |
| Amounts paid to association of blind people | 11-3-2 | 1,200,000 | 136,100,000 |
| Amounts paid to Mr. Namak Forooshan | 11-3-3 | – | 954,384,000 |
| Payment for labour children | | – | 14,106,000 |
| Payment for support of children rights | | – | 174,000,000 |
| Other payments | | 9,600,000 | 35,886,500 |
| | | 1,342,352,281 | 3,497,001,413 |

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

Page 12

11-3-1. Amounts paid to other charity and cultural institutes are as follows:

|  | 2006 IRR | 2005 IRR |
|---|---|---|
| Namin School | 22,423,500 | 24,366,450 |
| Payment to cultural institute of Iranians residented in Maryland | 16,380,000 | 42,000,000 |
| Bushehri Educational Center | 5,000,000 | 6,000,000 |
| University entrance examination courses | - | 168,062,500 |
| Budget to provide education staff | - | 112,210,000 |
| Payment for establishment of a school in Shiraz | - | 99,000,000 |
| Others cultural affairs | 47,079,095 | 97,265,350 |
|  | 90,882,595 | 548,904,300 |

11-3-2. Amounts paid to the following associations of blind people:

|  | 2006 IRR | 2005 IRR |
|---|---|---|
| Mehr Zahedan Complex | 1,200,000 | 101,080,000 |
| Shahre Rey Complex | - | 28,860,000 |
| Other general budgets for blind people | - | 6,160,000 |
|  | 1,200,000 | 136,100,000 |

11-3-3. Amount paid to Mr. Namak Forooshan was to build a school out of which IRR 943 million has been refunded due to disagreement.

11-4. 165 blind children have been protected by Child Foundation Trust Funds and the above amount has been paid to them.

11-5. Designated payments are as follows:

|  | 2006 IRR | 2005 IRR |
|---|---|---|
| Paid for Child Foundation publications | 59,420,100 | 48,410,300 |
| Payments to third parties | 7,751,200 | 119,291,250 |
| Ashianeh Charity Institute | - | 155,150,360 |
| Child Foundation sundry requirements | 170,656,561 | 155,297,700 |
|  | 237,827,861 | 478,149,610 |

11-6. Payments made to cancerous children are as follow:

|  | 2006 IRR | 2005 IRR |
|---|---|---|
| Protected cancerous children | 140,419,272 | 235,480,320 |
| Cancerous children Orumieh | 1,183,000 | 460,100,000 |
| Cancer Center in Isfahan | - | 35,440,000 |
| Payment to Gilan cancerous people center | - | 17,720,000 |
| Yazd Cancerous children | - | 15,500,000 |
|  | 141,602,272 | 764,240,320 |

REFAH KOODAK CHARITY INSTITUTE                                    Page 13
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

## 12. SHORT-TERM LOANS

Short-term bank loans at the balance sheet date are as follows:

| Type of loans | Loan ref No. | Date received | Principle | Installments Paid | Balance at 31.06.2006 | Maturity date |
|---|---|---|---|---|---|---|
| Joaleh | 4061008 | 24/09/2005 | 522,345,890 | 522,345,890 | - | 23/11/2005 |
| Joaleh | 4960004 | 25/01/2006 | 516,826,484 | 516,826,484 | - | 26/03/2006 |
| Joaleh | 5326008 | 05/03/2006 | 1,679,269,407 | 1,679,269,407 | 1,679,269,407 | 04/06/2006 |
| Joaleh | 5530009 | 26/03/2006 | 516,826,484 | 516,826,484 | - | 27/05/2006 |
| Joaleh | - | 23/11/2005 | 518,528,296 | 518,528,296 | - | 22/01/2006 |
| | | | | | 1,679,269,407 | |

12-1. All short-term loans have been received during the year from Karafarin Bank, Apadana branch.

12-2. All loans are payable in one installment. Interest rates are about 20% and 27% per annum. Interest and other related charges were IRR 177 million for the year ended 31 May 2006 which has been taken to the child-foundation's account.

12-3. Loan facilities received have been guaranteed by long-term deposits amounting to IRR 4,853 million (Note 5)

## 13. TAXATION

a) The Charity Institute is a not-for-profit organization and is, accordingly, exempt from income tax under paragraph "T" of Article 139 of the Iranian Direct Tax Act. However, such exemption is applied when the Ministry of Economic Affairs and Finance issues a clearance certificate based on the examination of the Institute's books and records.

b) Tax assessments have been finalized and settled up to and including the year ended 31 May 2003. In this regard, IRR 35 million of the Institute's loss for this year has been confirmed, which will be available for subsequent set-off against future taxable income.

c) The institute's taxable income for 2004 has been assessed on deemed basis. Tax assessment for the year, amounting to IRR 94 million has been received and contested. The case has now been referred to the Tax Dispute Settlement Committee but its outcome is not clear to the date of this report.

d) Based on the tax assessment received for the year ended 31 May 2005, the Institute's tax exemption (Article 139 of the Iranian Direct Tax Act) has been confirmed by the tax authorities.

e) Tax assessment for the year ended 31 May 2006 has not been received yet.

REFAH KOODAK CHARITY INSTITUTE                                    Page 14
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

## 14. FUNDS COLLECTED FROM LOCAL SUPPORTERS

Since 2001, the Institute has admitted 591 local supporters and in this regard has received in total IRR 1,067 million during the year under review, out of which IRR 918 million has been paid to protected children (Note 15 below).

## 15. AMOUNTS PAID TO THE CHILDREN PROTECTED BY LOCAL SUPPORTERS

Since 2001, the Institute has made an effort to admit 563 local poor people. During the year, IRR 918 million has been paid by local supporters in this respect.

## 16. ADMINISTATION AND GENERAL EXPENSES

Administration and general expenses are as follows:

|  | 2006 – IRR | | | 2005 – IRR |
|---|---|---|---|---|
|  | Total | Transferred to distributable funds (Note 11-3) | Net Balance | Net Balance |
| Personnel expenses | 607,365,079 | 485,892,064 | 121,473,015 | 11,503,191 |
| Compensation of social workers expenses | 132,274,810 | 105,819,848 | 26,454,962 | 3,264,885 |
| Professional fees | 84,892,680 | 67,914,142 | 16,978,538 | 2,370,751 |
| Transportation | 51,361,300 | 41,089,040 | 10,272,260 | 1,601,513 |
| Mail/post | 57,394,920 | 45,915,936 | 11,478,984 | 1,542,462 |
| Photo and filming | 29,947,750 | 23,958,200 | 5,989,550 | 873,907 |
| Telephone and internet | 33,809,528 | 27,047,622 | 6,761,906 | 857,110 |
| Auditing | 27,000,000 | 21,600,000 | 5,400,000 | 570,000 |
| Supplies | 2,030,000 | 1,624,000 | 406,000 | 434,080 |
| Equipment depreciation | 31,432,633 | - | 31,432,633 | 26,792,043 |
| Furniture depreciation | 23,495,306 | - | 23,495,306 | 19,482,680 |
| Building depreciation | 94,111,908 | - | 94,111,908 | 99,442,440 |
| Vehicles depreciation | 8,063,881 | - | 8,063,881 | 10,751,481 |
| Software amortisation | 13,058,000 | - | 13,058,000 | 13,058,000 |
| Building maintenance and repairs | 12,036,200 | 9,628,960 | 2,407,240 | 744,336 |
| Utilities | 7,619,917 | 6,095,934 | 1,523,983 | 197,971 |
| Computer Services | 1,500,000 | 1,200,000 | 300,000 | 351,750 |
| Copy and print | 8,726,420 | 6,981,136 | 1,745,284 | 188,946 |
| Others | 218,273,310 | 174,618,649 | 43,654,661 | 8,093,872 |
|  | 1,444,393,642 | 1,019,385,531 | 425,008,111 | 202,121,418 |

Based on agreement with Child Foundation at the end of year, 80 percent of cash expenses (last year 97%) of the Institute are credited to distributable funds account and set off against the amounts received from the said Foundation.

CE280248

REFAH KOODAK CHARITY INSTITUTE                                    Page 15
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2006

## 17. NET OTHER NON-OPERATING INCOME & EXPENSES

|  | 2006 IRR | 2005 IRR |
|---|---|---|
| Interest on deposits with Karafarin Bank | 21,646,678 | 117,006,202 |
| Interest on loan to Mrs. Jokar | 700,000 | - |
| Gain / (Loss) on exchange of foreign currencies | 521,776 | (86,119,735) |
|  | 22,868,454 | 30,886,467 |

## 18. RECONCILIATION OF OPERATING INCOME

The reconciliation of operating income with net cash inflows from operating activities is as follows:

|  | 2006 IRR | 2005 IRR |
|---|---|---|
| Net excess of operational income over expenses | 69,119,922 | (119,136,939) |
| Depreciation of fixed assets | 157,103,728 | 156,469,004 |
| Other assets depreciation | 13,058,000 | 13,058,000 |
| Decrease in Inventory | - | 9,160,000 |
| Decrease in prepayments | 4,400,000 | 5,051,750 |
| (Increase) / Decrease in accounts receivable | (957,541,904) | 161,217,693 |
| Increase in accounts payable and short-term loans | 2,782,692,847 | 1,232,514,951 |
| (Decrease) in distributable funds | (4,691,311,834) | (2,168,315,380) |
| Foreign currency exchange gain / (loss) | 521,776 | (86,119,735) |
|  | (2,621,957,465) | (796,100,656) |

## 19. CONTINGENT LIABILITIES AND CAPITAL COMMITMENTS

The Institute has no material contingent liability or commitments as at 31 May 2006.

## 20. POST BALANCE SHEET EVENTS

To the date of preparation of the financial statements there has been no significant event, which could materially affect presentation of the financial statements or require separate disclosure.