**REFAH KOODAK CHARITY INSTITUTE**
**INDEPENDENT AUDITOR'S REPORT**
**AND**
**FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED**
**MAY 31, 2007**

**ARMOON GOSTARAN PISHGAM (A.G.P.)**
## (IACPAs)
## AUDITING AND MANAGEMENT SERVICES FIRM

### Auditor's Report
### To the board of trustees of
### Refah Koodak Charity Institute

We have audited the balance sheet of Koodak Charity Institute as at May,31,2007 and the statements of income, retained earnings, and cash flow for the year ended with appropriate notes 1 to 27.These financial statements are the responsibility of the Institute's management . Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with Generally Accepted Auditing Standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used significant estimates made by management, as well as evaluating overall financial presentation.

In our opinion, these financial statements present fairly, in all material respects, the financial position of the Institute as at May, 31, 2007 and the results of its operations and cash flow for the year ended in accordance with Generally Accepted Accounting Principles.

Armoon Gostaran Pishgam (Audit Firm)
Certified Public Accountants
Kh.Hadavi            A.H.Deljoo

1 OCTOBER 2007



2

## BOARD OF TRUSTEES OF REFAH KOODAK CHARITY INSTITUTE

The Charity Institute's financial statements for the year ended May 31, 2007 have been prepared and presented as follows:

| Contents | Page |
| --- | --- |
| Independent auditor's report | |
| Balance sheet | 1 |
| Statement of income and expenses | 2 |
| Statement of cash flows | .3 |
| Notes 1 to 27 to the financial statements | 4 to 15 |

The financial statements have been prepared based on the accounting standards and confirmed by the Board of Directors at 1 October 2007.

| Members of the Board of Directors | Position | Signature |
| --- | --- | --- |
| Mr. Ali Yasrebi | Chairman & Managing Director | |
| Ms. Ameneh Modarres | Chairman deputy | |
| Mr. Ahmad Iranshahi | Member of the Board of Directors | |



CE201002
Memo Exhibit 13
Page 3 of 30

## REFAH KOODAK CHARITY INSTITUTE
### BALANCE SHEET
### AS AT 31 MAY 2007

| ASSETS | NOTE | 2007 IRR | 2006 IRR |
|---|---|---|---|
| **Current assets:** | | | |
| Cash | 4 | 1,208,682,165 | 232,219,151 |
| Short term investments | 5 | 625,800,879 | 23,098,824 |
| Accounts and notes receivables | 6 | 2,842,899,042 | 2,892,090,141 |
| Other receivables | 7 | 489,021,418 | 227,842,050 |
| Inventory | 8 | 184,800 | 3,295,600 |
| Prepayments | 9 | 10,560,000 | 91,018,500 |
| **Total current assets** | | 5,178,948,304 | 3,469,365,066 |
| **Non-current assets:** | | | |
| Consigned Funds | 10 | 5,353,200,000 | 4,853,200,000 |
| Tangible fixed assets | 11 | 1,617,844,739 | 1,591,393,338 |
| Other assets | 12 | 54,328,598 | 67,386,598 |
| **Total non-current assets** | | 7,025,373,337 | 6,511,979,936 |
| **Total assets** | | 12,202,321,641 | 9,981,345,002 |

| LIABILITIES & RESERVES | NOTE | 2007 IRR | 2006 IRR |
|---|---|---|---|
| **Current liabilities:** | | | |
| Accounts payable | 13 | 4,083,658,045 | 2,883,927,792 |
| Distributable funds | 14 | 2,516,763,268 | - |
| Short-term loans | 15 | - | 1,679,269,407 |
| **Total current liabilities** | | 6,600,421,313 | 4,563,197,199 |
| Consigned funds | 17 | 5,353,200,000 | 5,353,200,000 |
| **Total liabilities** | | 11,953,621,313 | 9,916,397,199 |
| **Reserves :** | | | |
| Accumulated surplus earnings | | 248,700,328 | 64,947,803 |
| **Total liabilities & reserves** | | 12,202,321,641 | 9,981,345,002 |

The attached Notes 1 to 27 are the financial statements integrated.

CF291904







### REFAH KOODAK CHARITY INSTITUTE
### STATEMENT OF INCOME AND EXPENSES
### FOR THE YEAY ENDED 31 MAY 2007

|  | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| **Operating Income:** |  |  |  |
| Funds collected from internal sponsors | 18 | 2,578,650,327 | 1,066,470,880 |
| Other received financial contributions | 19 | 606,051,400 | 420,237,722 |
|  |  | 3,184,701,727 | 1,486,708,602 |
| **Operating expenses:** |  |  |  |
| Payments to the children protected by internal sponsors | 20 | (2,488,237,100 | (918,259,169 |
| Administration and directing Exp. | 21 | (472,087,135) | (425,008,111) |
| payments to the students protected by internal sponsors |  | - | (2,300,000) |
| Other payments |  | - | (72,021,400) |
|  |  | (2,960,324,235) | (1,417,588,680) |
| Excess of operational income over expenses |  | 224,377,492 | 69,119,922 |
| Financial expenses | 22 | (75,821,781) | - |
| Non-operating income and expenses(net) | 23 | 35,196,814 | 22,868,454 |
| **Net surplus (deficit) earnings** |  | 183,752,525 | 91,988,376 |

### ACCUMULATED SURPLUS EARNINGS

|  | 2007 | 2006 |
|---|---|---|
|  | 183,752,525 | 91,988,376 |
| Net surplus / earnings fiscal year |  |  |
| Balance at the beginning of year | 64,947,803 | (27,040,573) |
| Prior years adjustments | - | - |
| Adjusted accumulated (deficit)surplus at the beginning of the year | 64,947,803 | (27,040,573) |
| Balance at the end of the year | 248,700,328 | 64,947,803 |

The general surplus earning statement has not been presented because it consist of only the current year earnings statement.

The attached Notes 1 to 27 are the financial statements integrated.



2

5

## REFAH KOODAK CHARITY INSTITUTE
### CASH -FLOW STATEMENT
### FOR THE YEAR ENDED 31 MAY 2006

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Operating activities: cash generated from operations | 24 | 2,895,075,617 | (5,477,209,022) |
| Return on investment: | | | |
| Interest received from bank deposit | | 1,116,505,340 | 1,106,610,320 |
| Interest received from third parties | 23 | | 700,000 |
| Interest paid on loans | 22 | (75,821,781) | - |
| Net cash inflow from return on investments | | 1,040,683,559 | 1,107,310,320 |
| Investing activities: | | | |
| Payments for obtain fixed assets | | (177,525,500) | (138,510,099) |
| Payments for obtain other non- current assets | | - | (5,606,000) |
| Amounts received from(paid for) short-term investment | | (102,501,255) | 1,118,496,555 |
| Amounts received from (paid for) long-term investment | | (1,000,000,000) | 1,000,000,000 |
| Net cash inflow (outflow) from investing activities | | (1,280,026,755) | 1,974,380,456 |
| Net cash inflow (outflow) before financing activities | | 2,655,732,421 | (2,395,518,246) |
| Financing activities: | | | |
| Increase in long-term loans | | - | 1,679,269,407 |
| Repayment of loan | | (1,679,269,407) | - |
| Net cash inflow (outflow) by financing activities | | (1,679,269,407) | 1,679,269,407 |
| Net increase (decrease) in cash | | 976,463,014 | (716,248,839) |
| Cash at 1 June 2006 | | 232,219,151 | 948,467,990 |
| Cash at 31 May 2007 | | 1,208,682,165 | 232,219,151 |

The attached Notes 1 to 27 are the financial statements integrated.



3

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

### 1. STATUS AND ACTIVITIES

#### 1-1. General

The Refah Koodak Charity Institute was established in Shiraz on 10 April 1999 as non-governmental and non- profit organization. The head office legal address is ,first floor No. 59, West Sahel Avenue, Shiraz, Iran and its office is at First Floor, No. 20, Golzar Street, Golshan Street Apadana Avenue, Tehran, Iran. In addition, the Institute has other offices in Ardebil, Kermanshah, Borujerd , Orumieh , Mashhad ,and Bam.

#### 1-2. The main activity of the Institute

According to Articles 2 & 8 of the Institute's Article of Association, it is a non-political and non-profit institute and its main object is to support poor children and teenagers free of charge, providing educational facilities for poor children and teenagers' education, procuring other living necessities for poor children and teenagers so that they can have education without trouble.

#### 1-3. Employment status

The average of permanent employees during the year is as follow:

|                      | 2007 | 2006 |
|----------------------|------|------|
| Permanent employees  | 17   | 18   |

### 2. ACCOUNTING CONVENTION

These financial Statements have been prepared on an accrual basis under the historical cost method and in necessary cases used of the current value instead.

### 3. SIGNIFICANT ACCOUNTING POLICIES

#### 3-1. Tangible fixed assets

3-1-1.Tangible fixed assets are recorded in accounts on cost basis. Amounts paid for improvements and major repairs which cause to increase considerably the capacity and useful life of fixed assets or improve mainly their output quality are considered as capital costs and will be depreciated during their remaining useful life. Maintenance and minor repair costs which have been expended for keeping and remedying Institute's expected economic benefits of basic evaluated standard function of assets, are considered as current expenditures when they occur and charged to revenue and cost account of accounting period.

3-1-2.Depreciation of fixed assets is calculated on the basis of the following rates and methods with respect to useful life of the related assets and considering depreciation regulations (Article 151 of Direct Tax Act, as amended in -March 2002-Esfand 1380).

4



REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

| Fixed assets | Depreciation rate | Depreciation method |
|---|---|---|
| Office furniture and equipment | 10 years | Straight-line |
| Computer equipment | 3 years | Straight-line |
| Software | 5 years | Straight-line |
| Vehicles | 25% | Reducing -balance |
| Buildings | 7% | Reducing -balance |

3-1-3. For fixed assets, which are acquired within a month and are utilized, depreciation is calculated from beginning of the following month and taken into the accounts. In case where some assets are not utilized for some time for any reason, the depreciation of these assets is equivalent to 30% of the above depreciation rate.

**3-2.  Inventory**

Inventories are valued at lower of cost and market price and taken into the accounts on base of specially identification.

**3-3.  Exchange of foreign currencies**

The other currencies monitory and non- monitory figures witch is recorded in historical basis are been exchanged in year end currency rate. Differences are recorded as gain or loss in same period.

**3-4.  Employees' termination benefits**

No provision is made by the Institute for benefits payable to employees upon termination of their services. Any payment for termination benefits during a year is considered as cost for the year unless it is decided to fire an employee before the balance sheet date where the required provision are calculated in the accounts.

**4. CASH**

Cash account consists of:

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Cash in bank | 4-1 | 726,019,318 | 215,057,308 |
| Petty cash | 4-2 | 482,662,847 | 17,161,843 |
| | | 1,208,682,165 | 232,219,151 |



Memo Exhibit 13
Page 8 of 30

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

4-1 Cash in Bank accounts consist of:

| | 2007 IRR | 2006 IRR |
|---|---|---|
| Bank Melli- Central branch of Shiraz | 85,965,718 | 34,249,248 |
| Bank Melli- North Felestin branch | -- | 1,003,063 |
| Bank Melli- Qods branch of Shiraz | 491,471,675 | 90,834,180 |
| Bank Sepah- Central Branch | -- | 9,805,214 |
| Bank Melli- Central branch of Shiraz | 8,711,856 | 2,148,639 |
| Bank Melli- Dubai Branch | 138,621,869 | 75,935,664 |
| Bank Melli- Central branch of Shiraz | 1,248,200 | 1,081,300 |
| | 726,019,318 | 215,057,308 |

4-2 Petty cash consist of IRR 346,549,733 at head office and IRR.136,113,114 at branches.

## 5. SHORT-TERM INVESTMENTS:

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Deposit with bank karafarin | 10 | 500,000,000 | - |
| Deposit with bank karafarin-apadana branch | | 80,050,000 | 3,223,516 |
| Deposit with bank parsian | | 1,000,000 | - |
| Deposit with bank pasargad | | 1,000,000 | - |
| Deposit with bank karafarin-shiraz branch | | 892,367 | 19,876,108 |
| Deposit with bank maskan-daneshju branch | | 42,658,512 | - |
| | | 625,600,879 | 23,099,624 |

## 6. NOTES AND ACCOUNTS RECEIVABLE :

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Social brokers | 6-2 | 30,691,950 | 20,472,571 |
| U.S. Koodak charity | | - | 1,855,779,230 |
| Charity goods receivable(Mr.Moazzeni) | | 2,807,953,764 | 946,755,000 |
| Charity goods receivable(Mr.Dashtinejad) | | 9,694,328 | - |
| Loans paid to protected children | 6-1 | 34,600,000 | 65,583,340 |
| Loans paid to social brokers | | 1,000,000 | 3,500,000 |
| Total | | 2,883,940,042 | 2,892,090,141 |
| Doubtful debts provision | | (41,041,000) | - |
| Net | | 2,842,899,042 | 2,892,090,141 |

6

Memo Exhibit 13
Page 9 of 30

**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31, 2007**

**6-1. Loans paid to protected children**

|  | 2007 | 2006 |
|---|---|---|
|  | IRR | IRR |
| Loans paid for purchasing sewing machine | 2,000,000 | 2,000,000 |
| Loans paid for self employment | - | 7,983,340 |
| Others | 32,600,000 | 55,600,000 |
| Total | 34,600,000 | 65,583,340 |
| Doubtful debts provision | (32,600,000) | - |
| Net | 2,000,000 | 65,583,340 |

6-2. Brokers' debts in amount of IRR. 306,691,950 are include IRR. 8,441,000 which provisions were made for them.

**7. OTHER RECEIVABLES**

Other accounts & notes receivables consist of the following items:

|  | Note | 2007 | 2006 |
|---|---|---|---|
|  |  | IRR | IRR |
| Notes receivables (Mr.Asadi) |  | 34,000,000 | - |
| Deposit at other trusty financial institutes | 7-1 | 148,800,000 | 120,800,000 |
| Receivables (staff others accounts) | 7-2 | 100,873,955 | 51,215,800 |
| staff loan accounts |  | 16,563,263 | 600,000 |
| Lease deposits for branches | 7-3 | 240,000,000 | 100,000,000 |
| Total |  | 540,237,218 | 272,615,800 |
| Doubtful debts provision |  | (51,215,800) | (44,973,750) |
| Net |  | 489,021,418 | 227,642,050 |

7-1.Deposit at other financial institutes consists of following items:

|  | 2007 | 2006 |
|---|---|---|
|  | IRR | IRR |
| Al-e-Mohammad (Shiraz) fund | 25,000,000 | 25,000,000 |
| Etrat Fatemi fund | 73,000,000 | 50,000,000 |
| Kermanshah Adl-e-Esiami fund | 10,200,000 | 10,200,000 |
| Ardebil students fund | 30,600,000 | 25,600,000 |
| Taleqani fund -Karaj | 10,000,000 | 10,000,000 |
| Total | 148,800,000 | 120,800,000 |

The above deposits are held for granting free charge loan to the people who are under protection of the Charity Institute and introduced by the Child Foundation

10

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

7-2. Receivables (staff other accounts):

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Mr. Kambiz Alvandi | 7-2-1 | 45,973,750 | 45,973,750 |
| Mr.Yasrebi | | 40,000,000 | - |
| Others | | 5,332,699 | 5,242,050 |
| MRS. Roeentan | | 9,567,506 | - |
| Total | | 100,873,955 | 51,215,800 |
| Bad debts provision | | (51,215,800) | (44,973,750) |
| Net | | 49,658,155 | 6,242,050 |

7-2-1. Mr. Alvandi debt is for his petty cash balance. He has terminated in previous years and the receiving the amount is tracing but for delaying of receiving, provision was made for it.

7-3 Lease deposits for branches consist of the following items :

| | | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Ardebil – branch | | 70,000,000 | 70,000,000 |
| Shahr-e-rey – branch | | 30,000,000 | 30,000,000 |
| Mashhad – branch | | 90,000,000 | - |
| Bam – branch | | 50,000,000 | - |
| | | 240,000,000 | 100,000,000 |

8. INVENTORY

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Audio cassettes | 8-1 | 184,800 | 3,295,600 |
| | | 184,800 | 3,295,600 |

8-1. There are 60 audio cassettes, remaining from previous years, which will be gradually delivered to associations of blind people.

9. PREPAYMENTS

| | 2007 IRR | 2006 IRR |
|---|---|---|
| Programming EXP. | 5,560,000 | 91,018,500 |
| Services EXP. | 5,000,000 | - |
| | 10,560,000 | 91,018,500 |

8



REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

### 10. CONSIGNED LONG TERM INVESTMENTS

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Karafarin Bank Deposit | 10-1 | 5,853,200,000 | 4,853,200,000 |
| Less: surplus cosigned fund deposited | 5 | (500,000,000) | - |
| | | 5,353,200,000 | 4,853,200,000 |

10-1  Based on the agreement between the Institute and Dr. Lahiji (one of the overseas supporters), the donation made by Dr. Lahiji amounting to IRR 5,268 million (USD 632,000) has been deposited with Bank Karafarin. The deposit is for a term of five years earning 20% interest per annum. Upon maturity date, the principle will be used for construction of health care and education complexes under the supervision of the Institute.

9

12

EFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

## 11. TANGIBLE FIXED ASSETS

| | Building | Office Furniture & Tools | Computer& Equipment | Motor Vehicles | Total | Building in constructing | Grand total |
|---|---|---|---|---|---|---|---|
| **Cost:** | | | | | | | |
| At May 31, 2006 | 1,609,459,981 | 244,552,309 | 156,250,000 | 59,000,000 | 2,069,262,290 | - | 2,069,262,290 |
| Additions | | 47,347,500 | 5,300,000 | -- | 52,647,500 | 124,878,000 | 177,525,500 |
| At May 31,2007 | 1,609,459,981 | 291,899,809 | 161,550,000 | 59,000,000 | 2,121,909,790 | 124,878,000 | 2,246,787,790 |
| **Depreciation:** | | | | | | | |
| At May 31, 2006 | 249,443,956 | 65,606,359 | 128,010,278 | 34,808,359 | 477,868,952 | - | 477,868,952 |
| Charged for the year | 95,201,122 | 27,305,972 | 22,519,095 | 6,047,910 | 151,074,099 | -- | 151,074,099 |
| At May 31,2007 | 344,645,078 | 92,912,331 | 150,529,373 | 40,856,269 | 628,943,051 | | 628,943,051 |
| **Net book value:** | | | | | | | |
| At May 31,2007 | 1264,814,903 | 198,987,478 | 11,020,627 | 18,143,731 | 1,492,966,739 | 124,878,000 | 1,617,844,739 |
| At May 31, 2006 | 1,360,016,025 | 178,945,950 | 28,239,722 | 24,191,641 | 1,591,393,338 | - | 1,591,393,338 |

11-1- The Institute's fixed assets (Except motor vehicles) have not been insured.

11-2- The buildings are located in Borujerd, Shiraz, Kermanshah and Orumieh.

11-3- The increase in buildings relates to repair and reconstruction of Orumich office building

10

CF291913



REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

### 12. OTHER ASSETS

Other assets are as follows:

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Software | 60,274,680 | 60,274,680 |
| Less: software amortization | (44,154,192) | (31,096,192) |
| Net | 16,120,488 | 29,178,488 |
| Royalties | 38,208,110 | 38,208,110 |
| Total | 54,328,598 | 67,386,598 |

### 13. ACCOUNTS PAYABLE

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Mr.Lahiji | 3,923,976,170 | 2,822,019,601 |
| Payable deposits | 80,000,000 | - |
| Rents payable | 325,000 | - |
| Employees credit | 2,396,312 | (44,333) |
| Insurance payable | 4,230,763 | 7,952,524 |
| Auditing fees | - | 20,000,000 |
| Others | 72,729,800 | 34,000,000 |
| Total | 4,083,658,045 | 2,883,927,792 |

### 14. DISTRIBUTABLE FUNDS

Distributable funds have shown the following movement during the year:

|  | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Balance at beginning of the year |  | (1,855,779,230) | 2,835,532,604 |
| Donations allocated during the year | 14-1 | 17,003,003,951 | 6,558,069,004 |
|  |  | 15,147,224,721 | 9,393,601,608 |
| Less: donations paid to: |  |  |  |
| Protected children | 14-2 | (11,133,968,658) | (9,099,937,968) |
| Allocated budgets | 14-3 | (1,405,803,802) | (1,483,954,553) |
| Blind children |  | - | (282,813,961) |
| Protected students |  | (25,154,000) | (144,846,495) |
| Designated payments | 14-4 | (65,534,993) | (237,827,861) |
|  |  | (12,630,461,453) | (11,249,380,838) |
| Total (distributed) distributable contributions |  | 2,516,767,276 | (1,855,779,230) |

14-1-The allocated donations by U.S. Koodak Charity during the year were US$ 1,426,956 (IRR 13,146 million) for distributing foods between children. Other allocated sources were IRR. 3,857 million.



14-2 During the fiscal year, the Institute has protected 3282 girls and 2105 boys and paid to them regular monthly and other specified payments. Furthermore, a number of orphan students in Tehran, Kashan and Shiraz are collectivity under protection of the Institute.

11



**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31,2007**

14-3-Payables based on allocated budgets are detailed as follows:

| | Note | 2007<br>IRR | 2006<br>IRR |
|---|---|---|---|
| Office administration and general Exp. | | 1,181,173,318 | 1,019,385,531 |
| Charities payable to other institutes | 14-3-1 | 44,227,404 | 90,882,595 |
| Budget for purchasing sheep | | 9,945,000 | 20,650,000 |
| Payables to blinds association | 14-3-2 | 2,405,000 | 1,200,000 |
| Payables to other poor | | 21,208,000 | 40,354,175 |
| Payables for sick children | | 7,583,270 | 8,826,980 |
| Children food budget | | 4,683,060 | - |
| Cultural activities budget | | 46,535,550 | - |
| Special budget for Nima Azimi | | 46,000,000 | - |
| Budget for Khaneh Madar va Koodak | | 42,043,200 | 70,000,000 |
| Other Payables | | - | 91,053,000 |
| **Total** | | **1,405,803,802** | **1,342,352,281** |

14-3-1-Amounts paid to other charity and cultural institutes are as follows:

| | 2007<br>IRR | 2006<br>IRR |
|---|---|---|
| Payment to cultural institute of Iranians residented in Maryland | - | 16,380,000 |
| Namin School | - | 22,423,500 |
| Bushehri Educational Center | - | 5,000,000 |
| Others cultural affairs | 44,227,404 | 47,079,095 |
| | **44,227,404** | **90,882,595** |

14-3-2-Payments to the following associations of blind people:

| | 2007<br>IRR | 2006<br>IRR |
|---|---|---|
| Zahedan -Mehr Blind Complex | - | 1,200,000 |
| Other general budgets for blind people | 2,405,000 | - |
| | **2,405,000** | **1,200,000** |

14-4. Designated payments are as follows:

| | 2007<br>IRR | 2006<br>IRR |
|---|---|---|
| Paid for Child Foundation publications | - | 59,420,100 |
| Child Foundation requirements | 5,954,403 | 24,611,200 |
| Orumieh project | 2,834,200 | - |
| Printing & other orders | 23,225,200 | |
| Loan interest | - | 153,796,561 |
| Staff wages & bonus | 33,251,190 | - |
| | **65,534,993** | **141,602,272** |

12



15

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

### 15. SHORT-TERM LOANS

Short-term bank loan (paid by Karafarin Bank Apadana branch) witch at the beginning of the year was IRR.1,679,269,407 been settled during the fiscal year.

This loan was received in last year to cover the problems for transferring the donations by overseas institutes. The bank interest and charges are recorded in financial expenses.

### 16. TAXATION

a) The Charity Institute is a non-profit organization and is, accordingly, exempt from income tax under paragraph "T" of Article 139 of the Iranian Direct Tax Act. However, such exemption is applied when the Ministry of Economic Affairs and Finance issues a clearance certificate based on the examination of the Institute's books and records.

b) Tax assessments have been finalized and settled up to and including the year ended 31 May 2003 and 2005

c) The institute's taxable income for 2004 has been assessed on deemed basis. Tax assessment for the year, amounting to IRR 94.4 million has been received and contested. The case has now been referred to the Tax Dispute Settlement Committee but its outcome is not clear to the date of this report.

d) Tax assessment for the years ended 31 May 2006&2007 has not been received yet.

### 17. CONSIGNED FUNDS

|  | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Mr. Lahiji | 17-1 | 5,353,200,000 | 5,353,200,000 |
|  |  | 5,353,200,000 | 5,353,200,000 |

17-1-Payables to Mr. Lahiji consist of the principle of granted fund and relative interest which deposited at Karafarin Bank.

### 18. FUNDS COLLECTED FROM INTERNAL SUPPORTERS

The Institute has admitted 841 internal supporters and in this regard has received in total IRR 2578/7 million during the year under review.

13



REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2007

## 19. OTHER DONATIONS RECEIVED

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Donations received from others | 256,322,000 | 420,237,722 |
| Donations received from branches | 349,729,400 | - |
|  | **606,051,400** | **420,237,722** |

## 20. PAYMENTS TO THE CHILDREN PROTECTED BY LOCAL SUPPORTERS

The Institute has made an effort to admit 701 local poor people since 2001. During the year, IRR 2488/2 million has been paid in this respect.

## 21. ADMINISTRATION AND GENERAL EXPENSES

Administration and general expenses are as follows:

|  | 2007 - IRR | | | 2006 - IRR |
|---|---|---|---|---|
|  | Total | Transferred to distributable funds | Net Balance | Net Balance |
| Personnel expenses | 887,165,405 | 709,732,325 | 177,433,080 | 125,775,136 |
| Brokering fees | 156,460,000 | 125,168,000 | 31,292,000 | 26,454,962 |
| Professional fees | 52,277,287 | 43,617,330 | 8,659,957 | 16,978,536 |
| Transportation | 37,872,638 | 30,298,110 | 7,574,528 | 13,744,860 |
| Mail & post | 59,380,030 | 47,504,024 | 11,876,006 | 11,478,984 |
| Photo and filming | 21,340,950 | 17,072,760 | 4,268,190 | 5,989,550 |
| Telephone and internet | 44,997,762 | 36,598,210 | 8,399,552 | 14,386,552 |
| Auditing fees | 7,000,000 | 5,600,000 | 1,400,000 | 5,400,000 |
| Supplies | 44,165,490 | 35,332,392 | 8,833,098 | 7,021,070 |
| Equipment depreciation | 22,519,095 | - | 22,519,095 | 31,432,633 |
| Furniture depreciation | 27,305,972 | - | 27,305,972 | 23,495,306 |
| Building depreciation | 95,201,122 | - | 95,201,122 | 94,111,908 |
| Vehicles depreciation | 6,047,910 | - | 6,047,910 | 8,063,881 |
| Software amortization | 13,058,000 | - | 13,058,000 | 13,058,000 |
| Building maintenance and repairs | 18,986,811 | 16,489,499 | 2,497,362 | 4,802,895 |
| Utilities | 11,181,739 | 8,945,391 | 2,236,348 | 1,523,983 |
| Computer Services | 18,436,830 | 14,749,464 | 3,687,366 | 739,900 |
| Copy and print | 19,387,090 | 15,509,672 | 3,877,418 | 1,745,284 |
| Rent | 14,805,000 | 11,844,000 | 2,961,000 | 2,505,000 |
| Others | 164,795,652 | 131,836,521 | 32,959,131 | 16,299,671 |
|  | **1,722,384,783** | **1,250,297,648** | **472,087,135** | **425,008,111** |

Based on agreement with U.S. Child Foundation at the end of year, %80 of cash expenses of the Institute are credited to distributable funds account and set off against the amounts received from that Foundation.

14



١٧



REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2007

### 22. FINANCIAL EXPENSES

The financial expenses in amount of IRR. 75,821,781 is the interest on Karafarin bank loan.

### 23. NET OTHER NON-OPERATING INCOME & EXPENSES

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Interest on deposits with Karafarin Bank | 14,548,771 | 21,646,678 |
| Interest on loan to Mrs. Jokar | - | 700,000 |
| Exchange of foreign currencies | 20,648,043 | 521,776 |
|  | 35,196,814 | 22,868,454 |

### 24. RECONCILIATION OF OPERATING INCOME

The reconciliation of operating income with net cash inflows from operating activities is as follows:

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Net excess of operational income over expenses | 224,377,492 | 69,119,922 |
| Depreciation of fixed assets | 151,074,099 | 157,103,728 |
| Other assets depreciation | 13,058,000 | 13,058,000 |
| Decrease in Inventory | 3,110,800 | - |
| Decrease in prepayments | 80,458,500 | (86,618,500) |
| (Increase) in accounts receivable | (212,188,269) | (957,497,571) |
| Increase in accounts payable and short-term loans | 97,773,684 | 18,415,457 |
| Increase (Decrease)in distributable f Mr.Lahiji funds | 2,516,763,268 | (4,691,311,834) |
| Foreign currency exchange gain | 20,648,043 | 521,776 |
| Cash flow generated from operating activities | 2,895,075,617 | (5,477,209,022) |

### 25. NON-MONEYTORY TRANSACTIONS

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Bank deposit Interest for Lahiji's fund | 1,101,956,569 | 1,084,963,642 |
|  | 1,101,956,569 | 1,084,963,642 |

### 26. CONTINGENT LIABILITIES AND CAPITAL COMMITMENTS

There is not any capital commitment or contingent liabilities at the year end.

### 27. POST BALANCE SHEET EVENTS

To the date of preparation of the financial statements there has been no significant event, which could materially affect presentation of the financial statements or require separate disclosure.

15



18

Memo Exhibit 13
Page 18 of 30

W16-3

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington, D.C. 20535**

| | |
|---|---|
| File Number: | 415I-PD-47644 |
| Task number | |
| Date: | 2/5/2009 |
| Requesting office: | Portland |
| Source Language: | Persian (Farsi) |
| Target Language: | English |
| Translated by: | |

### SUMMARY TRANSLATION

**Abbreviations**
    SP            Spelling
    TN            Translator notes

UNCLASSIFIED

[TN: Chapter one has not been translated. Below you will see a summary translation of that chapter].

**Chapter 1 – General information and objectives**

Article 1: The name of organization is the Child Welfare Foundation, which, in this article referred to as: Child Foundation.

Article 2: The activities of this organization is not political nor for profit. It adheres to the laws of the Islamic Republic of Iran.

Article 3: Its headquarters is in Shiraz, W. Saheli [SP] Avenue- number 59 -First floor left. Upon approval of the Islamic Republic police, it can open several branches in other cities in Iran or foreign countries.

Article 4: Citizenship "Iranian" and its members must adhere to the Islamic Republic constitution and can not perform political activities or belong to political parties under the name of the Child Foundation.

Article 5: this organization can perform its duties from the opening date unlimited period of time.

Article 6: This Company's asst is six hundred million Rials [real properties and monetary] have been given by generous people. This document is endorsed by the founders.

Article 7: the founders are as followed:

Dr. Nadia Yasrebi – Ms. Ameneh Modarres [SP] – Dr. Ali Yasrebi – Engineer Jafar Yasrebi – Engineer Bijan Yasrebi – Ms. Behtari Saghafi [SP] – Mr. Ali Saghafi far – Mr. Ahmad Iranshahi – Mr. Mohammad Nouroozi Fard [SP] – Mr. Mehrdad Yasrebi

Article 8: Institution objectives are as followed:

    a- Assisting children regardless of nationality and race

    b- Providing equal divine education for the abovementioned children

    c- Providing other means which are not hindering their education

    d- Aid recipients are accepted based on the organization's regulation and part of them by the health department's recommendation.

Article 9: policies and procedures that in some way interact with any ministry or an organization should be consulted prior implementation.



UNCLASSIFIED

2



## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington, D.C. 20535**

| | |
|---|---|
| File Number: | 415I-PD-47644 |
| Task number | |
| Date: | 2/5/2009 |
| Requesting office: | Portland |
| Source Language: | Persian (Farsi) |
| Target Language: | English |
| Translated by: | |

## SUMMARY TRANSLATION





Abbreviations
TN

Spelling
Translator notes

*3*

CE202472



UNCLASSIFIED

[TN: Chapter one has not been translated. Below you will see a summary translation of that chapter].

**Chapter 1 – General information and objectives**

**Article 1:** The name of organization is the Child Welfare Foundation, which, in this article referred to as: Child Foundation.

**Article 2:** The activities of this organization is not political nor for profit. It adheres to the laws of the Islamic Republic of Iran.

**Article 3:** Its headquarters is in Shiraz, W. Saheli [SP] Avenue- number 59 -First floor left. Upon approval of the Islamic Republic police, it can open several branches in other cities in Iran or foreign countries.

**Article 4:** Citizenship "Iranian" and its members must adhere to the Islamic Republic constitution and can not perform political activities or belong to political parties under the name of the Child Foundation.

**Article 5:** this organization can perform its duties from the opening date unlimited period of time.

**Article 6:** This Company's asst is six hundred million Rials [real properties and monetary] have been given by generous people. This document is endorsed by the founders.

**Article 7:** the founders are as followed:

Dr. Nadia Yasrebi –Ms. Ameneh Modarres [SP]  Dr. Ali Yasrebi – Engineer Jafar Yasrebi – Engineer Bijan Yasrebi – Mr. Behzad Saghafi [SP]  Mr. Ali Saghafi far – Mr. Ahmad Iranshahi – Mr. Mohammad Nouroozi Kia [SP] – Mr. Mehrdad Yasrebi

**Article 8:** Institution objectives are as followed:

    a- Assisting children regardless of nationality and race

    b- Providing equal divine education for the abovementioned children

    c- Providing other means which are not hindering their education

    d- Aid recipients are accepted based on the organization's regulation and part of them by the health department's recommendation.

**Article 9:** policies and procedures that in some way interact with any ministry or an organization should be consulted prior implementation.



UNCLASSIFIED

2

4

25.05.79    21:47    CHILD FOUNDATION                    8214075799                    S.01



هدايت هاشمى منصور

مترجم رسمى زبان انگليسى دادگسترى جمهورى اسلامى ايران

H.H.MANSOOR, Official Translator to the Ministry of Justice of I.R of IRAN

NO . 2K1 , 3rd floor , Kughdak Sq , Tehran , Tel : 6405645

شماره دفتر مترجم

٨٤٨١٢

نمبر ٧٤٢٧٨٩

سری ب /

OFFICIAL GAZETTE OF THE ISLAMIC REPUBLIC OF IRAN
Issue No. : 15883    - Issue Date: May 31, 1999    - Page: 19
Notice No.: 314    - Notice Date: April 11, 1999

NOTICE OF ESTABLISHEMENT OF THE INSTITUTE

On the strength of Art. 5 of non-trade Institutes registration by-law, Refah Koudak Relief Institute was registered at this department under No. 398 on April 10, 1999. The abstract of Articles of Association of the company is issued for public information as follows.

1. Name of the institute : Refah Koudak Relief Institute .
2. Subject of the Institute : A) Aiding deprived children and youth. B) Provision of facilities for divine education for children referred to in Item A.    C) Meeting other needs of children referred to in Item A in order to remove any obstacle for continuing their studies as specified in Articles of Association.
3. Nationality : Iranian.
4. Registered Office of the Institute : No. 59, West Sahel St., Shirz.
5. Founders of the Company : Dr. Mehrdad Yasrebi, Dr. Nadia Yasrebi, Ms. Ameneh Modares, Dr. Ali Yasrebi, Eng. Jafar Yasrebi, Eng. Bijan Yasrebi, Mr. Ali Saghafi Far, Mr.Ahmad Iranshahi, Mr. Mohammad Norouzi, and Ms. Behtari Saghafi.
6. Date of Establishment of Institute : From date of registration for an unlimited period of time.
7. Directors and Signatories of the Company : Dr. Ali Yasrebi as Chairman of the Board of Directors and Managing Director, Ms. Ameneh Modares as Vice-chairman of the Board of Directors, Mr. Ahmad Iranshahi as Board Member and Treasurer were appointed for a period of 2 years. Documents of the company shall be valid bearing signatures of Dr. Ali Yasrebi and Mr. Ahmad Iranshahi under the seal of the company.
8. Assets of the Company : Rials 600,000,000 in cash.

Head, Companies Registration Office of Shiraz

True translation certified.
Tehran   Aug. 5, 2000   Dgazette.1





5

25.05.79   21:58   CHILD FOUNDATION                    0214075798                    S.05

مؤسسه خیریه رفاه کودک

مؤسسه خیریه رفاه کودک



Section 3    :    Bylaws and Minutes of BOD Meeting
                  Of Refah Koudak Organization, Iran





7

CE202476



**Minutes of the Meeting of the Founders Board**
**of Refah Koudak Organization, a Charitable Entity**
*In the Name of the God*

Date of Meeting:    November 11, 1998
Time of Meeting:    4:00 P.M.

Present at the meeting were the following individuals constituting all of the Members of the Board of Founders of the Refah Koudak Organization: Trustees

1. Mr. Eng. Bijan Yasrabi
2. Mr. Eng. Jafar Saghafi
3. Ms. Behtari Saghafi
4. Mr. Mohammad Norouzi Fard
5. Mr. Ali Saghafifar
6. Dr. Nadia Yasrabi

The Board upon having a quorum began its session and proceeded to act and discuss the items on its agenda. After sufficient discussion among the members present, the following resolutions were unanimously adopted, upon motion duly made and seconded:

Resolved, that the following individuals were appointed to the positions indicated in front of their names:

1. Mr. Eng. Bijan Yasrabi- Chairman
2. Mr. Eng. Jafar Saghafi - Vice-Chairman
3. Ms. Behtari Saghafi - Vice-Chairman
4. Mr. Mohammad Norouzi Fard - Substitute Member & Inspector
5. Dr. Ali Saghafifar- Substitute Member & Inspector
6. Dr. Nadia Yasrabi, Substitute Member

Resolved, that the Board then appointed the following individuals as Members of the Board of Director of the Organization:

1. Dr. Ali Yasrabi - Chairman of the BOD and Managing Director
2. Ms. Ameneh Modarress - Vice Chairman of the BOD
3. Dr. Nadia Yasrabi - Substitute Member of the BOD
4. Mr. Ahmad Iranshahi - Treasurer

Upon conclusion of the above matters, the Meeting was then adjourned.

Signatures of the Members of the Founders Board:



8

## ARTICLE 2
### GOVERNING BODY

Section 10:    The governing body of the Organization shall be (1) The Board of Founders; and (2) The Board of Directors.
*trustees*                          *trustees*

A. Board of Founders

Section 11:    The Board of Founders shall have five (5) members and it is the highest governing body of the Organization. The Board may meet on a regular basis or pursuant to special meetings. Members of the Board of Founders shall serve on a voluntary basis without any compensation.

*trustees*

*trustees*    Section 12:    Members of the Founders Board are appointed for life. Each of the members of the Board of Founders may elect another person during his/her life who enjoys an excellent reputation, as his/her replacement on the Founders' Board following said member's death, retirement, or disability. The replacement nominee must be approved by the vote of 75% *trustees* of the remaining founders. Each Board members shall designate such replacement during his/her life so that there occurs no delay in the activities of the Organization following the termination of said member's term of membership on the Board of Founders. *trustees*

Section 13:    In case a Member fails to nominate such replacement for himself/herself during his/her life, or in case a member fails to carry out his/her duties as set forth herein, the Board of Founders shall then elect a person to fill such a vacancy upon the vote of 75% of the remaining members of the Board.

*Note:*    In case of invalidation of the Organization's Permit to function as a Charitable entity, then the organization shall be governed as provided under the law. *(approval of the ministry of interior and Supreme Leader)*

Section 14:    Regular Meetings during each Year:  The Board of Founders shall meet at least once within the first four(4) months of each calendar year. A quorum of equal to one half plus one member of the Board is needed for a Meeting to be official. Vote of half plus one member shall then be required for any resolution of the Board of Founders. *trustees*

In case, following invitation for the first meeting, quorum is not available, a second meeting within 15 days thereafter shall be held and the meeting shall proceed with the number of members present at that meeting.

*trustees*
Special meetings of the Board of Founders may be formed at any time upon the request of the Board of Directors or request of one-half of the members of the Board of Founders.

*trustees*

2

9

CE202478
Memo Exhibit 13
Page 28 of 30

*trustees*

Section 15:    Duties at the Regular Meeting of the Founders' Board:

    a)    Election of its Chairperson, members of the Board of Directors, and its inspectors.

    b)    Receive report of the Board of Directors and Inspector(s)

    c)    Setting the Policies and General purposes of the Refah Koudak

    d)    Election of the substitute member(s) of the Board under Section 13

    e)    Approval of the Balance Sheet and Income/Loss Statements

    f)    Selection of the national newspaper for publication of Notices and other decisions of the Refah Koudak.

*trustees*

Section 16:    Special Meeting of the Board of Founders:  Such Special Meetings shall be held as follows:

    a)    Upon request of the Board of Directors or Inspector(s)

    b)    Upon request of one-third of the Members of the Founders Board

*trustees*

Note 1:  All invitations for the Meetings of the Board of Founders shall be in writing and sent at least two(2) weeks prior to the date of such a meeting.

Note 2:  Quorum in case of a Special Meeting shall be the same as for Regular Meeting of the Founders Board, *of trustees*

*trustees*

Note 3:  All resolution of the Special Meeting of the Founders Board shall require two third (2/3) of the vote of the members present.

*trustees*

Section 17:  Issues that can be decided at a Special Meeting of the Board of Founders are:

    a)    Amendments of the articles

    b)    Review and Approval of the dissolution of Refah Koudak

    c)    Termination and firing of the members of the Board of Directors.

Section 18:    Regular Meeting of the Board of Founders shall be chaired and conducted by a committee consisting of one chair, one secretary and two inspectors.

### B.  Board of Directors

Section 19:    Refah Koudak shall have a Board of Directors consisting of three (3) principal members and one substitute member.

    Note 1:  The meetings shall have a quorum of the majority of the members present and all decisions shall require the vote of the majority of the members present in the Meeting.

3.

*10*

Note 2: All members of the Board of Directors shall participate in each meeting unless the absence is for cause. Failure of a member of the Board of Directors to attend three consecutive meetings shall constitute resignation of that member.

Section 20:    In case of resignation or death or failure to meet the requirement for membership, the substitute member of the Board of Director shall complete the remaining term of the terminated member.

Section 21:    In addition to its regular meetings which are held at least every 6 months, the Board of Directors shall meet as often as is needed. Special meetings will be called pursuant to notices in writing or by phone made by the chairman or vice chairman of the Board with three (3) days advance notice.

Section 22:    The Board of Directors shall meet within one week of their election and shall appoint two members among themselves as the chair of the Board, and a treasurer, respectively.



Section 23:    The members of the Board of Directors are elected for a period of two (2) years. The members may be re-elected for another term of two (2) years. The Board of Director shall call a meeting of the Board of Founders for a new election of its members at least three months prior to the end of the term of the Board of Founders. The members of the Board of *trustees* Directors shall be published annually in the newspaper selected for this purpose within one (1) week of their election.

*trustees*

Section 24:    The Board of Directors shall be the official representative of the Refah Koudak and shall perform its duties within the bylaws as set forth below:

a)    .  Maintenance, control, and management of all assets of the Organization, review and approval of all accounts of the Refah Koudak, payment and receipt of its accounts receivable, carrying out its resolutions, opening and maintenance of its bank accounts, carrying out its duties as set forth under the law, representing Refah Koudak in lawsuits, hiring attorneys to represent it in lawsuits brought by against the Organization, hiring and firing such attorneys, entering into agreements to resolve such lawsuits by means of arbitration or other means of resolution, appointment of all its rights and duties to any person or individual, with the right of further appointment therein.

The Board of Directors may in general take each and every steps, enter into any agreement or contract, or undertake other acts as it deems necessary, assign its rights to properties, whether personal or real properties, borrow funds, encumber assets, except for sale of its real properties which require the approval of the Board of the Founders, and conduct other acts under the name of Refah Koudak.    *trustees*

4

CE202480
Memo Exhibit 13
Page 30 of 30