REFAH KOODAK CHARITY INSTITUTE
INDEPENDENT AUDITOR'S REPORT
AND
FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED
MAY 31, 2008

## ARMOON GOSTARAN PISHGAM ( A . G. P )
### ( IACPAS )
### AUDITING AND MANAGEMENT SERVICES FIRM

### BOARD OF TRUSTEES OF REFAH KOODAK CHARITY INSTITUTE

The Charity Institute's financial statements for the year ended May 31, 2008 have been prepared and presented as follows:

| Contents | Page |
|---|---|
| Independent auditor's report | |
| 1-Balance sheet | 2 |
| 2-Accumulated surplus earning | 3 |
| 3-Statement of income and expenses | 4 |
| 4-notes attached | |
| a)status and activities | 5 |
| b)accounting convention | 5 |
| c) significant accounting policies | 5-7 |
| d) notes 1 to 29 to the financial statements | 7-24 |

The financial statements have been prepared based on the accounting standards and confirmed by the Board of Directors at 22 JULY 2008.

| Members of the Board of Directors | Position | Signature |
|---|---|---|
| Mr. Ali Yasrebi | Chairman & Managing Director | |
| Ms. Ameneh Modarres | Chairman deputy | |
| Mr. Ahmad Iranshahi | Member of the Board of Directors | |

**ARMOON GOSTARN PISHGAM (IACPAS)**
Auditing and management services firm

INDEPENDENT AUDITORS' REPORT

To the Board of Directors of the

Refahe Koodak Charity Institute

We have audited the accompanying balance sheet of the Refahe Koodak Charity Institute (a nonprofit organization) as at May 31, 2008, and the related statements of incomes and expenses, retained earning, and cash flows for the year ended with appropriate notes 1 to 29. These financial statements are responsibility of the Institute management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion these financial statements present fairly, in all material respects, the financial position of the Refahe Koodak Charity Institute as of May 31, 2008 and the results of its operations and its cash flows for the year ended in conformity with generally accepted accounting principles.

Tehran, Iran

July 22, 2008

Armoon Gostaran Pishgam(Auditing firm)

Certified public Accountants ·

K. Hadavi          M & Fadeei

#4- 38 poor fallah St. - Larestan St.- Motahari Ave. Tehran-Iran Tel /Fax : 88890613

*p3*

## REFAH KOODAK CHARITY INSTITUTE
## BALANCE SHEET
## AS AT 31 MAY 2008

| ASSETS | NOTE | 2008 IRR | Revised 2007 IRR | LIABILITIES & RESERVES | NOTE | 2008 IRR | Revised 2007 IRR |
|---|---|---|---|---|---|---|---|
| Current assets: | | | | Current liabilities: | | | |
| Cash | 4 | 684,158,126 | 1,208,682,165 | Accounts & notes operating payable account | 13 | 5,062,049,804 | 3,900,273,86 |
| Short term Investments | 5 | 618,166,603 | 625,600,879 | Accounts & notes non -operating payable account | 14 | 141,774,837 | 132,311,12 |
| Accounts and notes operating receivables | 8 | 3,612,956,404 | 2,866,128,492 | Distributable funds | 15 | 1,542,342,552 | 2,516,763,26 |
| Accounts and notes non -operating receivable | 7 | 468,576,162 | 493,391,968 | Total liabilities | 17 | 5,353,200,000 | 5,353,200,00 |
| Inventory | 8 | 0 | 184,800 | | | | |
| Prepayments | 9 | 5,000,000 | 10,560,000 | | | | |
| | | | | | | | |
| Total current assets | | 5,388,857,295 | 5,204,548,304 | Total current liabilities | | 12,099,367,193 | 11,902,548,25 |
| | | | | | | | |
| Non-current assets: | | | | | | | |
| Consigned Funds | 10 | 5,353,200,000 | 5,353,200,000 | | | | |
| Tangible fixed assets | 11 | 1,770,497,613 | 1,617,844,739 | | | | |
| Non -Tangible assets | 12 | 45,576,978 | 54,328,598 | Reserves : | | | |
| Total non-current assets | | 7,169,274,591 | 7,025,373,337 | Accumulated surplus earnings | | 458,764,693 | 327,373,38 |
| Total assets | | 12,558,131,886 | 12,229,921,641 | Total liabilities & reserves | | 12,558,131,886 | 12,229,921,64 |

The attached Notes 1 to 29 are the financial statements integrated .



CF375613

## REFAH KOODAK CHARITY INSTITUTE
### STATEMENT OF INCOME AND EXPENSES
### FOR THE YEAR ENDED 31 MAY 2008

|  | Note | 2008 | 2007 |
|---|---|---|---|
|  |  | IRR | IRR |
| **Operating Income:** |  |  |  |
| Funds collected from internal sponsors | 18 | 4,138,770,186 | 2,578,650,327 |
| Other received financial contributions | 19 | 1,431,030,273 | 606,051,400 |
|  |  | 5,569,800,459 | 3,184,701,727 |
| **Operating expenses:** |  |  |  |
| Payments to the children protected by internal sponsors | 20 | (4,174,822,021) | (2,488,237,100) |
| Administration and directing Exp. | 21 | (600,711,493) | (444,487,135) |
| Other payment (emergency) | 22 | (765,043,969) | - |
|  |  | (5,540,577,483) | (2,932,724,235) |
| Excess of operational income over expenses |  | 29,222,976 | 251,977,492 |
|  |  |  |  |
| Financial expenses |  | -- | (75,821,781) |
| Non-operating income and expenses(net) | 23 | 102,168,333 | 86,269,870 |
| **Net surplus (deficit) earnings** |  | 131,391,309 | 262,425,581 |

### ACCUMULATED SURPLUS EARNINGS

|  | Note | 2008 | 2007 |
|---|---|---|---|
| Net surplus / earnings fiscal year |  | 131,391,309 | 262,425,581 |
| Balance at the beginning of year |  | 248,700,328 | 64,947,803 |
| Prior years adjustments | 24 | 78,673,056 | -- |
| Adjusted accumulated (deficit)surplus at the beginning of the year |  | 327,373,384 | 64,947,803 |
| **Balance at the end of the year** |  | 458,764,693 | 327,373,384 |

The general surplus earning statement has not been presented because it consist of only the current year earnings statement and prior years adjustments .



The attached Notes 1 to 29 are the financial statements integrated.

١٩

CF375614

### REFAH KOODAK CHARITY INSTITUTE
### CASH -FLOW STATEMENT
### FOR THE YEAR ENDED 31 MAY 2008

| | Note | 2008 IRR | 2007 IRR |
|---|---|---|---|
| **Operating activities:** | | | |
| cash generated from operations | 25 · | (329,670,627) | 2,895,075,617 |
| | | | |
| **Return on investment:** | | | |
| Interest received from bank deposit | | 83,843,312 | 1,116,505,340 |
| Interest paid on loans | | - | (75,821,781) |
| Net cash inflow from return on investments | | 83,843,312 | 1,040,683,559 |
| | | | |
| **Investing activities:** | | | |
| Payments for obtain fixed assets | | (324,631,000) | (177,525,500) |
| Received fund to sell the fixed assets | | 38,500,000 | - |
| Amounts received from(paid for) short-term investment | | 7,434,276 | (102,501,255) |
| Amounts received from (paid for) long-term investment | | - | (1,000,000,000) |
| Net cash inflow (outflow) from investing activities | | (278,696,724) | (1,280,026,755) |
| Net cash inflow (outflow) before financing activities | | (524,524,039) | 2,655,732,421 |
| **Financing activities:** | | | |
| Increase in long-term loans | | - | - |
| Repayment of loan | | -- | (1,679,269,407) |
| Net cash inflow (outflow) by financing activities | | - | (1,679,269,407) |
| Net increase (decrease) in cash | | (524,524,039) | 976,463,014 |
| Cash at 1 June 2007 | | 1,208,682,165 | 232,219,151 |
| Cash at 31 May 2008 | | 684,158,126 | 1,208,682,165 |

The attached Notes 1 to 29 are the financial statements integrated.



REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2008

## 1. STATUS AND ACTIVITIES

### 1-1. General

The Refah Koodak Charity Institute was established in Shiraz on 10 April 1999 as non-governmental and non- profit organization. The head office legal address is first floor No. 59, West Sahel Avenue, Shiraz, Iran and its office is at First Floor, No. 20, Golzar Street, Golshan Street Apadana Avenue, Tehran, Iran. In addition, the Institute has other offices in Ardebil, Kermanshah, Borujerd , Mashhad ,and Bam, tabriz ,Esfahan, Kashan Orumieh ,Yasouj , Amol , Abadan .

### 1-2. The main activity of the Institute

According to Articles 2 & 8 of the Institute's Article of Association, it is a non-political and non-profit institute and its main object is to support poor children and teenagers free of charge, providing educational facilities for poor children and teenagers' education, procuring other living necessities for poor children and teenagers so that they can have education without trouble.

### 1-3. Employment status

The average of permanent employees during the year is as follow:

|                      | 2008 | 2007 |
|----------------------|------|------|
| Permanent employees  | 17   | 17   |

## 2. ACCOUNTING CONVENTION

These financial Statements have been prepared on an accrual basis under the historical cost method and in necessary cases used of the current value instead.

## 3. SIGNIFICANT ACCOUNTING POLICIES

### 3-1. Investments

Short term investments are recorded in account on cost basis and return on investment are identified in time of profit.

### 3-2: Tangible fixed assets

3-2-1 Tangible fixed assets are recorded in accounts on cost basis. Amounts paid for improvements and major repairs which cause to increase considerably the capacity and useful life of fixed assets or improve mainly their output quality are considered as capital costs and will be depreciated during their remaining useful life. Maintenance and minor repair costs which have been expended for keeping and remedying Institute's expected economic benefits of basic evaluated standard function of assets, are considered as current expenditures when they occur and charged to revenue and cost account of accounting period.

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2008

3-2-2 Depreciation of fixed assets is calculated on the basis of the following rates and methods with respect to useful life of the related assets and/considering depreciation regulations (Article 151 of Direct Tax Act, as amended in -March 2002-Esfand 1380).

| Fixed assets | Depreciation rate | Depreciation method |
|---|---|---|
| Office furniture and equipment | 10 years | Straight-line |
| Computer equipment | 3 years | Straight-line |
| Software | 5 years | Straight-line |
| Vehicles | 25% | Reducing -balance |
| Buildings | 7% | Reducing -balance |

3-2-3 For fixed assets, which are acquired within a month and are utilized, depreciation is calculated from beginning of the following month and taken into the accounts. In case where some assets are not utilized for some time for any reason, the depreciation of these assets is equivalent to 30% of the above depreciation rate.

### 3-3   Employee's termination benefits

No provision is made by the Institute for benefits payable to employees upon termination of their services. Any payment for termination benefits during a year is considered as cost for unless it is decided to fire an employee before the balance sheet date where the required provision are calculated in the account

### 3-4   Exchange of foreign currencies

The other currencies monitory and non- monitory figures witch is recorded in historical basis are been exchanged in year end currency rate. Differences are recorded as gain or loss in same period.

### 4. CASH

Cash account consists of:

| | Note | 2008 IRR | 2007 IRR |
|---|---|---|---|
| Cash in bank | 4-1 | 617,320,449 | 726,019,318 |
| Petty cash fund | 4-2 | 66,837,677 | 482,662,847 |
| | | 684,158,126 | 1,208,682,165 |

CF375617

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2008

4-1 Cash in Bank accounts consist of:

|  | 2008 | 2007 |
|---|---|---|
|  | IRR | IRR |
| Bank Melli- Central branch of Shiraz ( Rial ) | 245,360,705 | 85,965,718 |
| Bank Tejarat – Apadan branch ( Euro ) | 934,700 | - |
| Bank Melli- Qods branch of Shiraz ( Rial ) | 131,162,369 | 491,471,675 |
| Bank Tejarat- Apadan branch ( Frank ) | 442,450 | - |
| Bank Melli- Central branch of Shiraz ($ ) | 358,148 | 8,711,856 |
| Bank Melli- Dubai Branch ( Dhr ) | 237,911,677 | 138,621,869 |
| Bank Melli- Central branch of Shiraz ( Euro ) | 1,150,400 | 1,248,200 |
|  | 617,320,449 | 726,019,318 |

4-2 Petty cash fund consist of IRR 17,248,947, that head office debited , was settled up by receipt no.693243 at 1/6/2008. and petty cash fund consist of IRR.49,588,730 at branches.

## 5.    SHORT-TERM INVESTMENTS:

|  | Note | 2008 | 2007 |
|---|---|---|---|
|  |  | IRR | IRR |
| Deposit with bank karafarin | 10 | 500,000,000 | 500,000,000 |
| Deposit with bank karafarin-apadana branch |  | 5,244,418 | 80,050,000 |
| Deposit with bank parsian |  | 48,033,304 | 1,000,000 |
| Deposit with bank pasargad |  | 1,000,000 | 1,000,000 |
| Deposit with bank karafarin-shiraz branch |  | 1,230,369 | 892,367 |
| Deposit with bank maskan-daneshju branch |  | 62,658,512 | 42,658,512 |
|  |  | 618,166,603 | 625,600,879 |

## 6.  NOTES AND ACCOUNTS RECEIVABLE :

|  | Note | 2008 | 2007 |
|---|---|---|---|
|  |  | IRR | IRR |
| Notes receivable ( Damavand CO.) |  | 2,814,906,000 | - |
| Social brokers | 6-2 | 17,495,500 | 26,321,400 |
| Charity goods receivable (Damavand CO.) |  | 756,245,904 | 2,807,953,764 |
| Charity goods receivable(Mr.Dashtinejad) |  | - | 9,694,328 |
| Loans paid to protected children | 6-1 | 36,350,000 | 34,600,000 |
| Loans paid to social brokers |  | 1,400,000 | 1,000,000 |
| Total |  | 3,626,397,404 | 2,879,569,492 |
| Less:Doubtful debts provision |  | (13,441,000) | (13,441,000) |
| Net |  | 3,612,956,404 | 2,866,128,492 |



CE275618
Memo Exhibit 14
Page 9 of 20

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2008

6-1. Loans paid to protected children

|  | 2008 | 2007 |
|---|---|---|
|  | IRR | IRR |
| Loans paid for purchasing sewing machine | - | 2,000,000 |
| Loans paid for university tuition | 29,350,000 | - |
| Others free charge loans | 7,000,000 | 32,600,000 |
| Total | 36,350,000 | 34,600,000 |
| Less: Doubtful debts provision | (5,000,000) | (32,600,000) |
| Net | 31,350,000 | 2,000,000 |

6-2. Brokers' debts in amount of IRR. 17,495,500 are including IRR. 8,441,000 which provisions were made for them.

## 7.    OTHER ACCOUNTS & NOTES NON-OPERATING RECEIVABLES

Other accounts & notes receivables consist of the following items:

|  | Note | 2008 | 2007 |
|---|---|---|---|
|  |  | IRR | IRR |
| Notes receivables (Mr. Asadi) |  | - | 34,000,000 |
| Deposit at other trusty financial institutes | 7-1 | 152,800,000 | 148,800,000 |
| Receivables (staff others accounts) | 7-2 | 55,603,844 | 101,202,454 |
| Staff loan accounts |  | 11,314,964 | 16,563,264 |
| Lease deposits for branches | 7-3 | 305,000,000 | 240,000,000 |
| Other items |  | 4,042,050 | 4,042,050 |
| Total |  | 528,760,858 | 544,607,768 |
| Less: Doubtful debts provision |  | (60,184,696) | (51,215,800) |
| Net |  | 468,576,162 | 493,391,968 |

7-1. Deposit at other financial institutes ( free charge loan funds) consists of following items:

|  | 2008 | 2007 |
|---|---|---|
|  | IRR | IRR |
| Al-e-Mohammad (Shiraz) fund | 25,000,000 | 25,000,000 |
| Etrat Fatemi fund | 77,000,000 | 73,000,000 |
| Kermanshah Adl-e-Eslami fund | 10,200,000 | 10,200,000 |
| Ardebil students fund | 30,600,000 | 30,600,000 |
| Taleqani fund -Karaj | 10,000,000 | 10,000,000 |
| Total | 152,800,000 | 148,800,000 |

The above deposits are held for granting free charge loan to the people who are under protection of the Charity Institute and introduced by the Child Foundation

*VIb*

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2008

7-2. Receivables (staff other accounts):

|  | Note | 2008 IRR | 2007 IRR |
|---|---|---|---|
| Mr. Kambiz Alvandi | 7-2-1 | 45,973,750 | 45,973,750 |
| Mr. Yasrebi |  | - | 40,000,000 |
| Others |  | 5,570,550 | 5,570,550 |
| MRS: Roeentan |  | 3,968,896 | 9,567,506 |
| Other organization |  | 90,648 | 90,648 |
| Total |  | 55,603,844 | 101,202,454 |
| Less: Doubtful debts provision |  | (49,942,646) | (47,173,750) |
| Net |  | 5,661,198 | 54,028,704 |

7-2-1. Mr. Alvandi debt is for his petty cash balance. He has terminated in previous years and the receiving the amount is tracing but for delaying of receiving, provision was made for it.

7-3 Lease deposits for branches consist of the following items :

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Ardebil – branch | 70,000,000 | 70,000,000 |
| Shahr-e-rey – branch | 35,000,000 | 30,000,000 |
| Mashhad – branch | 90,000,000 | 90,000,000 |
| Bam – branch | 50,000,000 | 50,000,000 |
| Tabriz – branch | 60,000,000 | - |
|  | 305,000,000 | 240,000,000 |

## 8.  INVENTORY

|  | Note | 2008 IRR | 2007 IRR |
|---|---|---|---|
| Audio cassettes |  | - | 184,800 |
|  |  | - | 184,800 |

## 9.  PREPAYMENTS

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Programming EXP. | - | 5,560,000 |
| Services EXP. | 5,000,000 | 5,000,000 |
|  | 5,000,000 | 10,560,000 |

**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31, 2008**

### 10. CONSIGNED LONG TERM INVESTMENTS

| | Note | 2008 IRR | 2007 IRR |
|---|---|---|---|
| Karafarin Bank Deposit | 10-1 | 5,853,200,000 | 5,853,200,000 |
| Less: surplus cosigned fund deposited | 5 | (500,000,000) | (500,000,000) |
| | | **5,353,200,000** | **5,353,200,000** |



10-1   Based on the mutual agreement between the Institute and Dr. Lahiji (one of the overseas supporters), the donation made by Dr. Lahiji amounting to IRR 5,268 million (USD 632,000) has been deposited with Bank Karafarin. The deposit is for a term of five years earning 20% interest per annum. Upon maturity date, the principle will be used for construction of health care and education complexes under the supervision of the Institute.

REFAH KOODAK CHARITY INSTITUTE

NOTES TO THE FINANCIAL STATEMENTS

FOR THE YEAR ENDED MAY 31, 2008

## 11. TANGIBLE FIXED ASSET

| Items | Building | Office Furniture & Tools | Computer& Equipment | Motor Vehicles | Total | Building in constructing | Grand total |
|---|---|---|---|---|---|---|---|
| **Cost:** | | | | | | | |
| At May 31, 2007 | - | 1,609,459,981 | 291,899,809 | 161,550,000 | 59,000,000 | 2,121,909,790 | 124,878,000 | 2,246,787,790 |
| Additions 182,037,000 | - | 56,134,000 | 8,060,000 | 78,400,000 | 324,631,000 | - | 324,631,000 |
| Deductions - | - | - | - | (59,000,000) | (59,000,000) | - | (59,000,000) |
| transfers - | 124,878,000 | - | - | - | 124,878,000 | (124,878,000) | - |
| At May 31,2008 182,037,000 | 1,734,337,981 | 348,033,809 | 169,610,000 | 78,400,000 | 2,512,418,790 | - | 2,512,418,790 |
| **Depreciation:** | | | | | | | |
| At May 31, 2008 - | 344,645,078 | 92,912,331 | 150,529,373 | 40,856,269 | 628,943,051 | - | 628,943,051 |
| Charged for the year - | 97,278,503 | 32,885,227 | 6,792,887 | 21,199,514 | 158,156,131 | - | 158,156,131 |
| Depreciation of sold assets - | - | - | - | 45,178,005 | 45,178,005 | - | 45,178,005 |
| At May 31,2008 - | 441,923,581 | 125,797,558 | 157,322,260 | 16,877,778 | 741,921,177 | - | 741,921,177 |
| **Net book value:** | | | | | | | |
| At May 31,2008 182,037,000 | 1,292,414,400 | 222,236,251 | 12,287,740 | 61,522,222 | 1,770,497,613 | - | 1,770,497,613 |
| At May 31, 2007 - | 1,264,814,903 | 198,987,478 | 11,020,627 | 18,143,731 | 1,492,966,739 | 124,878,000 | 1,617,844,739 |

11-1- The Institute's fixed assets (Except motor vehicles) have not been insured.

11-2- building accounts consist of purchased lands for Institute centers that are located in Borujerd, Shiraz, Kermanshah and Orumieh.

11-3- The increase in buildings relates to repair and reconstruction of Orumieh office building for the year ended May 31, 2008

CF375622

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2008

### 12. INTANGIBLE ASSETS

Intangible assets are as follows:

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Software | 16,120,488 | 60,274,680 |
| Less: software amortization | (13,058,000) | (44,154,192) |
| Net | 3,062,488 | 16,120,488 |
| Royalties | 42,514,490 | 38,208,110 |
| Total | 45,576,978 | 54,328,598 |

### 13. ACCOUNTS& NOTES, OPERATING PAYABLE

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Mr.Lahiji | 4,982,687,451 | 3,872,903,114 |
| Broker credit | 62,562,353 | 27,370,753 |
| Sponsored childeren credit | 15,000,000 | - |
| Operating payable notes | 1,800,000 | - |
| Total | 5,062,049,804 | 3,900,273,867 |

13-1. DURING THE FISCAL YEAR 2007-2008. AMOUNT OF 15,000,000 IRR WAS
CONSIGNED IN INSTITUTE. BY MR KAZEMI AS PREPAYMENT FOR POOR PEOPLE
HOMES.THE AMOUNTS WILL BE PAYED BACK FOR RENTIG HOME. .



### 14. ACCOUNTS &NOTES OPERATING PAYABLE

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Deposit Payable | 100,000,000 | 80,000,000 |
| Rents payable | 325,000 | 325,000 |
| Employee credits | 23,873,803 | 11,755,359 |
| Payable to organization | 15,576,034 | 4,230,763 |
| Others | 2,000,000 | 36,000,000 |
| Total | 141,774,837 | 132,311,122 |

### 15. DISTRIBUTABLE FUNDS

Distributable funds have shown the following movement during the year:

|  | Note | 2008 IRR | 2007 IRR |
|---|---|---|---|
| Balance at beginning of the year |  | 2,613,602,523 | (1,855,779,230) |
| Donations allocated during the year | 15-1 | 11,728,011,942 | 17,003,003,951 |
|  |  | 14,341,614,465 | 15,147,224,721 |
| Less: donations paid to: |  |  |  |
| Protected children | 15-2 | (10,909,567,331) | (11,133,968,658) |
| Allocated budgets | 15-3 | (1,315,810,462) | (1,405,803,802) |
| Protected students |  | (95,208,000) | (25,154,000) |
| Designated payments | 15-4 | (478,686,120) | (65,534,993) |
|  |  | (12,799,271,913) | (12,630,461,453) |
| Total (distributed) distributable contributions |  | 1,542,342,552 | 2,516,763,268 |



REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2008

15-1-The allocated donations by U.S. Koodak Charity during the year were US$ 3.909.347 (IRR 10253/6 million) for distributing foods between children. Other allocated sources from abroad supporters were IRR. 1150/6 million

15-2 During the fiscal year, the Institute has protected 1535 girls and 1712 boys and paid to them regular monthly and other specified payments. Furthermore, a number of orphan students in Tehran, Kashan and Shiraz are collectivity under protection of the Institute.

15-3-Payables based on allocated budgets are detailed as follows:

|  | Note | 2008 IRR | 2007 IRR |
|---|---|---|---|
| Office administration and general Exp. |  | 1,258,236,862 | 1,181,173,318 |
| Charities payable to other institutes | 15-3-1 | 2,000,000 | 44,227,404 |
| Budget for purchasing sheep |  | - | 9,945,000 |
| Payables to blinds association | 15-3-2 | - | 2,405,000 |
| Payables to other poor |  | - | 21,208,000 |
| Payables for sick children |  | - | 7,583,270 |
| Children food budget( film, poster, bulletin) |  | - | 4,683,060 |
| Cultural activities budget |  | - | 46,535,550 |
| Special budget for Nima Azimi |  | - | 46,000,000 |
| Budget for Khaneh Madar va Koodak |  | 41,385,000 | 42,043,200 |
| Building construction in Bam |  | 14,188,600 | - |
| **Total** |  | 1,315,810,462 | 1,405,803,802 |

15-3-1-Amounts paid to other charity and cultural institutes are as follows:

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Hazrate-e-Roghayye charity Institute | 2,000,000 | - |
| Others cultural affairs | - | 44,227,404 |
|  | 2,000,000 | 44,227,404 |

15-3-2-Payments to the following associations of blind people:

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Other general budgets for blind people | - | 2,405,000 |
|  | - | 2,405,000 |

*P19*

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2008

15-4. designated payments are as follows:

| | 2007 IRR | 2006 IRR |
|---|---|---|
| Paid for Child Foundation publications | 122,876,500 | - |
| Other Child Foundation requirements | 158,095,070 | 5,954,403 |
| Computer system projects | 168,946,150 | 33,521,190 |
| Printing & other orders | 28,768,400 | 23,225,200 |
| Orumieh project | - | 2,834,200 |
| | 478,686,120 | 65,534,993 |

## 16- TAXATION

a) The Charity Institute is a non-profit organization and is, accordingly, exempt from income tax under paragraph "T" of Article 139 of the Iranian Direct Tax Act. However, such exemption is applied when the Ministry of Economic Affairs and Finance issues a clearance certificate based on the examination of the Institute's books and records.

b) Tax assessments have been finalized and settled up to and including the year ended 31 May 2003 and 2005

c) The institute's taxable income for 2004 has been assessed on deemed basis. Tax assessment for the year, amounting to IRR 94.4 million has been received and contested. The case has now been referred to the Tax Dispute Settlement Committee but its outcome is not clear to the date of this report.

d) Tax assessment for the years ended 31 May 2006&2007 has not been received yet.

## 17.CONSIGNED FUNDS

| | Note | 2008 IRR | 2007 IRR |
|---|---|---|---|
| Mr. Lahiji | 17-1 | 5,353,200,000 | 5,353,200,000 |
| | | 5,353,200,000 | 5,353,200,000 |



17-1-Payables to Mr. Lahiji consist of the principle of granted fund and relative interest which deposited at Karafarin Bank. It should be noted that deposit time is due to end of year 2008 and Institute should payback deposit to MR Lahiji

## 18-FUNDS COLLECTED FROM INTERNAL SUPPORTERS

The Institute has admitted 1055 internal supporters and in this regard has received

In total IRR 4138/7 million during the year under review.

*µ16*

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2008

## 19-OTHER DONATIONS RECEIVED

| | | 2008 IRR | 2007 IRR |
|---|---|---|---|
| Donations received from others | | 61,901,900 | 256,322,000 |
| Donations received from branches | 19-1 | 1,369,128,373 | 349,729,400 |
| Total | | 1,431,030,273 | 606,051,400 |

### 19-1. DONATION RECEIVED FROM BRANCHES

| | 2008 IRR | 2007 IRR |
|---|---|---|
| Donations received from parties and ceremonies. | 18,700,000 | – |
| Donations received from religious party | 72,096,500 | – |
| Donations received from students' day party | 18,570,000 | – |
| Donations received from sheep purchasing | 15,200,000 | – |
| Donations received from charity for orphans | 11,172,000 | – |
| Donations received from charity for medication | 172,083,500 | – |
| Donations received from others | 1,061,306,373 | 349,729,400 |
| Total | 1,369,128,373 | 349,729,400 |

## 20- PAYMENTS TO THE CHILDREN PROTECTED BY LOCAL SUPPORTERS

The Institute has made an effort to admit 840 local poor people since 2001. During the year, IRR 4174/8 million has been paid by internal supporter in this respect.

*P 17*

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2008

### 21. ADMINISTRATION AND GENERAL EXPENSES

Administration and general expenses are as follows:

| | 2008 - IRR | | | 2007 - IRR |
|---|---|---|---|---|
| | Total | Transferred to distributable funds | Net Balance | Net Balance |
| Personnel expenses | 966,999,196 | 725,249,398 | 241,749,798 | 177,433,080 |
| Brokering fees | 199,080,000 | 149,310,000 | 49,770,000 | 31,292,000 |
| Professional fees | 7,788,625 | 5,841,469 | 1,947,156 | 8,659,957 |
| Transportation | 93,106,130 | 69,829,598 | 23,276,532 | 7,574,528 |
| Mail & post | 27,844,159 | 20,883,120 | 6,961,039 | 11,876,006 |
| Photo and filming | 28,732,000 | 21,549,000 | 7,183,000 | 4,268,190 |
| Telephone and internet | 108,526,530 | 81,394,898 | 27,131,632 | 8,399,552 |
| Auditing fees | 24,000,000 | 18,000,000 | 6,000,000 | 1,400,000 |
| Supplies | 40,621,270 | 30,465,953 | 10,155,317 | 8,833,098 |
| Equipment depreciation | 6,792,887 | - | 6,792,887 | 22,519,095 |
| Furniture depreciation | 32,885,227 | - | 32,885,227 | 27,305,972 |
| Building depreciation | 97,278,503 | - | 97,278,503 | 95,201,122 |
| Vehicles depreciation | 21,199,514 | - | 21,199,514 | 6,047,910 |
| Software amortization | 13,058,000 | - | 13,058,000 | 13,058,000 |
| Building maintenance and repairs | 19,658,080 | 14,743,560 | 4,914,520 | 2,497,362 |
| Utilities | 18,797,973 | 14,098,480 | 4,699,493 | 2,236,348 |
| Computer Services | 15,438,750 | 11,579,063 | 3,859,687 | 3,687,366 |
| Copy and print | 13,307,530 | 9,980,648 | 3,326,882 | 3,877,418 |
| Rent | 27,430,000 | 20,572,500 | 6,857,500 | 2,961,000 |
| Others | 96,403,981 | 64,739,175 | 31,664,806 | 5,359,131 |
| | 1,858,948,355 | 1,258,236,862 | 600,711,493 | 444,487,135 |

Based on agreement with U.S. Child Foundation at the end of year, %75 of cash expenses of the Institute are credited to distributable funds account and set off against the amounts received from that Foundation.

### 22-OTHER DONATIONS

| | 2008 IRR | 2007 IRR |
|---|---|---|
| Donation received from parties and ceremonies | 65,494,000 | - |
| Donation received from religious parties | 131,971,040 | - |
| Donation received from students' day party | 7,884,000 | - |
| Donation received from cheeps purchasing | 23,170,000 | - |
| Donation received from charity for medication | 162,302,260 | - |
| Donation received from other donation | 374,222,669 | - |
| Total | 765,043,969 | - |

p 18

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2008

## 23-NET OTHER NON-OPERATING INCOME & EXPENSES

OTHER INCOMES AND EXPENDITURE ARE SEPRATED AS FOLLOW:

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Interest on deposits with Karafarin Bank | 83,843,312 | 65,621,827 |
| Profits from assets' sale | 24,678,005 | - |
| Exchange of foreign currencies | (2,454,940) | 20,648,043 |
| Other incomes( EX) | (3,898,044) | - |
|  | 102,168,333 | 86,269,870 |

## 24- PRIOR YEAR ADJUSTMENT

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Indentifing the deposit interest of the institute | 51,073,056 | - |
| Provision for bad debts adjustment | 27,600,000 | - |
|  | 78,673,056 | - |

## 25-RECONCILIATION OF OPERATING INCOME

The reconciliation of operating income with net cash inflows from operating activities is ... as follows:

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Net excess of operational income over expenses | 29,222,976 | 224,377,492 |
| Depreciation of fixed assets | 158,156,131 | 151,074,099 |
| Other assets depreciation | 8,751,620 | 13,058,000 |
| Decrease in Inventory | 184,800 | 3,110,800 |
| Decrease in prepayments | 5,560,000 | 80,458,500 |
| (Increase) in accounts receivable | (722,012,106) | (212,188,269) |
| Increase in accounts payable and short-term loans | 1,171,239,652 | 97,773,684 |
| Increase (Decrease)in distributable f Mr.Lahiji funds | (974,420,716) | 2,516,763,268 |
| Foreign currency exchange gain | (6,352,984) | 20,648,043 |
| Cash flow generated from operating activities | (329,670,627) | 2,895,075,617 |

## 26- NON-MONEYTORY TRANSACTIONS

|  | 2008 IRR | 2007 IRR |
|---|---|---|
| Bank deposit Interest for Lahiji's fund | 1,187,731,189 | 1,101,956,569 |
|  | 1,187,731,189 | 1,101,956,569 |

## 27-CONTINGENT LIABILITIES AND CAPITAL COMMITMENTS

There is not any capital commitment or contingent liabilities at the year end.

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2008

## 28-POST BALANCE SHEET EVENTS

To the date of preparation of the financial statements there has been no significant event, which could materially affect presentation of the financial statements or require separate disclosure.

## 29- Transaction with related persons

Institute during the fiscal year has no transaction with related persons.

*p20*

CE375629