REFAH KOODAK CHARITY INSTITUTE
INDEPENDENT AUDITOR'S REPORT
AND
FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED
MAY 31, 2009

CF375630

**ARMOON GOSTARAN PISHGAM (A.G.P.)**
**(I.C.P.As)**
**AUDITING AND MANAGEMENT SERVICES FIRM**
Habib Sezavar – Amir Houshang Deljou
Mahmood Shokat Fadaei – Khossro Hadavi



**Auditor's Report**
**To the Board of Trustees of**
**Refah Koodak Charity Institute**

We have audited the accompanying balance sheet of the Refahe Koodak Charity Institute (a nonprofit organization) as at May, 3 1 , 2 0 0 9 and the related statements of incomes and expenses, retained earning, and cash flows for the fiscal year ending at the said date along with appropriate notes 1 through 2 7. These financial statements are responsibility of the Institute management . Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audits in accordance with Generally Accepted Auditing Standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, these financial statements present fairly, in all material respects, the financial position of the Refahe Koodak Charity Institute as at May, 3 1, 2 0 0 9 and the results of its operations and its cash flows for the year ended in conformity with Generally Accepted Accounting Principles.

Tehran, Iran                            Armoon Gostaran Pishgam (Audit Firm)
September 1 9, 2 0 0 9                        Certified Public Accountants
                                        K. Hadavi     M.S.Fadaei

# 5 - 1 8 Poor fallah St. Larestan St – Motahari Ave. Tehran – Iran 1 5 9 6 6 3 3 3 1 9
Tel / fax: 8 8 8 9 0 6 1 3





NGO in Special Consultative
Status with ECOSOC, UN

Refah e Koodak Charity (Child Foundation, Iran)

## BOARD OF TRUSTEES OF REFAH KOODAK CHARITY INSTITUTE

The Charity Institute's financial statements for the year ended May 31, 2009 have been prepared and presented as follows:

| Contents | Page |
|---|---|
| 1-Balance sheet | 2 |
| 2- Statement of income and expenses | 3 |
| 3- Accumulated surplus earning | 3 |
| 4- Statement of cash flow | 4 |
| 5-notes attached | |
| a)status and activities | 5 |
| b)accounting convention | 5 |
| c) significant accounting policies | 5-6 |
| d) notes of the financial statement | 7-15 |

The financial statements have been prepared based on the accounting standards and confirmed by the Board of Directors at 19 September 2009.

| Members of the Board of Directors | Position | Signature |
|---|---|---|
| Mr. Ali Yasrebi | Chairman & Managing Director | ALiYasrebi |
| Ms. Ameneh Modarres | Chairman deputy | |
| Mr. Ahmad Iranshahi | Member of the Board of Directors | A. Iranshali |

گزارش حسابرسی
آزمون گستران پیشگام
(حسابداران رسمی)

#20 Golzar Alley, Golshan St., Khoramshahr Ave.
Tehran 15576-14153, Iran
Tel: 9821-8850-2182   Fax: 9821-8876-4771

E- mail: info@childf.org
www.childf.org

P3

Page 2

## REFAH KOODAK CHARITY INSTITUTE
## BALANCE SHEET
## AS AT 31 MAY 2009

| ASSETS | NOTE | 2009 IRR | Presented revision 2008 IRR | LIABILITIES & RESERVES | NOTE | 2009 IRR | Presented revision 2008 IRR |
|---|---|---|---|---|---|---|---|
| Current assets: | | | | Current liabilities: | | | |
| Cash and bank | 4 | 653,788,113 | 684,158,126 | Operating payable accounts | 10 | 22,342,683 | 5,062,049,804 |
| | | | | Non-operating payable accounts | | | |
| Short term investments | | 1,800,308,343 | 618,166,603 | | 11 | 183,861,862 | 141,774,837 |
| Accounts and notes operating receivables | | 2,866,711,498 | 3,735,161,100 | Distributable funds | 12 | 0 | 1,650,847,248 |
| Accounts and notes non- operating receivabl | 5 | 473,618,550 | 478,547,280 | Consigned funds | 14 | 0 | 5,353,200,000 |
| prepayments | 6 | 1,700,000,000 | 0 | | | | |
| Total current assets | | 7,494,426,502 | 5,516,033,109 | Total current liabilities | | 206,204,545 | 12,207,871,889 |
| Non-current assets: | | | | | | | |
| consingned long term investements | 7 | 0 | 5,353,200,000 | | | | |
| Tangible fixed assets | 8 | 1,679,042,072 | 1,770,497,613 | | | | |
| Intangible assests | 9 | 64,276,490 | 71,243,978 | Reserves : | | | |
| Total non-current assets | | 1,743,318,562 | 7,194,941,591 | Accumulated surplus earnings | | 9,031,540,519 | 503,102,811 |
| Total assets | | 9,237,745,064 | 12,710,974,700 | Total liabilities & reserves | | 9,237,745,064 | 12,710,974,700 |

The attached Notes 1 to 27 are the financial statements integrated .



گزارش حسابرسی
آزمون گستران پیشگام
(حسابداران رسمی)

CF375633

## REFAH KOODAK CHARITY INSTITUTE
## STATEMENT OF INCOME AND EXPENSES
## FOR THE YEAY ENDED 31 MAY 2009

| | Note | 2009 IRR | Presented revision 2008 IRR |
|---|---|---|---|
| **Operating Income:** | | | |
| Funds collected from internal sponsors | 15 | 6,595,953,710 | 4,138,770,186 |
| Other donation received | 16 | 10,395,980,150 | 1,431,030,273 |
| | | 16,991,933,860 | 5,569,800,459 |
| **Operating expenses:** | | | |
| Payments to the children protected by internal sponsors | 17 | (5,068,603,755) | (4,174,822,021) |
| Administration and directing Exp. | 18 | (1,356,304,941) | (610,044,493) |
| Other payment (emergency) | 19 | (2,070,321,451) | (765,043,969) |
| | | (8,495,230,147) | (5,549,910,483) |
| Excess of operational income over expenses | | 8,496,703,713 | 19,889,976 |
| Financial expenses | | | |
| Non-operating income and expenses(net) | 20 | 31,733,995 | 102,439,451 |
| **Net surplus (deficit) earnings** | | 8,528,437,708 | 122,329,427 |
| | | | |
| **ACCUMULATED SURPLUS EARNINGS** | | | |
| | | 8,528,437,708 | 122,329,427 |
| Net surplus / earnings fiscal year | | | |
| Balance at the beginning of year | | 458,764,693 | 302,100,328 |
| Prior years adjustments | 21 | 44,338,118 | 78,673,056 |
| Adjusted accumulated (deficit)surplus at the beginning of the year | | 503,102,811 | 380,773,384 |
| **Balance at the end of the year** | | 9,031,540,519 | 503,102,811 |

The general surplus earning statement has not been presented because it consist of only the current year earnings statement.

The attached Notes 1 to 27 are the financial statements integrated.

Page 3

Memo Exhibit 15
Page 5 of 17

REFAH KOODAK CHARITY INSTITUTE
CASH -FLOW STATEMENT
FOR THE YEAR ENDED 31 MAY 2009

|  | Note | 2009 IRR | Presented revision 2008 IRR |
|---|---|---|---|
| Operating activities: | | | |
| cash generated from operations | 22 | (4,155,462,792) | (329,670,627) |
| | | | |
| Return on investment: | | | |
| Interest received from bank deposit | | 50,311,129 | 83,843,312 |
| Interest paid on loans | | 7,588,140 | 0 |
| Net cash inflow from return on investments | | 57,899,269 | 83,843,312 |
| | | | |
| Investing activities: | | | |
| Payments for obtain fixed assets | | (60,123,000) | (324,631,000) |
| Payments for obtion fixed assets | | (3,095,000) | 0 |
| Received fond to sell fixed assets | | 0 | 38,500,000 |
| Amounts received from(paid for) short-term investment | | 4,130,411,510 | 7,434,276 |
| Net cash inflow (outflow) from investing activities | | 4,067,193,510 | (278,696,724) |
| Net cash inflow (outflow) before financing activities | | (30,370,013) | (524,524,039) |
| | | | |
| Financing activities: | | | |
| Increase in long-term loans | | 0 | 0 |
| Repayment of loan | | 0 | 0 |
| Net cash inflow (outflow) by financing activities | | 0 | 0 |
| Net increase (decrease) in cash | | (30,370,013) | (524,524,039) |
| Cash at 1 June 2008 | | 684,158,126 | 1,208,682,165 |
| Cash at 31 May 2009 | | 653,788,113 | 684,158,126 |

The attached Notes 1 to 27 are the financial statements integrated.

گزارش حسابرسی
آرمون گستران پیشگام
(حسابداران رسمی)

ρ6

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2009

## 1. STATUS AND ACTIVITIES

### 1-1. General

The Refah Koodak Charity Institute was established in Shiraz on 10 April 1999 as non-governmental and non- profit organization. The head office legal address is first floor No. 59, West Sahel Avenue, Shiraz, Iran and its office is at First Floor, No. 20, Golzar Street, Golshan Street Apadana Avenue, Tehran, Iran. In addition, the Institute has other offices in Ardebil, Kermanshah, Borujerd , Orumieh , Mashhad ,and Bam, Tabriz , Yasouj ,Kashan,Esfahan,Yasuj , Amol , Zabol and Karaj . In the meantime , it acts donors in the provinces of Abhar , Ahwaz , Kerman , Yazd , Zahedan , Gorgan and Ghazvin.

### 1-2. The main activity of the Institute

According to Articles 2 & 8 of the Institute's Article of Association, it is a non-political and non-profit institute and its main object is to support poor children and teenagers free of charge, providing educational facilities for poor children and teenagers' education, procuring other living necessities for poor children and teenagers so that they can have education without trouble.

### 1-3. Employment status

The average of employees during the year is as follow:

|                      | 2009 | 2008 |
|----------------------|------|------|
| Permanent employees  | 17   | 17   |
| Temporary employees  | 2    | 1    |
|                      | 19   | 18   |

## 2. ACCOUNTING CONVENTION

These financial Statements have been prepared on an accrual basis under the historical cost method and in necessary cases used of the current value instead.

## 3. SIGNIFICANT ACCOUNTING POLICIES

### 3-1. investments

Short terms investments are recorded in account on cost basis and return on investment are identified in time of profit.

### 3-2: tangible fixed assets

3-2-1 Tangible fixed assets are recorded in accounts on cost basis. Amounts paid for improvements and major repairs which cause to increase considerably the capacity and useful life of fixed assets or improve mainly their output quality are considered as capital costs and will be depreciated during their remaining useful life. Maintenance and minor repair costs which have been expended for keeping and remedying Institute's expected economic benefits of basic evaluated standard function of assets, are considered as

Page 5

CE275636

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2009

current expenditures when they occur and charged to revenue and cost account of accounting period.

3-2-2  Depreciation of fixed assets is calculated on the basis of the following rates and methods with respect to useful life of the related assets and considering depreciation regulations (Article 151 of Direct Tax Act, as amended in -March 2002-Esfand 1380).

| Fixed assets and long term | Depreciation rate | Depreciation method |
|---|---|---|
| Office furniture and equipment | 10 years | Straight-line |
| Computer equipment | 3 years | Straight-line |
| Software | 5 years | Straight-line |
| Vehicles | 25% | Reducing -balance |
| Buildings | 7% | Reducing -balance |

3-2-3  For fixed assets, which are acquired within a month and are utilized, depreciation is calculated from beginning of the following month and taken into the accounts. In case where some assets are not utilized for some time for any reason, the depreciation of these assets is equivalent to 30% of the above depreciation rate.

3-3  Employee's termination benefits

No provision is made by the Institute for benefits payable to employees upon termination of their services. Any payment for termination benefits during a year is considered as cost for unless it is decided to fire an employee before the balance sheet date where the required provision are calculated in the account

3-4  Exchange of foreign currencies

The other currencies monitory and non- monitory figures witch is recorded in historical basis are been exchanged in year end currency rate. Differences are recorded as gain or loss in same period.

Page 6

P8

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2009

### 4. CASH AND BANK

Cash account consists of:

|  | Note | 2009 IRR | 2008 IRR |
|---|---|---|---|
| Cash in bank | 4-1 | 594,427,407 | 617,320,449 |
| Petty cash fund |  | 59,360,706 | 66,837,677 |
|  |  | 653,788,113 | 684,158,126 |

### 5. ACCOUNTS & NOTES NON-OPERATING RECEIVABLES

Accounts & notes non operating consist of the following items:          Presented revision

|  | 2009 IRR | 2008 IRR |
|---|---|---|
| Deposit at other trusty financial institutes | 137,235,000 | 152,800,000 |
| Receivables (staff others accounts) | 61,268,246 | 64,917,012 |
| staff loan accounts | 30,600,000 | 11,314,964 |
| Lease deposits for branches | 305,000,000 | 305,000,000 |
| Total | 534,103,246 | 534,031,976 |
| Less: Doubtful debts provision | (60,484,696) | (55,484,696) |
| Net | 473,618,550 | 478,547,280 |

### 6. PREPAYMENTS.

|  | 2009 IRR | 2008 IRR |
|---|---|---|
| Programming EXP. |  | - |
| Services EXP. | 1,700,000,000 | 0 |
|  | 1,700,000,000 | 0 |

### 7. CONSIGNED LONG TERM INVESTMENTS

|  | 2009 IRR | 2008 IRR |
|---|---|---|
| Karafarin Bank Deposit | 0 | 5,853,200,000 |
| Less: surplus cosigned fund deposited | 0 | (500,000,000) |
|  | 0 | 5,353,200,000 |



Page 7

/9

Case 3:10-cr-00506-KI    Document 206-15    Filed 04/29/13    Page 10 of 17

REPAH GOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2009

8.  TANGIBLE FIXED ASSET

| Items | Earth | Building | Office Furniture & Tools | Computer & Equipment | Motor Vehicles | Total |
|---|---|---|---|---|---|---|
| **Cost:** | | | | | | |
| At May 31, 2008 | - | 1,734,337,981 | 348,033,809 | 169,610,000 | 78,400,000 | 2,512,418,790 |
| Additions | 182,037,000 | - | 33,985,000 | 26,138,000 | 0 | 60,123,000 |
| At May 31, 2009 | 182,037,000 | 1,734,337,981 | 382,018,809 | 195,748,000 | 78,400,000 | 2,572,541,790 |
| **Depreciation:** | | | | | | |
| At May 31, 2008 | - | 441,923,581 | 125,797,558 | 157,322,260 | 16,877,778 | 741,921,177 |
| Charged for the year | - | 90,469,008 | 36,905,255 | 8,823,722 | 15,380,556 | 151,578,541 |
| At May 31, 2009 | - | 532,392,589 | 162,702,813 | 166,145,982 | 32,258,334 | 893,499,718 |
| **Net book value:** | | | | | | |
| At May 31, 2009 | 182,037,000 | 1,201,945,392 | 219,315,996 | 29,602,018 | 46,141,666 | 1,679,042,072 |
| At May 31, 2008 | - | 1,292,414,400 | 222,236,251 | 12,287,740 | 61,522,222 | 1,770,497,613 |

CF375639

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2009

### 9. INTANGIBLE ASSETS

Intangible assets are as follows:

|  | 2009 IRR | Presented revision 2008 IRR |
|---|---|---|
| Nosa software ( after less depreciation ) | 18,667,000 | 28,729,488 |
| Telephone royalties | 45,609,490 | 42,514,490 |
| Total | 64,276,490 | 71,243,978 |

### 10. CCOUNTS& NOTES OPERATING PAYABLE

|  | 2009 IRR | 2008 IRR |
|---|---|---|
| Donors credit | 0 | 4,982,687,451 |
| Broker credit | 22,342,683 | 62,562,353 |
| Poor people credit | 0 | 15,000,000 |
| Operating payable notes | 0 | 1,800,000 |
| Total | 22,342,683 | 5,062,049,804 |

### 11. ACCOUNTS &NOTES NON OPERATING PAYABLE

2008- Colled
Mr. Cahiti

|  | 2009 IRR | 2008 IRR |
|---|---|---|
| Deposit Payable | 100,000,000 | 100,000,000 |
| Rents payable | 0 | 325,000 |
| Employee's credit | 27,268,458 | 23,873,803 |
| Payable to organi? | 18,593,404 | 15,576,034 |
| Expenses payable | 30,000,000 | 0 |
| Others | 8,000,000 | 2,000,000 |
| Total | 183,861,862 | 141,774,837 |

### 12 .DISTRIBUTABLE FUNDS

Distributable funds have shown the following movement during the year:

|  | 2009 IRR | Presented revision 2008 IRR |
|---|---|---|
| Balance at beginning of the year | 1,650,847,248 | 2,613,602,523 |
| Donations allocated during the year | 11,489,706,475 | 11,728,011,942 |
|  | 13,140,553,723 | 14,341,614,465 |
| Less: donations paid to: |  |  |
| Protected children | ( 11,863,912,378) | (10,896,270,635) |
| Allocated budgets | ( 801,380,611 ) | (1,315,810,462) |
| Designated payments | ( 475,260,734 ) | (478,686,120) |
|  | (13,140,553,723 ) | (12,690,767,217) |
| Total (distributed) distributable contributions | 0 | 1,650,847,248 |

Page 9

Pl).

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2009

13-Taxation

The charity Institute of Child foundation as a non-profit organization, in accordance to Iran Direct Taxes law, Sect T, Art. 139 are exempted as for the Institute received aid; notwithstanding, any exemption is applied with investigation into the relative Institute offices and on the issuance for the discernment by the ministry of Economic Affairs and Finance. The preemptory tax for the previous years is settled and issued excepting to the following cases; tax assessment for the year ended 31 may 2006 & 2007, amounted to IRR 94.4 has been received and contested. The case has now been referred to the Dispute Settlement Committee and for the fiscal year ending to 10 Khordad 1387(2008) and the current year no tax discernment sheet has been issued as yet. The following table shows the tax status of the unsettled years.

| year | Declared tax income inclusion | Assessed tax income inclusion | Assessed tax | Fixed tax | Payable tax | Tax reserve | Notes |
|---|---|---|---|---|---|---|---|
| 2004/06/31 | - | 94/4 | 94/4 | unsettled | - | - | On further investigation |
| 2008/06/31 | - | univestigated | univestigated | unsettled | - | - | Uninvestigated |
| 2009/06/31 | - | univestigated | univestigated | unsettled | - | - | Tax audit |



14-CONSIGNED FUNDS

|  | 2009 IRR | 2008 IRR |
|---|---|---|
| Donors cridt | 0 | 5,353,200,000 |
|  | 0 | 5,353,200,000 |

15-FUNDS COLLECTED FROM INTERNAL SUPPORTERS

The Institute has admitted 1340 internal supporters and in this regard has received

In total IRR 6596 million during the year under review.

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2009

### 16-OTHER DONATIONS RECEIVED

| | 2009 IRR | 2008 IRR |
|---|---|---|
| Donations received of doners ( Notes of described Articles) | 9,349,303,126 | 0 |
| Donations received from others | 116,741,000 | 61,901,900 |
| Donations received from branches | 929,936,024 | 1,369,128,373 |
| Total | 10,395,980,150 | 1,431,030,273 |



### 17- PAYMENTS TO THE CHILDREN PROTECTED BY LOCAL SUPPORTERS

Since 2001 , the Institute has taken action in admitting 3356 people , there on the number of 2911 of the same help seekers profit as formerly from tge Child foundation and the Institute aids . In the reporting fiscal year , concerning the same aids , an amount equal to 5,069,000,000 Rials were paid to either children and students form the credit received monies.

Page 11

P13

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2009

## 18. ADMINISTRATION AND GENERAL EXPENSES

Administration and general expenses are as follows:

| | 2009 - IRR | | | 2008 - IRR |
|---|---|---|---|---|
| | Total | Transferred to distributable funds | Net Balance | Net Balance |
| Personnel expenses | 1,024,768,231 | 412,008,082 | 612,760,149 | 241,749,798 |
| Brokering fees | 311,038,461 | 125,053,018 | 185,985,443 | 49,770,000 |
| Professional fees | 7,250,250 | 2,914,963 | 4,335,287 | 1,947,156 |
| Transportation | 74,928,960 | 30,125,190 | 44,803,770 | 23,276,532 |
| Mail & post | 37,703,278 | 15,158,603 | 22,544,675 | 6,961,039 |
| Photo and filming | 25,267,350 | 10,158,738 | 15,108,612 | 7,183,000 |
| Telephone and internet | 118,582,882 | 47,676,249 | 70,906,633 | 27,131,632 |
| Auditing fees | 55,270,000 | 22,221,304 | 33,048,696 | 6,000,000 |
| Supplies | 24,022,450 | 9,658,226 | 14,364,224 | 10,155,317 |
| Equipment depreciation | 8,823,722 | 0 | 8,823,722 | 6,792,887 |
| Furniture depreciation | 36,905,255 | 0 | 36,905,255 | 32,885,227 |
| Building depreciation | 90,469,008 | 0 | 90,469,008 | 97,278,503 |
| Vehicles depreciation | 15,380,556 | 0 | 15,380,556 | 21,199,514 |
| Software amortization | 10,062,488 | 0 | 10,062,488 | 22,391,000 |
| Building maintenance and repairs | 63,228,588 | 25,421,055 | 37,807,533 | 4,914,520 |
| Utilities | 17,137,666 | 6,980,199 | 10,247,467 | 4,699,493 |
| Computer Services | 25,971,050 | 10,441,661 | 15,529,389 | 3,859,687 |
| Copy and print | 18,119,057 | 7,284,767 | 10,834,290 | 3,326,882 |
| Rent | 13,125,000 | 5,276,906 | 7,848,094 | 6,857,500 |
| Others | 173,631,300 | 65,091,650 | 108,539,650 | 31,664,806 |
| | 2,151,685,552 | 795,380,611 | 1,356,304,941 | 610,044,493 |

The amount of 795,380,611 Rials out of the officer and organization and expenditures , concerning the aids distribution services through the America child foundation have deposited to the accounts of distribunal monies .

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2009

### 19-OTHER DONATIONS

|  | 2009 IRR | 2008 IRR |
|---|---|---|
| Donation payed – help to deprived people | 583,921,451 | 765,043,969 |
| Donationpayed - Institutes | 1,486,400,000 | 0 |
| Total | 2,070,321,451 | 765,043,969 |

### 20-NET OTHER NON-OPERATING INCOME & EXPENSES

OTHER INCOMES AND EXPENDITURE ARE SEPRATED AS FOLLOW:

|  |  | Presented revision |
|---|---|---|
|  | 2009 IRR | 2008 IRR |
| The interests obtained due the bank deposit | 50,311,129 | 84,114,430 |
| Less from assets' sale | (33,058,610) | 24,678,005 |
| Exchange of foreign currencies | 14,481,476 | (2,454,940) |
| Other incomes( EX) | 0 | (3,898,044) |
|  | 31,733,995 | 102,439,451 |

### 21- PRIOR YEAR ADJUSTMENT

|  | 2009 IRR | 2008 IRR |
|---|---|---|
| Indentifing the deposit interest of the institue | 294,677 | 51,073,056 |
| Provision for bad debts adjustment | 8,200,000 | 27,600,000 |
| Nosa dedicated software | 35,000,000 | 0 |
| Due to the recognition of the students loan (previous years payment ) | 10,200,000 | 0 |
| Due to the ratification of the last year bank deposits interests ( registered additionally ) | ( 23,559 ) | 0 |
| Due yearly software amortiztion | (9,333,000) | 0 |
|  | 44,338,118. | 78,673,056 |

Page13

$\mathcal{P}/\mathsf{G}$

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2009

### 22-RECONCILIATION OF OPERATING INCOME

The reconciliation of operating income with net cash inflows from operating activities is as follows:

|  | 2009 IRR | 2008 IRR |
|---|---|---|
| Net excess of operational income over expenses | 8,496,703,713 | 29,222,976 |
| Depreciation of fixed assets | 151,578,541 | 158,156,131 |
| Other assets depreciation | 10,062,488 | 8,751,620 |
| Decrease in Inventory | 0 | 184,800 |
| Decrease in prepayments | (1,700,000,000) | 5,560,000 |
| (Increase) in accounts receivable | 873,378,334 | (722,012,106) |
| Increase in accounts payable and short-term loans | (4,997,620,096) | 1,171,239,652 |
| Increase (Decrease)in distributable f Mr.Lahiji funds | (7,004,047,248) | (974,420,716) |
| Foreign currency exchange gain | 14,481,476 | (6,352,984) |
| Cash flow generated from operating activities | (4,155,462,792) | 329,670,627 |



### 23- NON-MONEYTORY TRANSACTIONS

|  | 2008 IRR | 2009 IRR |
|---|---|---|
| Incurring a loss in intrestment in short – term shareholding stock | 40,646,750 | 0 |
|  | 40,464,750 | 0 |

### 24-CONTINGENT LIABILITIES AND CAPITAL COMMITMENTS

There is not any capital commitment or contingent liabilities at the year end.

### 25-POST BALANCE SHEET EVENTS

To the date of preparation of the financial statements there has been no significant event, which could materially affect presentation of the financial statements or require separate disclosure.

### 26- Transaction with related persons

Institute during the fiscal year has no transaction with related persons.



P/9

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31,2009

27- Assets and exchange duties

| | Drhim | Dollar | Frank | Euro |
|---|---|---|---|---|
| Exchang Assets | | | | |
| Deposit at the banks | 116,028/6 | 38/98 | 50 | 145 |
| Exchange debts | 0 | 0 | 0 | 0 |
| Exchange Assets net | 116,028/6 | 38/98 | 50 | 145 |

Page 15