**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**CHARLES F. GORDER, JR., OSB #91287**
Assistant United States Attorney
charles.gorder@usdoj.gov
**DAVID L. ATKINSON, OSB #75021**
Assistant United States Attorney
david.atkinson@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 717-1117
Attorney for United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case Nos. 3:10-CR-506-KI** |
| **HOSSEIN LAHIJI,**<br>and<br>**NAJMEH VAHID,**<br>a.k.a. Najmeh Lahiji,<br>Defendants. | **STIPULATION** |

The United States of America, by S. Amanda Marshall, United States Attorney for the

District of Oregon, through David L. Atkinson, Assistant United States Attorney for the District

of Oregon, and defendants Hossein Lahiji and Najmeh Vahid, personally and by their attorneys

Michael W. McCrum and Joe A. Cisneros, hereby stipulate and agree:

If called as a witness, Nancy Church would testify as follows:

She is a Portland, Oregon Certified Public Accountant (CPA) who specializes in

providing services to non-profit associations and charities. She is currently employed (since

November 2012) as the Interim Financial Manager for the Child Foundation in Portland. She

performs a variety of services for Child Foundation including compiling, organizing and maintaining financial records and is one of the custodians of records of Child Foundation.

Child Foundation maintains within its records and files the audited financial statements for the years 2002-2009 of its Iranian affiliate, Refah Kudak, and uses and relies upon them in the ordinary course of its business to compile its own financial statements and to provide to its auditors. Child Foundation also maintains the Refah Kudak financial statements to provide to its donors upon their request to answer their questions about the allocation of resources provided to Refah Kudak.

Ms. Church has examined the following government's exhibits and compared them with Child Foundation files containing Refah Kudak audited financial statements and finds them to be exact copies in all material ways, with one exception mentioned below:

1.  Exhibits 123(a) – 123(d), the 2002-2005 audited Refah Kudak financial statements;

2.  Exhibit 124(a), the 2006 audited Refah Kudak financial statement;

3.  Exhibit 126(a), the 2007 audited Refah Kudak financial statement;

4.  Exhibit 128, the 2008 audited Refah Kudak financial statement; and

5.  Exhibit 129, the 2009 audited Refah Kudak financial statements.

The Child Foundation copy of the 2007 audited Refah Kudak financial statement, Exhibit

/ / / / /

/ / / / /

**Stipulation**                                                                                    **Page 2**

126(a), is missing the page marked with a typewritten number "3" at the bottom.

IT IS SO STIPULATED.

_____     6 · 14 · 13
Michael W. McCrum              Date
Attorney for defendant Hossein Lahiji

_____     6 · 14 · 13
Hossein Lahiji, defendant      Date

_____     6 - 14 - 13
Joe A. Cisneros                Dated
Attorney for defendant Najmeh Vahid

_____     6/14/13
Najmeh Vahid, defendant        Dated

_____     6/14/13
David L. Atkinson              Dated
Assistant U.S. Attorney

_____     6/14/13
Charles F. Gorder, Jr.         Dated
Assistant U.S. Attorney