IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

v.

**Case No. 3:10-CR-506-01,02-KI**

**HOSSEIN LAHIJI**
and
**NAJMEH VAHID,**
   a.k.a. Najmeh Lahiji

   Defendants.

---

**JURY INSTRUCTIONS**

DATED: 6/24/13

UNITED STATES DISTRICT JUDGE

JURY INSTRUCTIONS -- Page 1

# INSTRUCTION NO. 1

Members of the jury, now that you have heard all the evidence, it is my duty to instruct you on the law that applies to this case. A copy of these instructions will be available in the jury room for you to consult.

It is your duty to weigh and to evaluate all the evidence received in the case and, in that process, to decide the facts. It is also your duty to apply the law as I give it to you to the facts as you find them, whether you agree with the law or not. You must decide the case solely on the evidence and the law and must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. You will recall that you took an oath promising to do so at the beginning of the case.

You must follow all these instructions and not single out some and ignore others; they are all important. Please do not read into these instructions or into anything I may have said or done any suggestion as to what verdict you should return—that is a matter entirely up to you.

## INSTRUCTION NO. 2

The indictment is not evidence. The defendants have pleaded not guilty to the charges. The defendants are presumed to be innocent unless and until the government proves the defendants guilty beyond a reasonable doubt. In addition, the defendants do not have to testify or present any evidence to prove innocence. The government has the burden of proving every element of the charges beyond a reasonable doubt.

# INSTRUCTION NO. 3

The defendants have testified. You should treat this testimony just as you would the testimony of any other witness.

## INSTRUCTION NO. 4

Proof beyond a reasonable doubt is proof that leaves you firmly convinced the defendant is guilty. It is not required that the government prove guilt beyond all possible doubt.

A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation. It may arise from a careful and impartial consideration of all the evidence, or from lack of evidence.

If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that a defendant is guilty, it is your duty to find that defendant not guilty. On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that a defendant is guilty, it is your duty to find that defendant guilty.

# INSTRUCTION NO. 5

The evidence you are to consider in deciding what the facts are consists of:

(1)    the sworn testimony of any witness;

(2)    the exhibits received in evidence; and

(3)    any facts to which the parties have agreed.

## INSTRUCTION NO. 6

In reaching your verdict you may consider only the testimony and exhibits received in evidence. The following things are not evidence and you may not consider them in deciding what the facts are:

1. Questions, statements, objections, and arguments by the lawyers are not evidence. The lawyers are not witnesses. Although you must consider a lawyer's questions to understand the answers of a witness, the lawyer's questions are not evidence. Similarly, what the lawyers have said in their opening statements, will say in their closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers state them, your memory of them controls.

2. Any testimony that I have excluded, stricken, or instructed you to disregard is not evidence. In addition, some evidence was received only for a limited purpose; when I have instructed you to consider certain evidence in a limited way, you must do so.

3. Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

JURY INSTRUCTIONS – Page 7

## INSTRUCTION NO. 7

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did. Circumstantial evidence is indirect evidence, that is, it is proof of one or more facts from which you can find another fact.

You are to consider both direct and circumstantial evidence. Either can be used to prove any fact. The law makes no distinction between the weight to be given to either direct or circumstantial evidence. It is for you to decide how much weight to give to any evidence.

JURY INSTRUCTIONS – Page 8

## INSTRUCTION NO. 8

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

(1)    the witness's opportunity and ability to see or hear or know the things testified to;

(2)    the witness's memory;

(3)    the witness's manner while testifying;

(4)    the witness's interest in the outcome of the case, if any;

(5)    the witness's bias or prejudice, if any;

(6)    whether other evidence contradicted the witness's testimony;

(7)    the reasonableness of the witness's testimony in light of all the evidence; and

(8)    any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify. What is important is how believable the witnesses were, and how much weight you think their testimony deserves.

JURY INSTRUCTIONS – Page 9

**INSTRUCTION NO. 9**

You are here only to determine whether the defendants are guilty or not guilty of the charges in the indictment. The defendants are not on trial for any conduct or offense not charged in the indictment.

## INSTRUCTION NO. 10

You have heard evidence that the defendants committed other acts not charged here. You may consider this evidence only for its bearing, if any, on the question of the defendants' intent, motive, knowledge, absence of mistake, or absence of accident and for no other purpose. You may not consider this evidence as evidence of guilt of the crime for which the defendants are now on trial.

## INSTRUCTION NO. 11

A separate crime is charged against each of the defendants in each count. The charges have been joined for trial. You must decide the case of each defendant on each crime charged against that defendant separately. Your verdict on any count as to any defendant should not control your verdict on any other count or as to any other defendant.

All the instructions apply to each defendant and to each count.

**INSTRUCTION NO. 12**

The Farsi/Persian language has been used during this trial in recorded and documentary evidence.

Translations have been admitted into evidence. In some cases, the accuracy of the translations are disputed.

Whether a translation is accurate, in whole or in part, is for you to decide. In considering whether a translation accurately describes the words spoken in a conversation or written in a document, you should consider the testimony presented to you regarding how, and by whom, the translation was made. You may consider the knowledge, training, and experience of the translator, the audibility of the recording, as well as the nature of the conversation and the reasonableness of the translation in light of all the evidence in the case.

Although some of you may know the Farsi/Persian language, it is important that all jurors consider the same evidence. Therefore, you must not rely in any way on any knowledge you may have of the language spoken on the recording or contained in the document; your consideration of the translation must be based on the evidence in the case.

JURY INSTRUCTIONS – Page 13

## INSTRUCTION NO. 13

You have heard testimony that the defendants made statements. It is for you to decide (1) whether the defendant made the statement, and (2) if so, how much weight to give to it. In making those decisions, you should consider all the evidence about the statement, including the circumstances under which the defendant may have made it.

## INSTRUCTION NO. 14

You have heard testimony from persons who, because of education or experience, were permitted to state opinions and the reasons for their opinions.

Such opinion testimony should be judged like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.

## INSTRUCTION NO. 15

During the trial, certain charts and summaries were shown to you in order to help explain the evidence in the case. These charts and summaries were not admitted in evidence and will not go into the jury room with you. They are not themselves evidence or proof of any facts. If they do not correctly reflect the facts or figures shown by the evidence in the case, you should disregard these charts and summaries and determine the facts from the underlying evidence.

## INSTRUCTION NO. 16

Certain charts and summaries have been admitted in evidence.  Charts and summaries are only as good as the underlying supporting material. You should, therefore, give them only such weight as you think the underlying material deserves.

## INSTRUCTION NO. 17

The defendants are charged in Count One of the indictment with conspiring to defraud the United States by impeding, impairing, obstructing, and defeating the lawful functions of the Office of Foreign Assets Control, in administering the Presidential Embargo against certain financial transactions with Iran, and the lawful functions of the Internal Revenue Service, in the collection of income tax, through deceitful or dishonest means, in violation of Section 371 of Title 18 of the United States Code. In order for a defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, beginning in or about May 1995, through at least July 2008, there was an agreement between two or more persons to defraud the United States by impeding, impairing, obstructing, or defeating the lawful functions of the Office of Foreign Assets Control or the lawful functions of the Internal Revenue Service, by deceitful or dishonest means;

Second, the defendant became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish it; and

Third, one of the members of the conspiracy performed at least one overt act during the conspiracy for the purpose of carrying it out, with all of you agreeing

JURY INSTRUCTIONS -- Page 18

on a particular overt act that you find was committed.

An agreement to defraud is an agreement to deceive or to cheat.

An overt act does not itself have to be unlawful. A lawful act may be an element of a conspiracy if it was done for the purpose of carrying out the conspiracy. The government is not required to prove that one of the defendants personally did one of the overt acts.

## INSTRUCTION NO. 18

The Office of Foreign Assets Control and the Internal Revenue Service are agencies of the United States.

One of the lawful functions of the Office of Foreign Assets Control is to administer the Presidential Embargo against certain financial transactions with Iran.

The Presidential Embargo against certain financial transactions with Iran prohibits United States persons from making any new investment in Iran, engaging in or facilitating transactions related to goods or services of Iranian origin or owned or controlled by the government of Iran, or engaging in transactions that evade or avoid the Embargo unless a specific or general license is issued in advance by the Office of Foreign Assets Control.

The Presidential Embargo allows United States persons to donate to Iran articles, such as food, clothing, and medicine, intended to be used to relieve human suffering.  Monetary contributions are not articles.  However, non-commercial remittances to or from persons or entities in Iran are allowed (for example, a family remittance not related to a family-owned enterprise).

The term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States, or

JURY INSTRUCTIONS – Page 20

any person in the United States.

The term "new investment" means a transaction that constitutes a commitment or contribution of funds or other assets, or a loan or other extension of credit. The term "credit" or "loan" means any transfer of funds or credit on the basis of an obligation to repay.

## INSTRUCTION NO. 19

Two of the lawful functions of the Internal Revenue Service are to collect information concerning financial transactions of tax exempt organizations and to collect income tax from individuals.

Federal law requires that a charity file a Form 990 each year which is available to the public and details information about the finances of the charity, its program service accomplishments for the year, and the identity of its substantial contributors.

Pursuant to section 170 of the Internal Revenue Code, individuals may deduct charitable contributions from their gross income. Charitable contribution is defined as a contribution or gift to or for the use of a foundation: (1) created or organized in the United States or under the law of the United States or any State; (2) organized and operated exclusively for charitable purposes and not for illegal purposes; (3) no part of the net earnings of which inures to the benefit of any private shareholder or individual; and (4) which is not disqualified for tax exemption by attempting to influence legislation or any political campaign.

A contribution or gift to a foundation is deductible only if it is to be used within the United States exclusively for charitable purposes. Contributions made to a qualified United States foundation that then transfers funds to a charitable

foreign organization are deductible if the United States foundation controls the use of the funds or if the foreign organization is only an administrative arm of the United States foundation. However, contributions are not deductible if made to a United States foundation which does not control the use of funds transferred to the foreign organization and which serves as a mere conduit or pass-through for the contribution to a foreign organization.

An individual who gives property to a qualified foundation generally may deduct the fair market value of property at the time of the contribution. An individual cannot deduct a charitable contribution of less than the entire interest in property. A contribution of the right to use property, such as permission to use it rent-free, is a contribution of less than the entire interest in that property and is not deductible.

If an individual or individual's family member receives or expects to receive a financial or economic benefit as a result of making a contribution to a qualified organization, the individual cannot deduct the part of the contribution that represents the value of the benefit received. Family members are defined as brothers and sisters (whether by the whole or half blood), spouses, ancestors, and lineal descendants.

An individual can deduct the contribution only in the taxable year in which

JURY INSTRUCTIONS – Page 23

it was actually made, whether using the cash or accrual method of accounting. A contribution is made at the time of its unconditional delivery. A check that is mailed to a charity is considered delivered on the date it was mailed.

## INSTRUCTION NO. 20

Defendants are charged in Count Two with conspiracy to transfer funds from the United States to or through a place outside the United States with the intent to promote a violation of the Presidential Embargo against certain financial transactions with Iran, in violation of Section 1956(a)(2)(A) of Title 18, United States Code. In order for a defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, beginning on or about December 1998 and ending on or about March 2007, there was an agreement between two or more persons to transfer funds from the United States to Iran to promote a violation of the Presidential Embargo against financial transactions with Iran; and

Second, the defendant became a member of the conspiracy knowing of its object and intending to accomplish it.

It is not necessary for any overt act to have been committed for the defendant to be found guilty of the conspiracy charged in Count Two.

## INSTRUCTION NO. 21

A conspiracy is a kind of criminal partnership, which in the case of Count One means an agreement between two or more persons to defraud the United States through deceitful or dishonest means, and in the case of Count Two means an agreement between two or more persons to commit a crime. The crime of conspiracy is the agreement to do something unlawful; it does not matter whether the unlawful objectives were committed.

For a conspiracy to have existed, it is not necessary that the conspirators made a formal agreement or that they agreed on every detail of the conspiracy. It is not enough, however, that they simply met, discussed matters of common interest, acted in similar ways, or perhaps helped one another. You must find that there was a plan to advance or further one of the objects of the conspiracy, with all of you agreeing as to the particular object of the conspiracy which the conspirators agreed to advance or further.

One becomes a member of a conspiracy by willfully participating in the unlawful plan with the intent to advance or further some object or purpose of the conspiracy, even though the person does not have full knowledge of all the details of the conspiracy. Furthermore, one who willfully joins an existing conspiracy is as responsible for it as the originators. On the other hand, one who has no

knowledge of a conspiracy, but happens to act in a way which furthers some object

or purpose of the conspiracy, does not thereby become a conspirator. Similarly, a

person does not become a conspirator merely by associating with one or more

persons who are conspirators, nor merely by knowing that a conspiracy exists.

## INSTRUCTION NO. 22

A conspiracy may continue for a long period of time and may include the performance of many transactions. It is not necessary that all members of the conspiracy join it at the same time, and one may become a member of a conspiracy without full knowledge of all the details of the unlawful scheme or the names, identities, or locations of all of the other members.

Even though a defendant did not directly conspire with other conspirators in the overall scheme, the defendant has, in effect, agreed to participate in the conspiracy if the government proves each of the following beyond a reasonable doubt:

(1) the defendant directly conspired with one or more conspirators to carry out at least one of the objects of the conspiracy;

(2) the defendant knew or had reason to know that other conspirators were involved with those with whom the defendant directly conspired; and

(3) the defendant had reason to believe that whatever benefits the defendant might get from the conspiracy were probably dependent upon the success of the entire venture.

It is not a defense that a person's participation in a conspiracy was minor or for a short period of time.

JURY INSTRUCTIONS – Page 28

## INSTRUCTION NO. 23

In order to prove that a defendant acted "willfully" in participating in the conspiracy, the government must prove beyond a reasonable doubt that the defendant knew the object of the conspiracy was unlawful.

A defendant who acts on an honest and good faith misunderstanding as to the requirements of the law does not act willfully simply because his or her understanding of the law is wrong or even irrational. Nevertheless, merely disagreeing with the law does not constitute a good faith misunderstanding of the law because all persons have a duty to obey the law whether or not they agree with it. Thus, in order to prove that the defendant acted willfully, the government must prove beyond a reasonable doubt that the defendant did not have a good faith belief that he/she was complying with the law.

Additionally, evidence that the defendant in good faith followed the advice of counsel or a qualified tax accountant would also be inconsistent with such an unlawful intent. Unlawful intent has not been proved if the defendant, before acting, made full disclosure of all material facts to an attorney or qualified tax accountant, received advice as to the specific course of conduct that was followed, and reasonably relied on that advice in good faith.

## INSTRUCTION NO. 24

When you begin your deliberations, elect one member of the jury as your foreperson who will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict, whether guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

## INSTRUCTION NO. 25

Because you must base your verdict only on the evidence received in the case and on these instructions, I remind you that you must not be exposed to any other information about the case or to the issues it involves. Except for discussing the case with your fellow jurors during your deliberations:

Do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it. This includes discussing the case in person, in writing, by phone or electronic means, via email, text messaging, or any Internet chat room, blog, website or other feature. This applies to communicating with your family members, your employer, the media or press, and the people involved in the trial. If you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and to report the contact to the court.

Do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it; do not do any research, such as consulting dictionaries, searching the Internet or using other reference

materials; and do not make any investigation or in any other way try to learn about the case on your own.

The law requires these restrictions to ensure the parties have a fair trial based on the same evidence that each party has had an opportunity to address. A juror who violates these restrictions jeopardizes the fairness of these proceedings[, and a mistrial could result that would require the entire trial process to start over]. If any juror is exposed to any outside information, please notify the court immediately.

## INSTRUCTION NO. 26

Some of you have taken notes during the trial. Whether or not you took notes, you should rely on your own memory of what was said. Notes are only to assist your memory. You should not be overly influenced by your notes or those of your fellow jurors.

# INSTRUCTION NO. 27

The punishment provided by law for this crime is for the court to decide. You may not consider punishment in deciding whether the government has proved its case against the defendant beyond a reasonable doubt.

## INSTRUCTION NO. 28

A verdict form has been prepared for you. After you have reached unanimous agreement on a verdict, your foreperson should complete the verdict form according to your deliberations, sign and date it, and advise the clerk that you are ready to return to the courtroom.

## INSTRUCTION NO. 29

If it becomes necessary during your deliberations to communicate with me, you may send a note through the clerk, signed by any one or more of you. No member of the jury should ever attempt to communicate with me except by a signed writing, and I will respond to the jury concerning the case only in writing or here in open court. If you send out a question, I will consult with the lawyers before answering it, which may take some time. You may continue your deliberations while waiting for the answer to any question. Remember that you are not to tell anyone—including me—how the jury stands, numerically or otherwise, on any question submitted to you, including the question of the guilt of the defendant, until after you have reached a unanimous verdict or have been discharged.