## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

HOSSEIN LAHIJI,

and

NAJMEH VAHID,
a.k.a. Najmeh Lahiji,

Defendants.

Case No. 3:10-CR-00506-KI

SPECIAL VERDICT FORM

We, the jury, return the following special verdict:

1) Has the government established by a preponderance of the evidence that $1,500,000.00 was involved in the conspiracy to commit money laundering offense in Count 2 of the Indictment?

YES _____

NO ___X___

2) If NO, please indicate what, if any amount of United States currency the Government established by a preponderance of the evidence was involved in the conspiracy to commit money laundering offense in Count 2 of the Indictment

$ 600,000

SO, SAY WE ALL, this __27th__ day of June 2013.

_____
PRESIDING JUROR