| SUMMARY OF LAHIJI TAX DEFICIENCIES & INTEREST 1998-2005 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TAX YEAR | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2005 | TOTALS |
| Fraudulent Deduction | $100,000 | $250,000 | $400,372 | $199,624 | $350,000 | $350,000 | $200,000 | $1,849,996 |
| Tax Deficiency | $ 31,362 | $100,038 | $150,383 | $ 66,939 | $118,512 | $119,235 | $ 70,000 | $ 656,469 |
| Interest as of 11/19/2013 | $ 40,090 | $110,238 | $138,683 | $ 52,128 | $ 82,259 | $ 73,856 | $ 31,228 | $ 528,482 |
| TOTAL: | $ 71,452 | $210,276 | $289,066 | $119,067 | $200,771 | $193,091 | $101,228 | $1,184,951 |

**Exhibit A**
**Page 1 of 1**