**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**CHARLES F. GORDER, JR., OSB #91287**
Assistant United States Attorney
charles.gorder@usdoj.gov
**DAVID L. ATKINSON, OSB #75021**
Assistant United States Attorney
david.atkinson@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 717-1117
Attorney for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case Nos. 3:10-CR-506-KI** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM EXHIBIT 1** |
| **HOSSEIN LAHIJI,**  and **NAJMEH VAHID, a.k.a. Najmeh Lahiji,**  Defendants. | |

The United States of America, by S. Amanda Marshall, United States Attorney for the

District of Oregon, through David L. Atkinson and Charles F. Gorder, Jr., Assistant United

States Attorneys for the District of Oregon, hereby submits the following exhibit to the

/ / /

/ / /

/ / /

/ / /

/ / /

Government's Sentencing Memorandum (ECF No. 327) filed on November 13, 2013.

Dated this 19th day of November 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

s/ *David L. Atkinson*
**DAVID L. ATKINSON, OSB #75021**

s/ *Charles F. Gorder, Jr.*
**CHARLES F. GORDER, JR., OSB # 91287**
Assistant United States Attorneys
(503) 727-1000



Wells Fargo Bank, N.A.
Subpoena Processing Chandler
Po Box 29728 S3928-020
Phoenix, Az 85038
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Lori Blaisdell, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case No: 7538603

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX7326 | 26 | 26 |
| Free Form | XXXXX3735 | 0 | 0 |
| Account number: ▓▓▓3735 Balanace as of 10/25/13: $19,834,900.58 | | | |
| Signature Cards | XXXXXX8169 | 4 | 4 |
| Checks/Debits | XXXXX3735 | 0 | 0 |
| Statements | XXXXXX8169 | 10 | 10 |
| Deposits with offsets | XXXXXX1059 | 14 | 14 |
| Free Form | XXXXXX4533 | 0 | 0 |
| Account Number ▓▓▓4533 Balance as of 10/25/13: $38,695.70 | | | |
| Free Form | XXXXXX8169 | 0 | 0 |
| Account balance on 10/25/2013 for account number 9398438169 was $1,776.44. | | | |
| Free Form | XXXXXX8151 | 0 | 0 |
| Account ▓▓▓8151 balance for 10/25/2013 was $15,825.96. | | | |
| Signature Cards | XXXXXX8151 | 5 | 5 |
| Checks/Debits | XXXXXX4533 | 0 | 0 |
| Statements | XXXXXX8151 | 5 | 5 |
| Deposits with offsets | XXXXXX3735 | 21 | 21 |
| Signature Cards | XXXXXX7326 | 0 | 0 |
| Combined with account ending 4533. | | | |
| Statements | XXXXXX3735 | 8 | 8 |
| Checks/Debits | XXXXXX7326 | 3 | 3 |
| Deposits with offsets | XXXXXX8151 | 6 | 6 |
| Free Form | XXXXXX7326 | 0 | 0 |
| The balance of account number ▓▓▓7326 on 10/25/13 was $1,090.28. | | | |

Case No: 7538603; Agency Case No: 310CR00506KI

Page 1 of 2

Exhibit 1

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Free Form | XXXXXX1059 | 0 | 0 |
| The account balance as of 10/25/13 for account ▮▮▮1059 is $3,610,518.26 | | | |
| Signature Cards | XXXXXX4533 | 7 | 7 |
| Deposits with offsets | XXXXXX7326 | 6 | 6 |
| Deposits with offsets | XXXXXX4533 | 7 | 7 |
| Deposits with offsets | XXXXXX8169 | 4 | 4 |
| Statements | XXXXXX4533 | 2 | 2 |
| Checks/Debits | XXXXXX1059 | 1 | 1 |
| Checks/Debits | XXXXXX8151 | 19 | 19 |
| Statements combined with acct# ending in 8151 | XXXXXX1059 | 0 | 0 |
| Checks/Debits | XXXXXX8169 | 0 | 0 |
| Signature Cards combined with acct ending in 8151 | XXXXXX1059 | 0 | 0 |
| Signature Cards | XXXXXX3735 | 4 | 4 |

**Total Copies Delivered:** **152**

Additional comments: Unable to locate Safe Deposit Box(s) in the name of Hossein Lahiiji, Najmeh Vahid and or Lahiji Urology Clinic

I declare under penalty of perjury under the law(s) of the state of Oregon that the foregoing is true and correct according to my knowledge and belief. Executed on this 18th day of November, 2013, in the City of Chandler, State of Arizona.

_Jon Blaisdell_

Subpoena Processing Representative  480-724-2000

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.

Exhibit 1

Page 2 of 10

# Wells Fargo® High Yield Savings

Account number: ⬛⬛⬛3735 ■ September 1, 2013 - September 30, 2013 ■ Page 1 of 3



NAJMEH VAHID
HOSSEIN LAHIJI
120 CARDINAL AVE
MCALLEN TX 78504-2217

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (808)
Post Office Box 266000
Dallas, TX 75326

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $20,028,581.47 |
| Deposits/Additions | 3,276.19 |
| Withdrawals/Subtractions | - 200,000.00 |
| **Ending balance on 9/30** | **$19,831,857.66** |

Account number: ⬛⬛⬛3735

**NAJMEH VAHID**
**HOSSEIN LAHIJI**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 111900659

### Interest summary

| | |
|---|---|
| Interest paid this statement | $3,276.19 |
| Average collected balance | $19,928,581.47 |
| Annual percentage yield earned | 0.20% |
| Interest earned this statement period | $3,276.19 |
| Interest paid this year | $6,921.88 |

Exhibit 1
Page 3 of 10





## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 9/18 | * Transfer to Vahid N Ref #Opeg5Khkb8 Premier Checking to Pay Taxes | | 200,000.00 | 19,828,581.47 |
| 9/30 | Interest Payment | 3,276.19 | | 19,831,857.66 |
| Ending balance on 9/30 | | | | 19,831,857.66 |
| Totals | | $3,276.19 | $200,000.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

\* *Indicates transactions that count toward Federal Reserve Board Regulation D limits. Please refer to your Account Agreement for complete details of the federally-mandated transaction limits for savings accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/01/2013 - 09/30/2013 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Average daily balance | $25,000.00 | $19,928,581.00 ☑ |
| cs/cs | | |



# ☑ IMPORTANT ACCOUNT INFORMATION

**Online and Telephone Transfers from a Savings Account May Be Declined**

Beginning December 11, 2013, transfers from this savings account through online banking (including mobile and text) or by telephone may be declined for the remainder of the monthly statement period if the federal limit of 6 (six) transfers is reached. We are taking this step to help customers stay within the federal limit.

As stated in your Account Agreement, most transfers from savings accounts are limited by Regulation D to 6 (six) per month including transfers for overdraft protection coverage, online banking, or by telephone (automated and banker assisted). If the limit is exceeded, an excess activity fee applies and the account may be converted to a checking account.

There are no limits on transfers or withdrawals made in person at ATMs or Wells Fargo banking locations or on any types of deposits.

If you have questions, please contact your local banker or call the phone number on the top of your statement.

Revised Agreement for Online Banking
We've updated our Online Access Agreement.
To see what has changed, please visit wellsfargo.com/onlineupdates.

Exhibit 1

Page 4 of 10



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  Enter the ending balance on this statement.     $ _____|_____

**B**  List outstanding deposits and other credits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

  ▶  + $ _____|_____

**C**  Add **A** and **B** to calculate the subtotal.     = $ _____|_____

**D**  List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

  ▶  - $ _____|_____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ _____|_____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■  **In case of errors or questions about your Direct Deposit Advance service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

Exhibit 1
Page 5 of 10

# Wells Fargo Combined Statement of Accounts

Primary account number: ▓▓▓8151 ■ July 19, 2013 - July 31, 2013 ■ Page 1 of 5



HOSSEIN LAHIJI
DBA LAHIJI UROLOGY CENTERS, P.A.
801 E NOLANA AVE STE 20
MCALLEN TX 78504-6106

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
Post Office Box 266000
Dallas, TX 75326

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Platinum Business Services Package | 2 | ▓▓38151 | 0.00 | 144,399.99 |
| Business High Yield Savings | 3 | ▓1059 | 0.00 | 3,745,681.67 |
| **Total deposit accounts** | | | **$0.00** | **$3,890,081.66** |

Sheet Seq = 0044530
Sheet 00001 of 00003

Exhibit 1
Page 6 of 10



# Platinum Business Services Package

## Activity summary

| | |
|---|---|
| Beginning balance on 7/19 | $0.00 |
| Deposits/Credits | 156,377.94 |
| Withdrawals/Debits | - 11,977.95 |
| **Ending balance on 7/31** | **$144,399.99** |
| | |
| Average ledger balance this period | $153,292.95 |

Account number: ▉▉▉35151

**HOSSEIN LAHIJI**
**DBA LAHIJI UROLOGY CENTERS, P.A.**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $2.28 |
| Average collected balance | $153,269.64 |
| Annual percentage yield earned | 0.04% |
| Interest earned this statement period | $2.28 |
| Interest paid this year | $2.28 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/22 | | Checking Opening Deposit | 156,584.80 | | 155,584.80 |
| 7/25 | | Deposit | 750.86 | | |
| 7/25 | | Deposit | 20.00 | | |
| 7/25 | | Deposit | 20.00 | | |
| 7/25 | | Check | | 64.95 | 156,310.71 |
| 7/26 | | Check | | 117.64 | |
| 7/26 | | Check | | 66.50 | 156,126.57 |
| 7/29 | | Check | | 6,288.27 | |
| 7/29 | | Check | | 4,057.25 | |
| 7/29 | | Check | | 7.36 | 145,773.89 |
| 7/30 | | Harland Clarke Check/Acc. 072913 000311117675482 Hossein Lahiji | | 35.71 | |
| 7/30 | | Check | | 1,228.50 | |
| 7/30 | ^1119 | Fms Dms Birm Payment 130729 1119 Pusb03132106914945 | | 71.72 | 144,437.76 |
| 7/31 | | Check | | 40.05 | |
| 7/31 | | Interest Payment | 2.28 | | 144,399.99 |
| **Ending balance on 7/31** | | | | | **144,399.99** |
| **Totals** | | | **$156,377.94** | **$11,977.95** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ *Converted check: Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

Exhibit 1





**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 7/26 | 117.64 | | 7/26 | 66.50 | | 7/30 | 1,228.50 |
| | 7/29 | 8,288.27 | | 7/29 | 4,067.25 | | 7/25 | 64.95 |
| | 7/31 | 40.05 | | 7/29 | 7.36 | 1119 | 7/30 | 71.72 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 400 | 15,000 | 0 | 0.0030 | 0.00 |
| Transactions | 23 | 400 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# Business High Yield Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 7/19 | $0.00 |
| Deposits/Credits | 4,402,718.67 |
| Withdrawals/Debits | - 657,037.00 |
| Ending balance on 7/31 | $3,745,681.67 |
| | |
| Average ledger balance this period | $3,970,726.74 |

Account number: 1059

**HOSSEIN LAHIJI**
**DBA LAHIJI UROLOGY CENTERS, P.A.**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $352.55 |
| Average collected balance | $3,959,342.89 |
| Annual percentage yield earned | 0.25% |
| Interest earned this statement period | $352.55 |
| Interest paid this year | $352.55 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 7/22 | Savings Opening Deposit | 4,253,351.20 | | |
| 7/22 | Deposit Made In A Branch/Store | 147,990.76 | | 4,401,341.96 |
| 7/23 | Deposit Made In A Branch/Store | 398.50 | | |
| 7/23 | Deposit Made In A Branch/Store | 245.84 | | |
| 7/23 | Deposit Made In A Branch/Store | 236.93 | | |
| 7/23 | Deposit Made In A Branch/Store | 60.00 | | |
| 7/23 | Deposit Made In A Branch/Store | 50.00 | | |
| 7/23 | Deposit Made In A Branch/Store | 20.00 | | |
| 7/23 | Deposit Made In A Branch/Store | 10.00 | | |
| 7/23 | Deposit Made In A Branch/Store | 2.89 | | |
| 7/23 | Wire Trans Svc Charge - Sequence: 130723117352 Srf# 0003111204980417 Trn#130723117352 Rfb# | | 30.00 | |

Primary account number: 8151 ■ July 19, 2013 - July 31, 2013 ■ Page 4 of 5



## Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 7/23 | * WT Fed#09618 Bokf NA /Ftr/Bnf=Apmex Clearing Account Srf# 0003111204980417 Trn#130723117352 Rfb# | | 406,977.00 | 3,995,369.12 |
| 7/26 | Wire Trans Svc Charge - Sequence: 130726136532 Srf# 0003111207389357 Trn#130726136532 Rfb# | | 30.00 | |
| 7/26 | * WT Fed#07893 St. Charles Bank & /Ftr/Bnf=Imami Srf# 0003111207389357 Trn#130726136532 Rfb# | | 250,000.00 | 3,745,329.12 |
| 7/31 | Interest Payment | 352.55 | | 3,745,681.67 |
| **Ending balance on 7/31** | | | | 3,745,681.67 |
| **Totals** | | **$4,402,718.67** | **$657,037.00** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

\* Indicates transactions that count toward Federal Reserve Board Regulation D limits. Please refer to your Account Agreement for complete details of the federally-mandated transaction limits for savings accounts.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/19/2013 - 07/31/2013 | Standard monthly service fee $20.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $25,000.00 | $3,745,329.12 ☑ |
| · Average collected balance | $50,000.00 | $3,959,343.00 ☑ |
| YP/YP | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 17 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 300 | 5,000 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Exhibit 1

Page 9 of 10

Primary account number: ___ 8151  ■  July 19, 2013 - July 31, 2013  ■  Page 5 of 5

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A.  The ending balance
    shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B.  Any deposits listed in your            $ _____
    register or transfers into            $ _____
    your account which are not            $ _____
    shown on your statement.            + $ _____

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
    (Add Parts A and B)

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C.  The total outstanding checks and
    withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801