UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**                     Criminal Case No. 3:10-506-KI

Plaintiff,                                        SENTENCING ORDER

v.

**HOSSEIN LAHIJI and NAJMEH
VAHID,**

Defendants.

S. Amanda Marshall
United States Attorney
District of Oregon
Charles F. Gorder, Jr.
David L. Atkinson
Assistant United States Attorneys
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902

Attorneys for Plaintiff

Michael W. McCrum
700 N. St. Mary's Street
Suite 1900

Page 1 - SENTENCING ORDER

San Antonio, TX 78205

Attorney for Defendant Lahiji

Erich Ferrari
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004

Per A. Ramfjord
Stoel Rives LLP
900 SW Fifth Ave., Suite 2600
Portland, OR 97204

Attorneys for Defendant Vahid

KING, Judge:

Either defendant may opt to seek to report to the Bureau of Prisons prior to the self-surrender date appearing in the judgment. To do so, the defendant shall notify the United States Pretrial Services Office in writing; upon receipt of such notification, the U.S. Pretrial Services Office shall notify the U.S. Marshal's Service and U.S. Bureau of Prisons, and the defendant shall be permitted to voluntarily surrender to the location then designated by the Bureau of Prisons on the date designated by the Bureau of Prisons. The United States Pretrial Service Office shall notify the defendant of the precise surrender date and institutional designation set by the Bureau of Prisons.

IT IS SO ORDERED.

DATED this _____26 '13_____ day of November, 2013.

_____
Garr M. King
United States District Judge